
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIO M. CONTRERAS,

Defendant.

CR 12-10047

INDICTMENT (Redacted)

SECOND DEGREE MURDER,
VOLUNTARY MANSLAUGHTER,
ASSAULT RESULTING IN SERIOUS
BODILY INJURY, CHILD ABUSE

18 U.S.C. §§ 1153, 1111, 1112,
113(a)(6),
SDCL 26-10-1

---

The Grand Jury charges:

### COUNT 1

On or about between January 1, 2012, and January 9, 2012, near Waubay, in Indian Country, in the District of South Dakota, Mario M. Contreras, an Indian, did unlawfully and with malice aforethought, murder a human being, [name omitted], an individual who had not attained the age of 18 years, in violation of 18 U.S.C. §§ 1111, 1153, and 3559(f)(1).

### COUNT 2

On or about between January 1, 2012, and January 9, 2012, near Waubay, in Indian Country, in the District of South Dakota, Mario M. Contreras, an Indian, upon heat of passion knowingly did kill [name omitted], by assaulting her, in violation of 18 U.S.C. §§ 1112 and 1153.

## COUNT 3

On or about between January 1, 2012, and January 9, 2012, near Waubay, in Indian Country, in the District of South Dakota, Mario M. Contreras, an Indian, did assault [name omitted], an individual who had not attained the age of 18 years, and said assault resulted in serious bodily injury, in violation of 18 U.S.C. §§ 113 (a)(6), 1153, and 3559(f)(3).

## COUNT 4

On or about between December 31, 2009, and January 9, 2012, near Waubay, in Indian Country, in the District of South Dakota, Mario M. Contreras, an Indian, did abuse, expose, torture, torment, and cruelly punish [name omitted], a child who had not attained the age of 7 years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

A TRUE BILL:

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By [signature]