1                     UNITED STATES DISTRICT COURT

2                       DISTRICT OF SOUTH DAKOTA

3                         NORTHERN DIVISION
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
4                                       CR. 12-10047-01

5   UNITED STATES OF AMERICA,

6                         Plaintiff,
       -vs-                              VOLUME I of III
7                                        JULY 30, 2013
   MARIO M. CONTRERAS,

8
                         Defendant.
9

10

11                              U.S. District Courthouse
                                Sioux Falls, SD
12                              July 30, 2013
                                8:30 a.m.
13   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

14                         JURY TRIAL
                          (VOLUME I of III)
15
     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
16   BEFORE:   The Honorable Lawrence L. Piersol, and a Jury
               U.S. District Court Judge
17             Sioux Falls, SD

18   APPEARANCES:

19   Mr. Thomas J. Wright
     U.S. Attorney's Office
20   PO Box 2638
     Sioux Falls, SD 57101-2638

21
         -and-
22
     Mr. Jay P. Miller
23   U.S. Attorney's Office
     225 S. Pierre St.  Suite 337
24   Pierre, SD 57501-2489
                              for the Plaintiff
25

```
 1    APPEARANCES:   (Continued)

 2

 3    Mr. Sam E. Khoroosi
      Khoroosi Law Office
 4    300 N. Dakota Ave.  Suite 405
      Sioux Falls, SD 57104
 5                            for the Defendant

 6

 7    ALSO PRESENT:  Defendant Mario M. Contreras

 8

 9

10

11

12

13    COURT REPORTER:

14    Jill Connelly, RMR, CRR
      Federal Court Reporter
15    400 S. Phillips Ave.
      Sioux Falls, SD 57104
16    605-330-6669

17

18

19

20

21

22

23

24

25
```

1                       TRIAL INDEX

2     PRETRIAL MOTIONS                    p. 8

3     VOIR DIRE                           p. 48

4     PRELIMINARY INSTRUCTIONS            p. 52

5     OPENING STATEMENT BY MR. MILLER     p. 52

6     OPENING STATEMENT BY MR. KHOROOSI   p. 66

7     GOVERNMENT'S EVIDENCE BEGINS        p. 71

8     404(b) HEARING and WITNESSES        p. 157

9     (Out of jury presence)

10    STIPULATIONS                        p. 345

11    GOVERNMENT RESTS                    p. 348

12    DEFENSE EVIDENCE BEGINS             p. 350

13    RULE 29 MOTION                      p. 355

14    DEFENSE RESTS                       p. 513

15    GOVERNMENT REBUTTAL                 p. 518

16    GOVERNMENT REBUTTAL RESTS           p. 520

17    SETTLING OF INSTRUCTIONS            p. 523

18    INSTRUCTION READ BY THE COURT       p. 535

19    CLOSING STATEMENT - MR. WRIGHT      p. 538

20    CLOSING STATEMENT - MR. KHOROOSI    p. 555

21    CLOSING STATEMENT - MR. MILLER      p. 566

22    VERDICTS                            p. 573

23

24

25

```
 1                      INDEX TO WITNESS

 2
       Witness              Direct    Cross   Redirect    Recross
 3
       GOVERNMENT'S
 4

 5

 6     Stellar Anonye, M.D.  71       78

 7     Gary Gaikowski        79       86       87

 8     Rob Mertz             87      101      105

 9     Victor Froloff, M.D. 107      190      207
                            175
10

11     * * * * * * * * * * *

12     404(b) Witnesses
       Shannon Sine          157, 164
13       (Out of jury presence)
          By the Court   163
14     Nina Cook             164
         (Out of jury presence)
15        By the Court   167
       Austin LaPointe       272      277
16       (Out of jury presence)
          By the Court   278
17
       * * * * * * * * * * *
18

19     Shannon Sine          211      245      262

20     Deb Crawford          263      269      270

21     Arne Graff, M.D.      287      304

22     Rose Gaikowski        305

23     Nina Cook             313      316

24     Kenneth Snell, M.D.   317      344

25
```

```
 1    DEFENDANT'S WITNESSES

 2

 3    Sierra Wolcott          350     353

 4    Brad Randall, M.D.      366     399       415       421

 5    Vivian Gill             430     441       449

 6    Dennis Gill             451     458

 7    Edward Seaboy, Jr.      463     465

 8    Brenda Jackson          474     499       511

 9

10    GOVERNMENT REBUTTAL WITNESS

11

12    Rob Mertz               518

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                       <u>INDEX TO EXHIBITS</u>

2                            OFFERED              RECEIVED

3    <u>GOVERNMENT'S</u>

4    Exhibit 1                  76                   76
     (Head Start Record, 12-28-11)

5
     Exhibit 2                  77                   77
6    (December 2011/January 2012
     Calendar - Large Board)

7
     Exhibit 3                  309                  309
8    (IHS Business Record/Leave Sheet)

9    Exhibit 4                  217                  217
     (Photo of Alleyah Cook - traditional dress)

10
     Exhibit 5                  225                  225
11   (Photo of Alleyah Cook's buttocks)

12   Exhibit 6                  347                  347
     (Chair - photograph of same submitted at
13   conclusion of trial and original returned to USA)

14   Exhibit 7                  347                  347
     (Table - photograph of same submitted at
15   conclusion of trial and original returned to USA)

16   Exhibit 8                  184, 186             187
     (Death Certificate)

17
     Exhibit 9                  118                  119
18   (CD of Autopsy Photos)
     (Did not go back to Jury)

19
     Exhibit 9A
20
     Exhibits 9B through 9L                          34
21   (Autopsy photos)

22   Exhibit 9B                 116                  116
     Exhibits 9C,D,H,I          120                  120
23   Exhibits 9E,F,G,J,K L      134                  134

24   Exhibit 10                 189                  189
     (Dr. Froloff's CV)

25

| | | |
|---|---|---|
| Exhibit 11<br>(Dr. Nelson's CV) | 290 | 290 |
| Exhibit 12<br>(Dr. Snell's CV) | 322 | 322 |

INDEX TO EXHIBITS

| | OFFERED | RECEIVED |
|---|---|---|
| <u>DEFENDANT'S</u> | | |
| Exhibit 101<br>(CDC Growth Chart) | 382, 383 | 383 |
| Exhibit 103<br>(Aerial photo - Gill Road) | 453 | 453 |
| Exhibit 108<br>(Photo of A.C. and sister on or about 1-6-13) | 437 | 437 |
| Exhibit 110<br>(3 Photos of A.C. on or about 12-17-12) | 490 | 490 |
| Exhibit 111<br>(3 photos of A.C. on or about 12-17-13) | 490 | 490 |
| Exhibit 115<br>(Report of Rob Mertz) | 104 | REFUSED |
| Exhibit 116<br>(Growth Development Chart of A.C.) | 205 | 205 |
| Exhibit 117<br>(Dr. Randall's CV) | 368 | 368 |

```
 1              * * * * *   JULY 30, 2013  * * * * *

 2              (In open Court, counsel and Defendant present,

 3      at 8:39 a.m.)

 4                      PRETRIAL MOTIONS

 5              THE COURT:  Good morning.  Appearances, please.

 6              MR. WRIGHT:  Your Honor, Jay Miller and Tom

 7      Wright for the Plaintiff, USA.

 8              MR. KHOROOSI:  Good morning, Your Honor.  Sam

 9      Khoroosi appearing with the Defendant, Mario Contreras.

10              THE COURT:  Who is the young lady behind you?

11              MR. KHOROOSI:  This is my assistant, Heather

12      Gray.

13              THE COURT:  All right.  I'll deal with what was

14      filed most recently, in light of the Court's ruling

15      yesterday that the Count 4 would be severed.

16          The Government at that point then gave oral notice of

17      404(b) evidence, and then followed that up yesterday

18      afternoon yet with a written notice.  It deals with the

19      August 2011 incident where the Government claims it has a

20      red mark on the alleged victim's bottom, which the

21      Defendant apologized and admitted to to her mother.

22          Well, I assume that this would be for purposes of

23      showing no accident.  Is that correct?

24              MR. WRIGHT:  That is correct, Your Honor.  If I

25      may address something else.
```

1          THE COURT:  You may.

2          MR. WRIGHT:  Mr. Miller and I have kind of

3    divided up, with the Court's kind permission, Mr. Miller

4    was going to divide up the motions in limine.  I was going

5    to address the Government's motions in limine and the

6    Rule 404(b) material.  Mr. Miller was going to --

7          THE COURT:  Frankly, I'm just going to rule on a

8    lot of them.  We are short on time today, because the Court

9    scheduled this for 3:00 yesterday, and, of course as you

10   know, we couldn't proceed.  That's why I had more time for

11   this yesterday.

12      So the way I see it on this 404(b) is that if the

13   defense puts in evidence of accident, then it would be a

14   question as to whether this 404(b) would come in, because

15   it would be rebuttal.

16      But I don't know what your proof is, because some of

17   the papers indicated that the picture that was taken was

18   overexposed.  Is that correct?

19          MR. WRIGHT:  Yes, sir.

20          THE COURT:  So what's your evidence?

21          MR. WRIGHT:  It will be the testimony of the

22   victim's mother and the testimony of the victim's

23   grandmother that saw the handprint on the child's butt.  To

24   answer the Court's earlier question, it would go to rebut

25   that --

1          THE COURT:  That what?

2          MR. WRIGHT:  As you said earlier, lack of mistake

3    or accident.  That would be the exception that we would

4    offer it.

5          THE COURT:  All right.  What would be the nature

6    and extent of the injury as they would testify to it?

7          MR. WRIGHT:  That they saw a handprint on the

8    child's butt that was serious enough for them to consider

9    going to the doctor, serious enough for them to call the

10   Defendant and ask him what was going on, and the Defendant,

11   we anticipate the victim's mother and grandmother will

12   testify the Defendant apologized and admitted that he had

13   struck the child and left the handprints on the buttocks.

14         THE COURT:  How long is this after, that they saw

15   it, after the striking had occurred, if you know?

16         MR. WRIGHT:  How long did they notice the

17   handprint?

18         THE COURT:  How long was it between when the

19   striking took place and they saw the handprint?

20         MR. WRIGHT:  Just a few hours.  He had the child

21   for the weekend.  The child came back, and they were

22   changing the child's diaper.  I think it was just a matter

23   of hours after the Defendant had hit the child with his

24   hand.

25         THE COURT:  Well, was the handprint raised, or

1   was it only the imprint of a hand and no welt or anything?

2   What was the situation?

3         MR. WRIGHT:  They could probably testify to that

4   better than me.  They basically said they saw a print of a

5   hand on the child's buttocks consistent with being spanked

6   too hard.

7      The other thing, Your Honor, Aleeyah was a Native

8   American child, and, of course, would have darker skin than

9   a Caucasian.  It would take a lot of force to leave a

10  handprint on a child like that.  We would ask the Court to

11  consider admitting that testimony.

12        THE COURT:  Well, if accident is claimed, and

13  it's this Court's understanding it will be, it is relevant

14  to a material issue.  It is similar in kind and not overly

15  remote in time to the crime charged.  It's about five

16  months apart.

17     The reason I was asking the other question is whether

18  it is supported by sufficient evidence.

19     Finally, the question is whether it's higher in

20  probative value than prejudicial effect.  I'll ask the

21  defense if you have comments upon those things.

22        MR. KHOROOSI:  Your Honor, even assuming that

23  everything that Miss Cook and her mother will testify to is

24  correct and true, it's far more prejudicial than probative.

25  It has very little probative value to the issue of what and

1    whether Mr. Contreras did anything on January 9 to affect

2    the death of this child.  It was in a completely different

3    area of the body.  There's no evidence that the mark was

4    raised, that it made any permanent damage.  There is also

5    evidence that the child had a Mongolian spot, a birthmark.

6              THE COURT:  How big?

7              MR. KHOROOSI:  I believe that's contained in

8    Dr. Froloff's report.  I don't know off the top of my head.

9         But the testimony, even if true, and I highly question

10   its credibility.  But even if it is true, it's simply too

11   remote in time.  I respectfully submit that five months

12   prior to this precipitating injury is far too remote to

13   consider the lack of accident on January 9, 2012.

14             THE COURT:  If you are going to beat a child

15   because of loss of temper or something, and you're an adult

16   and you're the person charged, in part, with the care of

17   that child, five months is not particularly remote in the

18   Court's view, so I don't buy that one.

19             MR. KHOROOSI:  Well, at any rate, Your Honor, it

20   is more prejudicial than probative.

21             THE COURT:  First of all, of course, nobody is

22   going to be able to talk about that in opening statement,

23   because if it comes in at all, it will come in as rebuttal

24   evidence, once accident is put in issue.

25        The rest of it is that I'm going to have a hearing out

1  of the presence of the jury, so that the proffered

2  testimony is heard by me, so that I can see that it's

3  supported by sufficient evidence, and that the nature and

4  extent of it is such that it should come in.  I mean

5  because sometimes kids get spanked on the butt,

6  and it might show for a time.  This might be something

7  completely different than that, where it was totally not

8  only wrong, but totally inappropriate and possibly a crime.

9       But I want to hear the nature and extent of it before

10 it comes before the jury.  Do we have any questions about

11 that?

12            MR. WRIGHT:  No, sir.

13            MR. KHOROOSI:  No, Your Honor.

14            THE COURT:  Then on the Government's motions in

15 limine, Document 31, there was a request for an order in

16 limine precluding the attorney for the Defendant or any

17 witness to refrain from referencing directly or indirectly

18 to penalty or punishment.  That's granted.

19      There was a request for an order in limine precluding

20 the Defendant, the attorney for the Defendant, or any

21 witness to refrain from making any comments or references,

22 whether direct or indirect, to express their opinion on the

23 Defendant's guilt or innocence.

24      That's granted in part and denied in part.  It's

25 denied to the extent that the Defendant, if he chooses to

1   testify as to his innocence, can proclaim his innocence.

2   Other witnesses, though, can't give an opinion, either

3   directly or indirectly, with regard to whether the

4   Defendant is guilty or not.  That's for the jury to decide.

5         Also, of course, counsel can make appropriate closing

6   argument based upon the claim of the Defendant, but counsel

7   for the Defendant, nor counsel for the Government, for that

8   matter, cannot vouch with regard to guilt or innocence in

9   their own opinion.

10        Then, third, there was a request for an order in

11  limine prohibiting any reference to the fact the Defendant

12  was released on bond pending trial in the case or as to

13  what he's been doing since arrest.  That's granted, except

14  the Defendant is allowed, of course, if he testifies, to

15  give background information, including employment that he's

16  been involved in.

17        Then No. 4, there was a request for an order in limine

18  prohibiting the Defendant from introducing his own

19  statements through other witnesses.  That is granted,

20  because that would be inadmissible hearsay.

21             MR. KHOROOSI:  If I could make a record on that,

22  please.

23             THE COURT:  Yes.

24             MR. KHOROOSI:  As I don't need to remind the

25  Court, a lot of evidence that would be classified as

1   hearsay is admissible under the rules of evidence.  I'm

2   thinking specifically about an excited utterance or

3   something to that effect.  As long as the rules of evidence

4   permit, I would ask the Court deny that motion.

5       I don't intend to introduce inadmissible hearsay, and

6   I wouldn't ask for permission to do so.  I would ask that

7   the Court allow those types of statements into the record.

8           THE COURT:  The Court is pretty well aware of the

9   exceptions to the hearsay rule.  As each instance arises in

10  which something is either hearsay or not and an objection

11  is made, I'll rule on it.  I'm aware there are exceptions

12  to the hearsay rule, but that isn't one of them.  So that's

13  granted.

14      There was a -- so we don't have any question about

15  that, Defendant's statements that come in through other

16  witnesses is hearsay and not subject to a hearsay

17  exception.  That motion is granted.

18      Then there's a request to use a blackboard during

19  opening statement.  That's granted.

20      No. 6 was a request that Agent Rob Mertz of the FBI be

21  allowed to sit at counsel table during the trial.  Is that

22  something you are still asking for or not?

23          MR. WRIGHT:  Actually what we're asking for, with

24  the Court's permission, would he be allowed to sit right

25  behind us in the Courtroom, where Mr. Khoroosi's assistant

```
 1  is, maybe behind us in the well of the courtroom?

 2            THE COURT:  Well, is he going to testify?

 3            MR. WRIGHT:  We anticipate him giving testimony

 4  in our case in chief.

 5            THE COURT:  Is he the primary case agent or not?

 6            MR. WRIGHT:  He is, Your Honor.  He is the only

 7  case agent.

 8            THE COURT:  That's granted.  That's within the

 9  Court's discretion.

10      Then there was a request for sequestration from both

11  sides.  That's granted as to both sides.

12      Is there any request that an expert be able to be

13  present to hear any testimony?

14            MR. KHOROOSI:  I was just going to make that

15  request, Your Honor, yes.  I would ask that be reciprocal,

16  as well.

17            MR. WRIGHT:  No objection to their motion.

18            THE COURT:  What about, is the Government going

19  to have experts?  Do you want to have experts sit in to

20  hear testimony?

21            MR. WRIGHT:  Yes, we do, Your Honor.

22            THE COURT:  That is reciprocal then.  Each side,

23  the exception to the sequestration is each side can have

24  their expert or experts present to listen to testimony,

25  both before the expert testifies as well as after, because
```

1    it's possible that an expert would be called in rebuttal

2    again.  They can sit throughout the trial, experts can

3    only.

4         Then No. 8 was a request for an order in limine

5    prohibiting any reference or question or regarding any

6    prior arrest, conviction, or police report regarding the

7    child's mother or her husband.  The Government contends

8    that the only issue in this case is what caused the child's

9    injuries, which the experts agree occurred within the 24

10   hours of being brought to the hospital when the child was

11   in the Defendant's custody.

12        Now, it's been indicated already that the child's

13   mother is going to testify.  I don't know if there's any

14   conviction that might be used with regard to her

15   credibility if she does testify.  I don't know if there is.

16   Is that an issue or not?

17             MR. WRIGHT:  It's my understanding, Your Honor,

18   the child's mother has no prior felony convictions, and she

19   has no convictions involving dishonesty.  She has a DWI

20   arrest, a couple other alcohol-related offenses, disorderly

21   conduct, but there's no convictions involving dishonesty or

22   felony convictions.

23        We received a packet of the information from the

24   defense regarding proposed exhibits that deal with minor

25   tribal things like that that they seek to introduce.

1   That's exactly what this motion seeks to preclude on any of

2   the witnesses, any reference to any prior arrest, any time

3   they spent in jail, unless it's a conviction that meets the

4   test of Rule 608 and 609.

5       Your Honor, the Defendant himself has been in jail

6   five different times.  We aren't going into any of the

7   other convictions of the Defendant.  He has some DWIs.  He

8   has some other things.  We aren't going into any of that

9   stuff.  We ask it be reciprocal for our witness unless the

10  Court has found that it's a crime of dishonesty or prior

11  felony.

12          THE COURT:  Mr. Khoroosi?

13          MR. KHOROOSI:  I think it's appropriate for

14  impeachment, even if a prior bad act doesn't result in a

15  conviction or conviction of a felony.  If Miss Sine gets up

16  there and testifies to one thing, and we have evidence to

17  prove otherwise, that's fair game for cross-examination.

18          THE COURT:  That's different than showing a prior

19  conviction as deals with credibility.  If she says, "I

20  never did X," and X is some part of her testimony, and

21  you've got some proof that she did X, but that isn't a DWI.

22  I mean if, for instance, she said, "When I saw the baby's

23  mark on her butt, for instance, I wasn't drunk," and you

24  have a public intoxication for that exact time, that would

25  be different.  That would be impeaching her testimony by

1   showing at that time she was drunk and impaired her ability

2   to comprehend.  That wouldn't be admissible with regard to

3   her general credibility.  So what do you have?

4            MR. KHOROOSI:  Your Honor, that's precisely how

5   we intend to use it.  I don't know that we have an

6   objection as the Court is interpreting the motion.  I think

7   the language is a little bit broad.  Mr. Sine, if he

8   testifies, he'll be quite impeachable.  I think it's

9   relevant prior bad act evidence to show that he was

10  convicted of child neglect shortly after this child died.

11       These matters are relevant.  The evidence I believe

12  will show that the mother and her husband both have

13  extensive drinking problems, domestic violence problems.

14  They've got that kind of reputation in the community.  We

15  would ask we not be precluded from introducing that

16  evidence.  Now, evidence of --

17           THE COURT:  Don't get off of that.  Let's talk

18  about that point.  I didn't see any authority -- I haven't

19  seen any authority that would support putting that in.

20  Prior bad acts, the law is pretty well developed as to what

21  you can put in as prior bad acts.  From what I'm hearing so

22  far, a DWI, that isn't going to come in.  There's a

23  conviction for child neglect, you say?

24           MR. KHOROOSI:  Yes, Your Honor.

25           THE COURT:  Where is the conviction?

```
 1            MR. KHOROOSI:  In Tribal Court, Your Honor.

 2            THE COURT:  Was it a finding of neglect and

 3    removal of child, or was it a criminal conviction?

 4            MR. KHOROOSI:  It was a criminal conviction.

 5            THE COURT:  What was the sentence?

 6            MR. KHOROOSI:  I don't recall what the sentence

 7    was, Your Honor, but the charge was, I believe specifically

 8    was being intoxicated without any sober supervision for the

 9    children.

10            THE COURT:  That's not going to come in, because

11    that isn't something that gets to be admitted with regard

12    to her credibility, this mother's credibility, and there's

13    no claim she's the one who was even present when this child

14    sustained its injuries.

15            MR. KHOROOSI:  Not specifically to credibility,

16    Your Honor, but it's a central component to our defense

17    that these injuries could have happened on mom's watch,

18    that mom's house was not safe.

19            THE COURT:  I'll have to hear the evidence that

20    develops on that.  Before any of that business with regard

21    to a child abuse conviction in Tribal Court is suggested,

22    we'll have a hearing out of the presence of the jury.

23    That's not something you can use in opening statement.

24            MR. KHOROOSI:  We won't, Your Honor.

25            THE COURT:  All right.  There is a Document
```

```
 1    No. 59 that talks about character evidence of the victim's

 2    mother.  The Government moves the Court for an order in

 3    limine prohibiting the Defendant or his counsel or any

 4    witness from referencing the character of the victim's

 5    mother, Shannon Marie Sine.  Am I pronouncing that

 6    correctly?

 7              MR. WRIGHT:  Yes, sir.  May I be heard on that

 8    motion, Your Honor?

 9              THE COURT:  I haven't finished saying what the

10    motion is yet.

11              MR. WRIGHT:  It's the same as the one you just

12    ruled on.  We apologize that we filed a duplicate motion.

13    The motion you just covered, No. 8 of the original motions

14    that we just filed, I was on medical leave for four weeks,

15    and Mr. Maher filed this motion, not seeing my other

16    motion.  So it's duplicative to the one you just ruled on.

17    We apologize.  It's duplicative of Motion No. 8 in

18    Document 31, which you just asked us about.

19              THE COURT:  Are you saying 59 and 31 are

20    duplicative?

21              MR. WRIGHT:  No.  I'm saying that 59 and Motion

22    No. 8 under 31 are duplicative.

23              THE COURT:  That's what I was trying to say.

24              MR. WRIGHT:  Yes.  So the last motion in 31.

25              THE COURT:  So we're on the same page.  Document
```

```
 1   No. 31, Motion 8 contained in Document 31 is essentially

 2   the same as Document No. 59.

 3            MR. WRIGHT:  Yes, sir.

 4            THE COURT:  Got it.  All right.  Then we have

 5   Document No. 61, which is the Government moves the Court

 6   for an order in limine prohibiting the Defendant from

 7   presenting the following opinion of Dr. Brad Randall, which

 8   is contained on Page 4 of Dr. Randall's April 4, 2013,

 9   letter opinion.

10      The opinion in question is the following:  "During the

11   course of my career as a forensic pathologist, nearly 36

12   years, I have found that biologic parents are far less

13   likely to inflict abusive head trauma to children than

14   other caregivers.  It has also been my observation that

15   those inflicting abusive head trauma to children rarely do

16   so when other reliable witnesses are present within earshot

17   in the same dwelling."

18      So it's really a separate opinion in each of those two

19   sentences.  I'll hear from the Government on that, and then

20   I'll hear from the defense.

21            MR. WRIGHT:  Well, the motion is we're seeking to

22   preclude Dr. Randall from saying that "I've handled a lot

23   of these cases and I've handled a very few cases where a

24   biological father has actually done this to his child."

25   Has handled very few cases or reviewed very few cases where
```

```
1    someone has inflicted an injury on a child when other

2    people are in the house there, in the room.

3        The fact that Dr. Randall hasn't had very many cases

4    like that I don't think is a proper basis for opinion

5    testimony that it does not exist.  I could call a number of

6    witnesses.  This Court has had a number of cases where

7    biological fathers have sexually assaulted or possibly

8    killed their own children.  It doesn't mean those cases

9    haven't existed.

10       The fact that Dr. Randall hasn't had any or had very

11   few we don't think makes it proper for expert opinion that

12   it doesn't happen.  So we would ask the Court to preclude

13   that kind of testimony.

14           THE COURT:  Mr. Khoroosi?

15           MR. KHOROOSI:  I think it is relevant.

16   Dr. Randall is not going to testify that it's impossible

17   for a biological father to kill a child.  That's absolutely

18   not what he's suggesting.  He's competent to render that

19   opinion.

20       Moreover, the recent witness disclosed by the

21   Government, Dr. Snell, agrees with that opinion.  He goes

22   one step further.  He says that biological parents are

23   unlikely or less likely.  Not just that it's not common in

24   his experience.  It's his expert testimony it's unlikely,

25   though possible.  That's exactly what Dr. Randall's
```

1    testimony is.

2         THE COURT:  It isn't a question of probabilities

3    here.  It's a question of under the facts of this case, did

4    this father or didn't he do what is alleged?  The fact that

5    a biological father is more or less likely, depending on

6    what an expert says, to do this isn't probative.  The

7    testimony isn't going to be allowed, either from the

8    Government's witness or from the defense witness, that

9    actually deals with the first sentence.

10       The second one is, "It has also been my observation

11   that those inflicting abusive head trauma to children

12   rarely do so when other reliable witnesses are present

13   within earshot in the same dwelling."  That's really him

14   giving an opinion as to guilt or innocence.  That's him

15   commenting upon the evidence in a way that isn't

16   particularly within his expertise, as I see it.

17       That's probably a common sense argument, and one that

18   can be made by the defense in argument.  But it's strictly

19   that.  That isn't something that's subject to expert

20   opinion, and I don't think it's helpful to the jury.  Not

21   only that, we don't know the basis for his saying that.

22       I realize Dr. Randall was the coroner here in

23   Minnehaha County for many years.  I don't know how many of

24   these cases he's had, but we don't have any of that neither

25   to support his opinion, even if the opinion were relevant,

```
1    and the opinion makes common sense in both instances in

2    both sentences.  But it isn't properly the subject of

3    expert opinion that's relevant to the issues in this case.

4    That motion is granted.

5         Then there's the Jerard Hoeger e-mail, Document

6    No. 72.  I made a note to myself to look at that e-mail,

7    but I haven't seen it because I forgot to look.  Who has

8    it?

9              MR. WRIGHT:  May I approach?

10             THE COURT:  Yes, hand it to the clerk.

11                (Court reviewing Document 72)

12             THE COURT:  Maybe this e-mail is moot.  Was the

13   defense hoping to use it for something?

14             MR. KHOROOSI:  We don't intend to use the e-mail

15   for anything.  No.

16             THE COURT:  So it's moot.  This e-mail, which is

17   from an FBI agent to Mr. Wright, won't come into evidence.

18   So that motion, Document 72, is granted as it's moot.  Give

19   this back to Mr. Wright.

20        Then the Defendant's motions in limine, I have already

21   ruled on the Defendant's motion to bifurcate by severing

22   Count 4, which the Court granted.

23        With regard to Document 63, which is the Defendant's

24   motions in limine, the Defendant moved to exclude reference

25   to any prior criminal history under Rules 401 and 402, and
```

```
1    Defendant further requests, if he elects to testify,
2    reference should be excluded, notwithstanding Rule 609(a),
3    on the 403 grounds that any probative or impeachment value
4    is outweighed by the unfair prejudice that would result
5    from the admission.
6         Well, in its response, the Government asserts it does
7    not plan on impeaching the Defendant with certified copies
8    of any prior convictions if he does choose to testify.  The
9    Government does not plan on eliciting testimony about any
10   arrests, other than if the Defendant's arrest regarding
11   this matter should somehow become relevant.  That motion in
12   limine is granted as moot.
13        No. 2, the Defendant moves to exclude the introduction
14   of any evidence alleging that the Defendant has been
15   physically abusive to his children in the past, claiming
16   such evidence as irrelevant under Rules 401 and 402.  If
17   relevant, its probative or impeachment value is outweighed
18   by unfair prejudice that would result from its admission
19   under Rule 403.
20        The response from the Government is that, as I take
21   it, rather than A through F, what the Government hopes to
22   put in is the incident with regard to the mark on the
23   bottom that the Defendant admitted to five months before.
24   Is that correct?
25             MR. MILLER:  That is correct.
```

1          THE COURT:  I've already ruled on that one as to

2     what I want to see out of the presence of the jury if that

3     becomes relevant.  The rest of those in A through F are not

4     going to be presented in evidence.  So the Court doesn't

5     have to rule on them.  That's moot.

6         Then on Document 79, that's what I call the cracking

7     on the head, that's not going to be offered into evidence.

8     Is that correct?

9          MR. MILLER:  Your Honor, if I may correct myself.

10    Paragraph F deals with the events of January 9, which is

11    the date in the Indictment.  That's the res gestae of our

12    case.

13         THE COURT:  Okay.  That's the incident in

14    question.

15         MR. MILLER:  That's correct.

16         THE COURT:  Oh, yes, I understand that.

17         MR. MILLER:  The other issue is the 404(b)

18    related to the crack on the head, which is a separate

19    404(b) motion than what we've talked about.

20         THE COURT:  Well, I want to hear from each side

21    on that.  I read the Grand Jury testimony of that witness

22    who, when Grand Jury testimony was given, was either 14 or

23    16, I don't remember which age.

24        With regard to I call it the crack on the head, let me

25    hear from the defense on that one because it's your motion.

1           MR. KHOROOSI:  Your Honor, any probative value is

2    outweighed by the prejudicial effect.  This case is about

3    whether Mr. Contreras did anything to his younger daughter,

4    A.C., and not this 14-year-old boy that testified at the

5    Grand Jury.  I think it's completely inappropriate to allow

6    it in in this trial.  It serves only to prejudice the jury.

7    It doesn't establish MO.  It doesn't establish intent.  It

8    doesn't establish anything with regard to this two-year-old

9    girl.

10          I think its prejudicial effect will be instantaneous

11   and severe.  The jury will automatically assume that

12   because he did this to his 14-year-old son, that he's going

13   to use the same discipline method, even if it's true as to

14   his 14-year-old son, it doesn't prove anything regarding

15   how he treats his two-year-old daughter.

16          THE COURT:  All right.  Let me hear from the

17   Government on that.

18          MR. WRIGHT:  It's critical evidence to our case.

19   The evidence we believe will show the Defendant cracked or

20   hit this 14-year-old witness a number of times on the head

21   and also slapped him across the face.

22          THE COURT:  I didn't get the slapping across the

23   face from the Grand Jury testimony.

24          MR. WRIGHT:  We actually never introduced any of

25   the 404(b) evidence in front of the Grand Jury.  It's all

```
 1    based upon the videos, I believe.

 2              THE COURT:  Oh, that's what it was I read.

 3              MR. WRIGHT:  The 404(b) evidence, we deliberately

 4    did not present that to the Grand Jury, because we don't

 5    think somebody should be indicted on 404(b) evidence.  They

 6    should just be indicted on the offense of the case.  That's

 7    why it wasn't in the Grand Jury testimony.

 8         But the basis, what the witness is going to testify to

 9    is that he lived with the Defendant for a long period of

10    time, and the Defendant would routinely lose his temper and

11    crack him on the head.  In the video that I think the Court

12    watched, the witness even demonstrated with his fist that

13    the Defendant would hit him like this and also said during

14    the video that he got slapped on the face.  This witness

15    lived with the Defendant.  The Defendant routinely hit him.

16         Now, it's our understanding in this case the Defendant

17    is going to say the victim died from a fall.  The medical

18    testimony, the experts will show this child was beaten to

19    death and sustained a number of blows to the head.  In

20    fact, the Court has had a chance to review one of the

21    pictures.  We anticipate there will be testimony that shows

22    one of the pictures is indicative of a fist to the brain.

23    There are actually four deep contusions that show in the

24    pictures.

25         So it's our allegation this man beat a two-year-old
```

1   child by punching her in the head repeatedly.  There's

2   404(b) evidence that shows he punched another child, not

3   his biological child, but someone he is very close to and

4   lived with him for a long period of time, in the head,

5   which goes directly to their announced defense that this

6   other child died by accident.  It's clearly relevant to

7   show lack of mistake or accident.  It's recent in time.  We

8   would ask the Court to receive it.  Or if the Court is on

9   the fence about receiving it, we would at least like the

10  opportunity for that child to testify outside the presence

11  of the jury, so the Court can hear that first and then make

12  a determination.  But it's critical testimony to our case.

13          MR. KHOROOSI:  If I could be heard, Your Honor.

14  The prejudicial effect of evidence like that is precisely

15  why our motion to sever was made, or one of the main

16  reasons.  This is evidence that is more properly -- if the

17  Government wants to charge it out, they can.  They haven't

18  charged it out.  They haven't alleged that his act or his

19  alleged act of cracking this 14-year-old kid on the head

20  was a crime or anything that they are seeking to impose any

21  penalties for.  This is pure propensity evidence and

22  inflammatory.  So I would ask it be excluded.

23          THE COURT:  When I read that boy's testimony, it

24  didn't come across strongly to me.  So before he would

25  testify, I do want to have a hearing out of the presence of

1   the jury on that, because I want to be able to see him in

2   the courtroom and make that decision.  So until that time,

3   nobody is going to talk about the crack on the head.  Does

4   everybody understand that?

5           MR. MILLER:  Yes, sir.

6           THE COURT:  All right.  I want to assess his

7   testimony, because there are cracks on the head, and then

8   there are cracks on the head, so to speak.  A significant

9   crack on the head is probative.  On the other hand, you

10  know, a boxing, so to speak, on the head is probably not.

11  That's why I want to actually see that testimony, just so

12  both sides understand where the Court is coming from on

13  that.

14          MR. KHOROOSI:  Could I take a brief 30-second

15  recess?

16          THE COURT:  Sure.

17                  (Pause)

18          MR. KHOROOSI:  Thank you, Your Honor.

19          THE COURT:  Defendant moved for an order

20  prohibiting FBI Agent Mertz from sitting at the counsel

21  table.  I denied that.

22      Fifth, the Defendant moved for an order prohibiting

23  the Government from displaying autopsy photographs or other

24  images of the body of the decedent.  The Government

25  indicated in response that around 12 to 20 of the 161

1   autopsy photographs that were taken were going to be

2   offered.

3       What I did then, I wanted the Government to provide

4   those to the Court so I could look at them, which I did

5   yesterday.  The ones that I saw yesterday, which were

6   Exhibits 9A, 9B, 9C, 9D, 9E, 9F, 9G, 9H, 9I, 9J, 9K, 9L,

7   those are the ones that I reviewed.

8       I'll ask the Government, are these ones that are all

9   going to be the subject of expert testimony or not?

10          MR. MILLER:  Yes, Your Honor.

11          THE COURT:  Those are ones that can be

12  introduced, because, from what the Court understands of the

13  case, these are the ones that would be relevant to the

14  expert testimony.  Mr. Khoroosi?

15          MR. KHOROOSI:  Your Honor, I fail to see how

16  Exhibit 9A would be relevant to expert testimony.  If the

17  issue is identification, we'll stipulate to the fact that

18  Dr. Froloff performed an autopsy on A.C.  I don't think

19  there's any probative value to be gained.  I could be

20  wrong, but I can't see any from 9A.

21          THE COURT:  That would be the only one I would

22  wonder about.  What about that?

23          MR. MILLER:  Your Honor, that is why Exhibits 9A

24  and 9B are being introduced is for the purpose of

25  identification.  I appreciate Mr. Khoroosi's willingness to

1    stipulate to it.  We may accept that stipulation, but I

2    don't think we have to or are compelled to.  I would like

3    to at least reserve the right to still put them in, because

4    they are relevant to identification.

5            THE COURT:  Well, 9B with testimony would

6    establish identification.

7            MR. MILLER:  But it doesn't show the person, so

8    we don't know who that tag is attached to.

9            THE COURT:  Well, then how does that connect with

10   9A?  Because the medical record number is not shown on 9A.

11   There's another number on 9A, ME 20120090, and the medical

12   record number on 9B is 5004458.

13           MR. MILLER:  The witness that took the

14   photographs can tie the two photographs together, and

15   that's Dr. Froloff.

16           THE COURT:  It seems to me 9B would do that,

17   coupled with his testimony.  You've already indicated to me

18   you need his testimony to tie 9A to 9B, anyway.

19           MR. MILLER:  Again, one of the issues with 9B is

20   we don't see who it is attached to.  As you can see, the

21   reference is to Dr. Storm.  This tag was put on before the

22   child left North Dakota.  This tag was not put on the

23   little girl by Dr. Froloff.  He can testify that the tag

24   was there, but he's not the one that actually placed it.

25           THE COURT:  Mr. Khoroosi?

1          MR. KHOROOSI:  Your Honor, all of those issues

2     are moot.  We're stipulating on the record that the child

3     Dr. Froloff identified was A.C.

4          THE COURT:  Well, the Government doesn't ever

5     have to accept a stipulation unless the Court finds that

6     the evidence is inflammatory.

7          MR. KHOROOSI:  I believe it is, Your Honor.  I

8     mean this is precisely one of the types of evidence we were

9     seeking to exclude by making that motion in limine.

10    There's absolutely no probative value if the matter has

11    been stipulated to seeing the entirety of a child's dead

12    body.  It's a horrifying sight, a shocking sight.  Most of

13    the jurors, I'm fairly certain, won't have seen that

14    before.  It's gruesome evidence that shouldn't be included.

15         THE COURT:  9A will not be received.  If there's

16    any issue with regard to identity, then, you know, because

17    if the defense raises any issue or even intimation of

18    identity, then 9A will come in.  That's the way we'll

19    handle it.

20       9B and the rest of the exhibits I indicated will come

21    into evidence.

22         MR. KHOROOSI:  I would like to request that the

23    photos be redacted to remove areas of the decedent's face,

24    specifically, as far as 9C goes, there's an area where the

25    flesh around her clavicle is cut away.  That's absolutely

1    no probative value.  The testimony and the case, as I

2    understand it, will center around injuries to the top of

3    the child's head and forehead.  There's no reason to show

4    any other part of the body.  Besides that, these pictures

5    are all in digital format.  They are easy to crop.  I would

6    offer the same objection to 9D.

7              THE COURT:  Beg your pardon?

8              MR. KHOROOSI:  I would offer the same objection

9    to 9D.

10             THE COURT:  9C and 9D are the two.  Right?

11             MR. KHOROOSI:  9C and 9D, yes, Your Honor.  You

12   can see fluid in the child's ear in 9D.  That could lead to

13   an improper presumption that the actions of the Defendant

14   caused bleeding in the child's ear.  None of that is in the

15   medical records, and it won't be borne out in the

16   testimony, I believe.

17             THE COURT:  Well, we'll see about that as to 9D.

18   I think it's supposition to say that that isn't somehow

19   related to the medical testimony.  We'll see if there's

20   foundation for 9D in the testimony as to why -- that

21   there's a reason that 9D is there.  With regard to 9C, what

22   about beneath the head, the opening of the body for the

23   autopsy?  How is that medically relevant?

24             MR. MILLER:  Your Honor, the photos we have

25   offered are undoctored.  We didn't want to alter them at

1    all.  We marked the photos as they existed.

2           THE COURT:  I understand that, because this is an

3    autopsy photo.  But what's to prevent the part of 9C

4    underneath the head of the child from being covered?

5           MR. MILLER:  Nothing.

6           THE COURT:  Do it then.

7           MR. KHOROOSI:  The remainder of my objections

8    have to do with Photographs 9E, 9F, 9G, 9J, 9K, and 9L.  I

9    think for purposes of testimony, Dr. Froloff can talk about

10   where in the child's body, through the use of diagrams,

11   through the use of indications, through use of his own

12   words, where this child's injuries were.

13     I think it's incredibly prejudicial and incredibly

14   inflammatory to show such gruesome and bloody evidence to

15   the jury.  We would object to that, as well.

16           THE COURT:  What's the Government's response?

17           MR. MILLER:  Your Honor, autopsy pictures are not

18   a new thing in homicide cases.  They've been introduced

19   many, many times.  These pictures will aid Dr. Froloff and

20   the other expert witnesses in explaining the injuries

21   they're seeing, they saw when they did this, and the

22   relevance to those.  So I think it would aid the jury in

23   understanding the expert's testimony.  So, therefore, we

24   feel that the photographs are more probative than

25   prejudicial and should be admitted.

1        The other thing I wanted to indicate, so I didn't

2   forget, is we also have the CD, which was just marked as

3   Exhibit 9 which we intend on introducing.  It is not our

4   intention to have that exhibit to go back to the jury.

5   It's basically for the Court file.  So if the objections

6   raised by the Defendant, if they are overruled, the

7   totality of the pictures can be reviewed by an Appeals

8   Court so they can already see some -- that there's been

9   some selection process where we eliminated many of the

10  photos that were available to come down to essentially

11  these ten, because the first two were identification

12  photos.  We don't intend on Exhibit 9 to go back to the

13  jury.

14        THE COURT:  From reading the experts' reports,

15  both the defense expert, as well as the Government's

16  experts, the Court understands it's a question of single

17  blow versus multiple blows essentially.  To the extent that

18  the rest of the exhibits that are objected to are necessary

19  for the Government expert to talk about multiple blows, and

20  that's the way the Court understands it at this point, and

21  if that foundation is laid by the Government's expert, with

22  these demonstrating what they're at least, in part, basing

23  their opinion on, they will come into evidence.  So that's

24  overruled.

25        So Exhibit 9A is out.  That objection was sustained.

1   Exhibit 9C will be altered with the portion of the child

2   beneath the child's head being covered over.

3       No. 6 of the Defendant's motion in limine was an order

4   prohibiting the Government from introducing testimony or

5   report of Dr. Kenneth Snell because it was claimed there

6   was no timely disclosure.  The Government responds to say

7   it was sent on July 12, and the defense has not requested a

8   continuance to address any new expert material, and the

9   Court is going to be instructing the jury not on counting

10  numbers of witnesses or expert witnesses on one side or the

11  other, and remind me to do that.  So that's denied.

12      Then No. 7, the Defendant moves to exclude portions of

13  the forensic interview of a child referred to as T.C.

14  relating to what his parents allegedly told him about

15  A.C.'s death and T.C.'s willingness or ability to tell the

16  truth.

17      The Government, in responding to that motion in

18  limine, advises it does not plan on offering evidence from

19  T.C., nor does it plan on offering the forensic interview

20  of T.C.  So that's granted, but as moot.

21          MR. MILLER:  Your Honor, may I say one thing on

22  that?

23          THE COURT:  Yes.

24          MR. MILLER:  Yesterday when we got to Court, we

25  were provided exhibits and a witness list from the defense.

1    T.C.'s name was on there.  If T.C. were to testify during

2    the Defendant's case and testifies to something contrary

3    than what is in that forensic interview, then our position

4    is going to change.

5           THE COURT:  Yes.  If T.C. is called by the

6    defense and there's something in that interview that would

7    be impeachment, you can certainly use it.

8           MR. KHOROOSI:  T.C. was also disclosed in the

9    Plaintiff's witness list, as well.  I don't know whether

10   they intend to call him or not.  It could have been just

11   good measure.  We would still like that testimony excluded

12   unless he said something substantively that's contrary to

13   what he said in the interview.

14          THE COURT:  Well, I'll rule on that if he

15   testifies and if it comes up.

16          MR. KHOROOSI:  Thank you.

17          THE COURT:  I've already ruled to Defendant's

18   motion to sever Count 4, Document 77, which was granted.

19   That concludes the motions in limine.

20      With regard to jury selection, both sides have tried

21   cases before this Court before.  You know I'll try the case

22   with one alternate.  The defense gets 11 objections.  The

23   Government gets seven.  The peremptory challenge will go

24   one for the Government, two for the defense, one for the

25   Government, two for the defense, one for the Government,

1    two for the defense, one for the Government, two for the

2    defense.  Then one for the Government, one for the defense,

3    one for the Government, one for the defense, one for the

4    Government, one for the defense.

5        So, in other words, the first four rounds of

6    objections, the Government gets one, the defense gets two

7    in each of those rounds.  Then Rounds 5, 6 and 7, each side

8    gets one peremptory challenge.  Any questions from the

9    Government?

10              MR. WRIGHT:  Yes, if I may.  The other trials

11   I've had with you, Your Honor, you restricted our voir dire

12   of counsel to 15 minutes.  Will that be the rule in this

13   case?

14              THE COURT:  Yes.

15              MR. WRIGHT:  The second question I have is

16   counsel for the defense told me last week they may be

17   attempting to introduce exhibits in the opening statement

18   or referencing exhibits.  We resist that and ask no

19   exhibits be shown to the jury until they've been received

20   in trial.

21              THE COURT:  Well, what are we talking about?

22              MR. KHOROOSI:  Your Honor, I've supplied the

23   Government with photographs.  The exhibits I will actually

24   intend on referencing in my opening statement are a couple

25   of photos of the decedent that foundation will be laid

```
1    during our case in chief.
2        The other is a photo -- is an aerial photo of
3    Mr. Contreras' residence that denotes his home as well as
4    the home of his uncle, Dennis Gill.  Those are there for
5    the demonstrative aid of the jury.  The rest of my
6    PowerPoint presentation consists of slides I drafted with
7    bullet points on it.  It's all words.  There are no images.
8                THE COURT:  What are the two pictures of the
9    deceased?
10               MR. KHOROOSI:  The one I have in color,
11   Your Honor, and the other I provided an electronic copy to
12   counsel, but I have a black-and-white copy here for the
13   Court.
14               THE COURT:  I want to see what you are proposing
15   to show to the jury.  Or is it on your PowerPoint?
16               MR. KHOROOSI:  It's on my PowerPoint.  I can show
17   it to the Court.
18               THE COURT:  No.  Let me see the black-and-white
19   for now.
20               MR. KHOROOSI:  May I approach?
21               THE COURT:  You may.  You can use these in
22   opening.
23        We're going to have a logistical issue in that we have
24   59 potential jurors, and we have a lot of spectators.
25        So what I'm going to have to do is have the spectators
```

```
1    stand over in the aisle.  So it's clear on the record, this
2    is the biggest courtroom that we have.  There are three
3    jury courtrooms here in this Federal Courthouse.  This is
4    the biggest one that we have, and we don't have enough room
5    for all the spectators to sit and all the prospective
6    jurors to sit.
7         Counsel, here is what I'll suggest.  I normally never
8    predraw the jury, because we draw 31 to begin with.  What
9    we could do is, contrary to my normal practice, draw the
10   31, and have them come in and be seated, and have the
11   others remain outside.  If we have to call somebody up
12   because somebody gets excused, then we'll just call them
13   in.
14        That's the only way we can accommodate it.  This is a
15   public trial, and the Defendant has a public trial right to
16   have people present, other than the prospective jurors.
17   That's how I propose to do it, which is contrary to my
18   normal practice.
19        My practice is always to allow, of course, all the
20   spectators to be there at all stages of the trial unless
21   the courtroom was closed for some reason.  There is no
22   reason to close it now.  Does the Government have any
23   objection to that procedure?
24             MR. WRIGHT:  No, we don't, Your Honor.
25             MR. KHOROOSI:  No, Your Honor.
```

1          THE COURT:  So sit tight for a minute, and we're

2     going to predraw 31.  Then we'll call those 31 in here and

3     administer an oath to them.  Then if we need additional,

4     we'll have them brought in, and they'll have to be given a

5     separate oath.  That's just the way we'll have to do it.

6          MR. WRIGHT:  We do have one other matter we'd

7     like to discuss with the Court.

8          THE COURT:  What's that?

9          MR. WRIGHT:  If the Court is going to allow the

10    Defendant to use exhibits on the opening statement, the

11    Government would like to use certain exhibits on the

12    opening statement, as well, then.

13         THE COURT:  What?

14         MR. WRIGHT:  We'd like to use Exhibits 4 and 8 on

15    the opening statement.

16         THE COURT:  Let me see them.  I have them up

17    here.  Just a minute.  What is 8?  I can't find 8 in the

18    exhibits that were given to the Court.

19         MR. WRIGHT:  May I approach?

20         THE COURT:  Yes.  You can use 4.  You can't use 8

21    because of the cause of death that's stated in 8.

22         MR. WRIGHT:  May I address another issue?

23         THE COURT:  Yes.

24         MR. WRIGHT:  I thought I heard counsel say he was

25    going to present a PowerPoint possibly in the opening

 1    statement.  We would object to that, because we haven't

 2    received a copy of that.  We provided them with all the

 3    discovery in this case.

 4        If they are going to use a PowerPoint, they should

 5    have given us a copy well before this time.  There is case

 6    law that PowerPoints routinely are not allowed in opening

 7    statements.

 8            THE COURT:  I can't hear you.

 9            MR. WRIGHT:  We would object to them giving a

10    PowerPoint without providing that to us.  We still haven't

11    seen it or know what they're talking about.

12        The case law, as we understand it, says PowerPoints

13    are only allowed in the discretion of the Court.  The other

14    side has at least 24 hours to review it before the opening

15    statement.  We haven't seen it.

16            THE COURT:  I'm not aware of any 24-hour rule.  I

17    think the defense did contact my secretary and ask if they

18    could use a PowerPoint, and I said yes.  I'm not aware of

19    any 24-hour rule.

20            MR. WRIGHT:  It's my understanding there is case

21    law.  United States vs. Burns, Sixth Circuit case.  I know

22    it's not binding in this circuit, but just common

23    discovery, exchange of discovery we think should preclude

24    that.  We asked for the PowerPoint last Thursday.  They

25    said they would get it to us, and we haven't received it.

```
 1   We object because we haven't seen it at this point.

 2            THE COURT:  Did you give them an outline of your

 3   opening statement?  Of course not.  That's what a

 4   PowerPoint is, as far as I'm concerned.  The objection is

 5   overruled.

 6       Have you predrawn 31?

 7            THE CLERK:  We have, Your Honor.  She's lining

 8   them up.

 9            MR. KHOROOSI:  Could I address a couple brief

10   matters first?

11            THE COURT:  What?

12            MR. KHOROOSI:  I would like to ensure we are to

13   reference minors by their initials.

14            THE COURT:  No.  Names.  It's too confusing to

15   the jury otherwise.  You have A.L. and A.J., and they can't

16   keep them straight.

17            MR. KHOROOSI:  How long will counsel be allowed

18   for opening and closing?

19            THE COURT:  I don't limit opening and closing.

20   Well, I do limit closing.  I set the time on that.

21       On opening, I don't limit that, but remember this:

22   Opening statement is opening statement.  It's not opening

23   argument.  If you start to argue, I'll sustain an

24   objection, and the same is true with regard to the

25   Government.  If they start to argue, I'll sustain an
```

 1   objection.

 2        Remember, opening statement is supposed to be a

 3   thumbnail sketch of what the case is.  It isn't supposed to

 4   be a long exposition.  But I don't limit opening statement.

 5   That's a matter of good sense for counsel.  Closing

 6   argument, I do.

 7             MR. KHOROOSI:  I have one more matter I would

 8   like to make a record on.  Could we approach the bench?

 9             THE COURT:  You may.

10   (Side bar with all counsel, out of the hearing of

11   everyone:)

12             MR. KHOROOSI:  Your Honor, it's come to my

13   attention over the weekend, and I've made Mr. Wright aware

14   of this.  I believe one of my witnesses is being threatened

15   with the loss of her job if she testifies.  I wanted to

16   make a record on that.  She does intend to obey the

17   subpoena and testify here.

18        I've never had that happen before.  I don't know how

19   the Court would deal with something like that.  There have

20   been threats from my witness' I think administrative

21   supervisor that if she testifies in Court, she will lose

22   her job at the IHS Hospital in Sisseton.

23             THE COURT:  Well, there's such a thing as

24   obstruction of justice.  We can't deal with that right now,

25   but we'll deal with it at a recess.  Before we recess for

```
 1    lunch, bring it up then.

 2              MR. KHOROOSI:  Thank you.

 3              MR. WRIGHT:  I wanted to apologize for being late

 4    yesterday.  I had an emergency to take care of in my

 5    office.  I thought Mr. Miller was just going to handle this

 6    in court.  I thought you were just going to set it for this

 7    morning.  So I apologize for being late and making you

 8    wait, sir.

 9              MR. MILLER:  Your Honor, the issue of the child's

10    name.  One of the things I see happen in the past, and I

11    don't know how this Court does it, is even though we may

12    use the child's name, the court reporter just puts the

13    initials in, and that way if there's appeal, we don't have

14    redaction issues.  I have no objection to that method being

15    used.

16              THE COURT:  That would simplify things, because

17    I've had cases where the court reporter did put the name in

18    and we had to redact the record.

19              MR. KHOROOSI:  The issues arise here where there

20    are the same initials for two children.  I know there are

21    two M.C.s that were in my client's house at the time.

22              THE COURT:  We're going to use names.  That's all

23    there is to it.  Let me ask the court reporter if that

24    works or not.  Just put the names down.  Anything else?

25              MR. WRIGHT:  No, sir.
```

```
 1    (End of side bar)

 2            THE COURT:  I have a high frequency hearing loss.

 3    I have no trouble at all hearing Mr. Khoroosi.  Sometimes I

 4    do have a problem hearing you, Mr. Wright.  So you either

 5    have to use the podium or make sure the microphone is

 6    pointed up towards you.

 7            MR. WRIGHT:  Yes, sir.

 8            THE COURT:  It's a difference in timbre of

 9    voices.  It's just surprising.  I have no trouble at all

10    hearing you, Mr. Khoroosi, even though you speak at the

11    same volume.

12            MR. WRIGHT:  Your Honor, you are the first person

13    that's ever told me they had trouble hearing me.

14            THE COURT:  There are times I have not had any

15    trouble hearing.  I'll say that.

16        Now we have 31 jurors to bring in.  We'll bring in

17    those 31, and we'll administer an oath or affirmation to

18    them as they choose.  The rest of them are going to stand

19    in the back, because we don't have room enough to bring

20    them in, I don't think.  We'll see.

21        (Voir Dire was held and filed in a separate, sealed

22    transcript)

23            THE COURT:  You are going to have a late lunch.

24    Administer an oath now to these jurors.  If you would

25    please stand.
```

1                       (Jury, sworn)

2           THE COURT:  Please be seated.  When you come

3    back, I'll give you some preliminary instructions.  I'm

4    going to give you an instruction now, even before you've

5    heard any evidence or before you've heard the other

6    preliminary instructions.  This deals with essentially new

7    technology.

8           Members of the jury panel, if you have a cell phone,

9    PDA, Blackberries, smart phone, Iphone, or any other

10   wireless communication device with you, please take it out

11   now and turn it off.  Do not turn it to vibrate or silent.

12   Power it down.  That's when you come back.  At lunch you

13   can, but you can't use it to look up anything.

14          I understand you may want to tell your family, close

15   friends, and other people about your participation in this

16   trial so you can explain when you are required to be in

17   Court.  You should warn them not to ask you about this

18   case.  You should not tell them anything that you know

19   about the case or discuss the case in any way with you.

20          You must not post any information on a social network

21   or communicate with anyone about the parties, witnesses,

22   participants, charges, evidence or anything else related to

23   this case, or tell anyone anything about the jury's

24   deliberations in this case until after I accept your

25   verdict or until I give you specific permission to do so.

1    If you discuss the case with someone other than one of

2  the jurors during deliberations, you may be influencing

3  your verdict by their opinions.  That would not be fair to

4  the parties and result in a verdict not based on the

5  evidence and law.

6    While you are in the Courthouse and until you are

7  discharged in this case, do not provide any information to

8  anyone by any means about this case.  For example, do not

9  talk face to face or use any electronic device or media,

10  such as a telephone, cell, or smart phone, camera,

11  recording device, Blackberry, PDA, computer, Internet, any

12  Internet service, any text or instant messaging service,

13  any Internet chat room, blog, or website, such as Facebook,

14  MySpace, YouTube, or Twitter, or any other way to

15  communicate to anyone any information about this case until

16  I accept your verdict or until you've been excused as a

17  juror.

18    Do not do any research on the Internet, in libraries,

19  newspapers, or any other way, or make any investigation

20  about this case.

21    Do not visit or view anyplace discussed in this case,

22  and do not use Internet programs or other devices to search

23  for or to view anyplace discussed in the testimony.

24    Also, do not research any information about the case,

25  the law, and the people involved, including the parties,

1   the witnesses, the lawyers, or the Judge, until you've been

2   excused as jurors.

3        The parties have a right to have this case decided

4   only on the evidence they know about and that has been

5   presented in the Court.  If you do some research or

6   investigation or experiment that we don't know about, your

7   verdict may be influenced by inaccurate and incomplete or

8   misleading information that is not contested by the trial

9   process, including the oath to tell the truth and by

10  cross-examination.

11       Each of the parties is entitled to a fair trial

12  rendered by an impartial jury, and you must conduct

13  yourself so as to negate the integrity of the trial

14  process.

15       If you decide a case based on information not

16  presented in Court, you will have denied the parties a fair

17  trial in accordance with the rules of this country, and you

18  will have done an injustice.  It's very important you abide

19  by these rules.  Failure to follow these instructions could

20  result in a case having to be retried.

21       Now, a lot of that deals with technology with

22  exception of the telephone.  I've been trying cases as a

23  trial lawyer, and now as a Judge for almost 50 years.

24  Twenty-five years ago I would have heard that instruction

25  and said, "What are they talking about?"  Most of those

1    things didn't exist then, except for the telephones.

2         We have had problems in Federal cases and state cases,

3    too, where people have done Internet research.  It seems

4    some people think when we tell you not to do research is

5    looking in a book.  But it isn't.  Obviously the Internet

6    is research, too.  That's the reason for those admonitions,

7    which before used to be a lot simpler than they are now.

8         It's five after 1:00.  We'll recommence at 2:00.

9              A JUROR:  Judge, so we can notify our place of

10   work?

11             THE COURT:  Yes, you can.  Thank you.  Please

12   stand for the jury.

13                  (The jury left the courtroom)

14                  (Recess at 1:05 until 2:05)

15   (In open Court, counsel and Defendant present, at

16   2:05 p.m.)

17             THE COURT:  Good afternoon.

18             (Preliminary instructions read to the jury)

19             THE COURT:  Counsel for the Government may make

20   opening statement.

21             MR. MILLER:  Thank you, Your Honor.  May it

22   please the Court, counsel.

23        Ladies and gentlemen of the jury:  Aleeyah Cook died

24   on January 11, 2012.  She had turned two years old just 12

25   days earlier.  The evidence will show that the last five

1    days of her life, prior to being admitted to the hospital,

2    she was in the care and custody of the Defendant in this

3    case, Mario Contreras.

4        About that time Aleeyah was getting ready to enter

5    Head Start.  As part of a child entering Head Start, she

6    had to go through an assessment.  Because of that, her

7    mother, Shannon Sine or Shannon Cook, on December 28, just

8    two weeks before Aleeyah passed away, her mother took her

9    to see Dr. Stellar Anonye, who was a doctor up there and is

10   a part of the Head Start assessment.  Dr. Anonye did a

11   check of the child, a check of Aleeyah, and found her to be

12   a normal, healthy, two-year-old girl, just two weeks prior

13   to her death.

14       You will hear that Shannon Sine and Mario Contreras

15   had only been dating a short time when Shannon became

16   pregnant with Aleeyah.  In fact, the relationship had

17   ended, had terminated before Shannon even discovered that

18   she was pregnant with Aleeyah.  Shannon and Mario never got

19   married, and Shannon had full custody of Aleeyah.

20       The evidence will show that throughout much of the

21   first 22 months of Aleeyah's life, the Defendant was not

22   really a part of her life.  He was an uninvolved parent.

23       The evidence will also show, however, that starting in

24   November of 2011, approximately two months before Aleeyah

25   died, the Defendant did begin to play a more active role in

her life.  You will hear testimony regarding a specific
incident in late December of 2011, and on this particular
day the Defendant had his visitation with Aleeyah, and he
and Shannon had made arrangements to exchange or transfer
the custody of Aleeyah back to her mother, Shannon.  That
arrangement was that they were going to meet at Teal's
Grocery Store in Sisseton.

When Shannon and her husband, Sam Sine, got to the
grocery store, Sam went inside to purchase some items.
When Sam came out, Aleeyah was there with the Defendant,
and Shannon will testify that Aleeyah pointed to Sam,
Shannon's husband, and said something about him being her
daddy.  She ran to him, threw her arms around him, and they
exchanged a kiss.

Shannon will testify that the mood of that meeting
changed at that time, and that the Defendant appeared to be
bothered or upset by that display of affection from Aleeyah
to the Defendant.

You'll hear evidence of another visitation that the
Defendant had with Aleeyah.  The evidence will show that on
January 4 of 2012, the Defendant came over to Shannon's
house and picked up Aleeyah after he got off work that day.
The evidence will show that from that moment to the time
she was admitted to the hospital on the morning of
January 9, the Defendant had continuous care, custody, and

1  control of Aleeyah.  She was not with Shannon and Sam

2  during those five days prior to being admitted to the

3  hospital.

4      A few days after January 4th the Defendant contacted

5  Shannon and asked if he could keep Aleeyah for a few more

6  days.  Shannon agreed to that.  She didn't have a problem

7  with that.  The evidence will also show on Sunday night,

8  January 8, Shannon and the Defendant talked again.  During

9  that phone conversation the Defendant agreed to take

10  Aleeyah to Head Start on Monday morning.

11      A couple other conversations also happened during that

12  phone call on Sunday night.  Shannon will testify that the

13  Defendant had made a request to have joint custody of

14  Aleeyah, because if he had joint custody, he wouldn't have

15  to pay his child support obligation anymore, and Shannon

16  will testify that there was some disagreement, some

17  argument between them, because Shannon was unwilling to do

18  that.

19      Shannon will also testify that she talked to Aleeyah

20  on the phone that night, and that Aleeyah appeared to be

21  her normal self and that everything appeared to be fine.

22  As a matter of fact, Aleeyah told her mother, "Night,

23  night," and "I love you."  That was the last time Shannon

24  spoke to her daughter.

25      Not only will Shannon testify that everything appeared

1  to be fine on that Sunday evening of January 8, but the

2  evidence will also show that FBI Agent Rob Mertz talked to

3  the Defendant after this series of events, and the

4  Defendant confirmed on that Sunday, January 8, Aleeyah was

5  fine, healthy, and everything was okay.

6      On the morning of January 9, 2012, the evidence will

7  show the series of events began that led to Aleeyah's

8  death.  As part of the testimony, you'll hear there were

9  two hospitals in Sisseton.  Aleeyah was taken to one of

10  them on the morning of January 9.  The Defendant worked at

11  the other.  The Defendant worked at the Indian Health

12  Services Hospital in Sisseton.

13      I anticipate during the course of the trial you'll

14  hear the testimony of Rose Gaikowski, who was the

15  Defendant's immediate supervisor.  She will testify that

16  she supervised him directly, and during the time he worked

17  underneath her, that there were some issues that she had to

18  address with him.  Specifically, she began to notice the

19  Defendant was repeatedly tardy for work, particularly in

20  the morning when he was supposed to report to work at 8:00

21  a.m.  It got to the point she had to sit down, talk to him,

22  and reprimand him for being late to work so often.

23      Because she noticed he was late to work so often, she

24  kind of indicated to him that if you are at work late in

25  the morning, you have to take time off for that.  If you're

1   15 minutes late, you have to take a quarter of an hour off

2   because you are late for work too often.

3       Rose Gaikowski will testify that after all this

4   happened and she was contacted by law enforcement, she went

5   back and checked those records to see how often the

6   Defendant had taken leave, and the evidence will show that

7   between July 1 of 2011 and January 3 of 2012, the Defendant

8   had taken leave over a dozen times in a span of less than

9   an hour, because he had been tardy or late for work,

10  particularly in the morning when he was supposed to be to

11  work at 8:00 a.m.

12      The evidence will show on the morning of January 9 the

13  Defendant was at his home.  You heard from the Indictment

14  that that is near Waubay, South Dakota.  He was scheduled

15  to go to work, as Rose Gaikowski will testify to, at 8:00

16  a.m. that morning.  However, the evidence will show he

17  didn't even wake up until 7:00 or 7:15 that morning.

18      The evidence will show that where the Defendant's

19  residence was near Waubay is about a 25-mile drive to

20  Sisseton where he worked.  But because of the nature of the

21  roads, it actually takes longer than 25 minutes to make

22  that drive.  So by the time the Defendant even got out of

23  bed that morning, he was behind the eight-ball for being

24  late to work yet again.

25      You already know, from what I said previously, that

1    Aleeyah spent the night with the Defendant.  So not only

2    did he have to get himself ready for work that morning, he

3    had to get Aleeyah ready to leave to take her to Head Start

4    in Sisseton before he could go to work.

5         Shannon will testify that Aleeyah was not, the term I

6    used, she wasn't a morning person.  She was a fussy kid in

7    the morning.  She didn't like to get up.  She didn't like

8    to get her hair combed.  She was particularly out of sorts

9    in the morning.  The evidence will show not only did the

10   Defendant have to get Aleeyah and himself ready for work,

11   he had another child there with him that spent the night,

12   and that is his four-year-old child, Miley Campbell.  He

13   had to get her up and get her ready that morning, too.

14        During this statement the Defendant gave to Agent

15   Mertz, he told the agent he woke Aleeyah and Miley up

16   sometime around 7:30 that morning.  He didn't even get the

17   kids up until a half hour before he was supposed to be at

18   work.

19        To further slow things down that morning, the

20   Defendant's ex-wife, Oyate, stopped over and dropped off

21   two more kids, seven-year-old Malia Leticia and 11-year-old

22   Teton Contreras.  At that point the Defendant is home

23   alone, no other adults to help him with the kids, with four

24   kids all under the age of 10.

25        Sometime before 9:00 a.m. that morning the Defendant

and four-year-old Miley arrived at the Coteau Hospital in
Sisseton.  Aleeyah is unresponsive.  She's not breathing,
and she has no heart rate.

Later on, when Agent Mertz talks to the Defendant, the
Defendant indicated that he drove this 25-mile trip from
the area where he lived to the hospital at about 120 miles
an hour while performing CPR on Aleeyah during the trip.

The evidence will show there was something he did not
do that morning.  He did not call 911.  He did not call 911
to have the ambulance come out to his house and get
Aleeyah, nor did he call to say, "Have the ambulance meet
me partway.  I'm going to start to head to the hospital,
but I want an ambulance to come out so we can meet partway
there."  He did not do those things.

Once the Defendant arrived at the hospital with
Aleeyah, one of the things the doctors tried to do, the
evidence will show, is find out what happened.  What caused
this that she is unresponsive?  A family member at the
hospital is going to testify, and she's going to testify
that the Defendant was providing minimal information to the
doctors.  That the doctors were having to probe the
Defendant to basically pry the information out of him to
get him to tell them what happened that morning.

Aleeyah's condition, when she presented at the
hospital in Sisseton, was so serious, that the decision was

1  made to Life Flight her out to the Sanford Hospital in

2  Fargo, North Dakota.  It was two days later there at the

3  Fargo Hospital that Aleeyah died on Wednesday, January 11,

4  2012.

5       During the course of my opening statement I've made

6  some references to a statement that the Defendant gave to

7  FBI Special Agent Rob Mertz.  That interview took place on

8  February 2, 2012, so approximately three weeks after

9  Aleeyah had passed away.  The Defendant came to the

10 interview with his attorney, so the attorney could be

11 present for the interview.

12      During the course of this interview, the Defendant

13 gave his version of what had happened that morning of

14 January 9 of 2012.  He indicated that he put Aleeyah on a

15 chair in the kitchen.  So as part of Agent Mertz'

16 investigation, one of the things he went and did was he

17 went and secured that chair or the chairs in the kitchen as

18 evidence in the case.  I anticipate during the course of

19 the trial that the chair will be introduced into evidence,

20 and you'll get a chance to see it.

21      One of the things that Agent Mertz did when he took

22 the chair into custody, he measured the height from the

23 seat of the chair, the top of the seat to the floor, and

24 that that distance was 25 inches, just one inch over two

25 foot tall from the top of the seat to the floor.

1        The Defendant went on to say when he put Aleeyah in

2   the chair, he gave her a banana and a cup of water.  But as

3   I indicated, Aleeyah wasn't the only child he had to tend

4   to that morning.  The Defendant then said, "I left Aleeyah

5   sitting on the chair with her banana and cup of water, and

6   I went in the other room, because I had to get Miley ready,

7   get her dressed and ready to go."

8        The Defendant told Agent Mertz that while he was in

9   the other room he heard a thump.  He turned around and

10  looked and saw Aleeyah laying on the kitchen floor.  He

11  described Aleeyah's appearance to Agent Mertz saying she

12  was lying on her back, her toes were pointing inward, she

13  was groaning, and her eyes were rolled up in her head.

14  When he picked her up, her legs were stiff, almost like she

15  was having a seizure at the time, and that she appeared to

16  be gasping for air.

17       The Defendant made the decision to take Aleeyah to an

18  individual that lived nearby, his uncle, Dennis Gill.  He

19  had taken her there.  The two men attempted to do CPR on

20  Aleeyah.  Then Dennis indicated to the Defendant, "You

21  should take her to a hospital."

22       The Defendant left the house without Dennis, just him

23  and Miley and Aleeyah went, and that's when the Defendant

24  began the journey, began his trip to the hospital in

25  Sisseton.

1    As part of the case, I anticipate that you'll hear

2    testimony from three different doctors in this case.  All

3    three doctors will testify that the injuries that they saw

4    on Aleeyah were inconsistent with the story that the

5    Defendant gave to Agent Mertz about Aleeyah falling off a

6    chair from a height of just a little over two feet.

7    The first doctor you'll hear from is Dr. Arne Graff.

8    He is a pediatrician that was at the Sanford Hospital in

9    Fargo, North Dakota, and he was involved in Aleeyah's care

10   and treatment after she was Life Flighted up to Fargo.  He

11   will testify that a CAT scan was done, and the CAT scan

12   revealed that Aleeyah had a subdural hematoma.  What's a

13   subdural hematoma?  The evidence will show that that is

14   bleeding within the space between an individual's brain and

15   their skull.

16   After Aleeyah passed away, she was sent to the office

17   of the medical examiner in Ramsey County, Minnesota,

18   St. Paul, Minnesota, where Dr. Victor Froloff did an

19   autopsy on Aleeyah Cook.  You'll hear Dr. Froloff testify

20   about the examination that he did, and the examination is

21   kind of multi-phased.

22   The first thing he did was an external examination,

23   just looked at how she appeared on the outside.  As part of

24   that external examination, you'll hear evidence that

25   Aleeyah had long, dark hair, and you can see the dark hair

1    in the photograph on the TV.  You really couldn't see much

2    of Aleeyah's head with all the hair, but Dr. Froloff will

3    testify that once you shaved her hair off, you could see

4    even externally multiple contusions on the outside of her

5    head.

6        Another part of the examination is an internal

7    examination, and some of that testimony may be kind of

8    uncomfortable, but it's basically where you look at the

9    person on the inside.  As part of that, Dr. Froloff

10    examined Aleeyah's, the inside of her head to see what he

11    could see.  He will testify that once he examined her

12    during the internal examination, he saw at least 15 areas

13    of points of impact on Aleeyah's head; 15, at least.

14    Dr. Froloff will testify that that many contusions, that

15    many points of impact is inconsistent with a single fall or

16    trauma.

17        As important as the number of contusions is where they

18    were.  The doctors will testify about the head is divided

19    into various planes.  You have the front, the top, the

20    back, and two sides.  Dr. Froloff will testify that he saw

21    these contusions on four different planes of the head, the

22    top, both the left and right side, and on the front.

23    Injuries to that many areas of the head, that many planes

24    of the head, Dr. Froloff will testify in his opinion is

25    inconsistent with a single fall.

1          He will also testify regarding the pattern of the

2      injuries on the top of the head, and how the placement of

3      the injuries are consistent with the knuckles on a fist.

4          Dr. Froloff will also testify about the subdural

5      hematoma that was seen in the CAT scan at the Sanford

6      Hospital.  He could see the subdural hematoma when he did

7      the internal examination, and he will testify that there

8      was no organization, is the medical term he used, to the

9      subdural hematoma.  The evidence will show the significance

10     of the lack of organization to that subdural hematoma meant

11     the injury was acute, and that in the medical field the

12     word "acute" means within 72 hours of death, so within

13     three days.

14         Now, regarding the contusions or the bruising that he

15     saw, the 15 different areas of points of impact,

16     Dr. Froloff will testify that's not as easy to date or age.

17     However, in comparing one of the contusions to all the

18     others, that he can testify that in his opinion those

19     injuries all occurred -- I should say most of them occurred

20     all within the same time period, same time frame.

21         Dr. Froloff will testify that based on everything he

22     saw during the course of the internal examination, it was

23     his opinion, just like it was the opinion of Dr. Graff,

24     that what he saw, those 15 areas of contusions on the four

25     spheres is not consistent with a single fall as described

1   by the Defendant in his interview with law enforcement.

2        The third doctor you'll hear testimony from is

3   Dr. Kenneth Snell.  He is the current coroner, I think the

4   term they use is medical examiner, for Minnehaha County

5   here in Sioux Falls.  He didn't actually examine Aleeyah,

6   but at the request of our office he took all the different

7   records and he examined them so that he could give us his

8   insight, his opinion as to what happened.

9        His conclusion, his opinion was the same as that of

10  both Dr. Graff's and Dr. Froloff's in that due to the

11  number of contusions, the number of impact wounds on the

12  various planes, it is not consistent with a single fall

13  from a chair.

14       Dr. Froloff and Dr. Snell will both also testify

15  regarding the dating of these various injuries and their

16  acute nature, meaning within three days or 72 hours,

17  keeping in mind that Aleeyah spent two days, Monday to

18  Wednesday, in the hospital before she passed away.

19       Another piece of evidence you'll hear is what we refer

20  to here in Federal Court is an Indian in Indian Country

21  stipulation.  One of the elements the Government has to

22  show is either the Defendant or the victim is an enrolled

23  member of a tribe, and that the location where the offense

24  occurred happened in Indian Country, which is a legal term

25  for within the exterior boundaries of a reservation.  It's

1   those two elements that make it so we're trying the trial

2   in this courtroom here versus maybe a State Courthouse, for

3   any of you that sat in on a State Court trial.

4       There is a stipulation between the parties regarding

5   those elements.  Essentially all that means is that on

6   those two elements, an Indian in Indian Country, there is

7   no dispute.  That's not a contested issue in this case.

8   The other elements the Government has to prove are still

9   contested, but that those two are not.

10      At the conclusion of all the evidence and testimony

11  over the course of the following week, we're going to come

12  back to you and ask you to hold the Defendant accountable

13  for the death of his daughter, Aleeyah Cook.  Thank you.

14          THE COURT:  Mr. Khoroosi, would you like to make

15  your opening now or later?

16          MR. KHOROOSI:  I'll make one now.  Thank you,

17  Your Honor.  May it please the Court, counsel.

18      Members of the jury, to say that this is a tragic case

19  doesn't begin to describe the nightmare that's been going

20  on for Mario Contreras for over a year and a half.  We're

21  here today because on the morning of January 9, 2012, Mario

22  tried frantically to save his baby girl, but couldn't.  The

23  death of this child sent a wave of grief through their

24  community, but it didn't take long for that grief to turn

25  to anger.

1          MR. MILLER:  Objection, Your Honor.  This is

2    argument.  Not opening statement.

3          MR. KHOROOSI:  Your Honor, the evidence will

4    show --

5          THE COURT:  Just a moment.  I didn't ask you for

6    any comment.  Sustained.  Go ahead.

7          MR. KHOROOSI:  As you'll see over the next

8    several days, there simply isn't evidence to place blame on

9    Mario Contreras.  To understand the case, it's necessary to

10   know a little about the people involved.

11       You've seen him before.  This is Mario Contreras.

12   Mario is 35 and a former Marine.  At the time of Aleeyah's

13   death, he worked at the IHS Hospital in Sisseton.  This is

14   Aleeyah.  She was Mario's seventh child.  You'll hear Mario

15   had regular visitation with all of his kids, and Aleeyah

16   was no exception.

17       As you'll hear from a number of witnesses, Aleeyah was

18   a happy kid, the kind of kid you can't help but fall in

19   love with if you spend much time with her.  This is what

20   Aleeyah looked like when she came into her father's custody

21   on January 4, 2012.  That's Aleeyah on the left right

22   there.  That innocent smile wasn't there.  When Mario and

23   his family picked her up the week before she died, that's

24   how she looked.  Her Aunt Vivian will testify to that.

25   She'll testify she was sickly.  She was lethargic.  She

1    just wasn't herself.

2        In fact, that whole weekend you'll hear testimony from

3    people, many of whom have never met Aleeyah before that

4    weekend, that she was vomiting.  She was lethargic.  She

5    was not herself.  There was something off about her.  She

6    wasn't as responsive.

7        Particularly she fell off a folding chair on Friday,

8    January 6th.  The family was at a wake.  I don't know if

9    any of you have been to a Native American funeral, but

10   there's a wake that lasts for quite a long time.  It

11   involves the traditional singing and drumming where folks

12   sit around to drum, and they all beat the same drum and

13   sing.  Mario was performing that service at the wake.

14       Aleeyah, always quick to make friends, was being taken

15   care of by some folks, some of whom didn't know her.

16   They'll testify that she fell off one of those chairs onto

17   the gym floor that the wake was being held in.

18       Now, on the Monday, January 9, 2012, Mario woke up in

19   the morning.  He had two of his kids, Aleeyah and her

20   three-year-old sister.  You'll hear that Mario's ex-wife,

21   Oyate, did drop off the kids, the older two kids at his

22   house.  Those two kids went straight back into the bedroom,

23   as so many kids do, and turned on a Disney movie.  Mario

24   continued to get himself ready for work and the little ones

25   ready to be dropped off at daycare and Head Start.

1          Mario sat Aleeyah on a chair at the kitchen table,

2     turned around to tend to his three-year-old.  At that

3     moment his life changed forever.  He heard a loud thump,

4     and he heard his daughter cry out.  He ran over to her and

5     noticed she stopped moving.  She wasn't breathing.  Mario

6     panicked.  He ran and got an ice pack.  He didn't quite

7     know what to do.

8          This is the street Mario lives on.  It's called Gill

9     Road in rural Waubay.  It's not very close to any major

10    city or to any hospital.  This is Mario's house.  You'll

11    hear testimony that Mario got in the car and drove over to

12    the home of his uncle, Dennis Gill.  You'll hear that

13    Dennis Gill was trained in CPR and had saved a child

14    before.  Naturally Mario goes over there.

15         Dennis tries for a few minutes to revive Aleeyah, but

16    he can't.  He tells Mario, "Take her to the hospital."  So

17    Mario takes her to the hospital, the one he works at.

18    You'll hear testimony from Mario's then girlfriend, Brenda

19    Jackson, she'll tell you that Mario called her frantic on

20    the way up.  Brenda also works at the IHS Hospital in

21    Sisseton.  You'll hear she was instructed to prepare the

22    ER, because they were coming up.

23         Now, unfortunately Aleeyah didn't survive her stay.

24    In spite of Mario's best efforts, she died when the family

25    decided to pull life support on January 11, 2012.

```
1          You are going to hear a lot of expert testimony

2     regarding the causes of her injuries, regarding the

3     symptoms she was displaying when she came into Mario's

4     care.  You'll learn that those symptoms, those seemingly

5     innocuous symptoms of just the common flu, common cold that

6     little kids get all the time, you'll hear those could have

7     been symptoms of a preexisting concussion.  Aleeyah could

8     have already had a concussion when she came into Mario's

9     care.

10         You'll hear that a fall of an effective height of

11    about four to five and a half feet, because that's about

12    how high her head was off the ground, if she was in the

13    chair, if she climbed up onto the table, could be anywhere

14    from four to five and a half feet.  You'll hear that's

15    sufficient to cause a fatal injury in a child, especially

16    one that had already suffered an injury.

17         You'll hear that dating injuries such as Aleeyah's is

18    not an exact science.  You'll hear there is no way to tell

19    the exact age of those types of injuries.  Not the

20    hematomas, not the hemorrhages, nothing.

21         As you listen to the testimony over the next few days,

22    I want you to keep in mind a few questions.  These are

23    questions that will still exist in your mind at the end of

24    the trial.

25              MR. MILLER:  Objection, Your Honor.  This is
```

```
 1    argument.
 2              THE COURT:  Sustained.
 3              MR. KHOROOSI:  We believe the testimony will show
 4    that the Government cannot prove what caused the injuries,
 5    when the injuries occurred, or who witnessed the injuries
 6    or who caused the injuries.  No one will testify that they
 7    witnessed Mario Contreras do anything to his daughter that
 8    weekend.
 9         So we'll ask you to return the only verdict you can
10    from the evidence.  Not guilty on all counts.  Thank you.
11              THE COURT:  Call your first witness.
12              MR. WRIGHT:  Stellar Anonye.
13                        STELLAR ANONYE, M.D.,
14    called as a witness, being first duly sworn, testified as
15    follows:
16                        DIRECT EXAMINATION
17    BY MR. WRIGHT:
18    Q.   Would you state your name, please.
19    A.   Stellar Anonye Achampong.
20    Q.   What is your occupation?
21    A.   I'm a physician.
22    Q.   Can you tell us where you received your undergraduate
23    education?
24    A.   Central State University at Wilberforce, Ohio.
25    Q.   What medical school did you attend?
```

```
 1    A.    College of Medicine and Dentistry of New Jersey.

 2    Q.    When did you graduate from medical school?

 3    A.    1976.

 4    Q.    Did you do an internship?

 5    A.    Yes.

 6    Q.    What do I mean when I say an "internship"?

 7    A.    It's a one-year training after you finish medical

 8    school.

 9    Q.    Where did you do that?

10    A.    University of Maryland in Baltimore, Maryland.

11    Q.    Did you complete your internship?

12    A.    Yes.

13    Q.    Did you also do a residency?

14    A.    Yes.

15    Q.    What do I mean by that?

16    A.    It's another specialty training that you have to do

17    before you become a pediatrician, which is what I am.

18    Q.    How long is a residency?

19    A.    It's two years.

20    Q.    Did you complete your residency?

21    A.    Yes.

22    Q.    Are you on staff at any hospitals?

23    A.    Yes.

24    Q.    Which ones?

25    A.    Woodrow Wilson Keeble and Indian Health Care Center.
```

```
 1   Q.   Are you a member of any medical associations?

 2   A.   Yes.

 3   Q.   Which ones are those?

 4   A.   American Academy of Pediatrics.

 5   Q.   Are you currently engaged in the practice of medicine?

 6   A.   Yes.

 7   Q.   And where do you work?

 8   A.   Woodrow Wilson Memorial Keeble.

 9   Q.   I know it's difficult, but can you give us just a

10   rough estimate of the number of patients you've seen in

11   your career?

12   A.   Oh, my goodness.  I have no idea.  Quite a few.  I've

13   been practicing for over 37 years.  I can't put an

14   estimate.  I'm sorry.

15   Q.   Does part of your work involve screening patients,

16   including children going to Head Start?

17   A.   Yes.

18   Q.   What do I mean by "Head Start"?

19   A.   It's a Federal program that tries to give young

20   children -- they go to school and they learn the ABCs.

21   They have to count.  It gives them a little training, so

22   they'll be ready to enter kindergarten.

23   Q.   Why are the children screened before they start

24   Head Start?

25   A.   To make sure they are in good health.
```

```
1    Q.    In your practice did you see a patient to be screened
2    named Aleeyah Cook?
3    A.    Yes.
4    Q.    When you see a child to be screened for Head Start, do
5    you normally work off a checklist?
6    A.    Yes.
7    Q.    What does the examination consist of, ma'am?
8    A.    For me, I usually examine the child from a general
9    exam, which is from your head to your toes.
10   Q.    Are you doing an examination to see whether or not
11   there is anything wrong with the child?
12   A.    Yes.
13   Q.    On the checklist that you normally work off, do you
14   think you would recognize that again?
15   A.    Yes.
16              MR. WRIGHT:  May I approach the witness?
17              THE COURT:  You may.
18   BY MR. WRIGHT:
19   Q.    Doctor, I've just handed you what's been marked
20   Exhibit No. 1.  Do you recognize that?
21   A.    Yes.
22   Q.    What is that?
23   A.    It's a checklist that I used.
24   Q.    For Aleeyah Cook?
25   A.    Yes.
```

1    Q.    Is that a true and correct copy of the screening

2    assessment you did on Aleeyah on December 28 of 2011?

3    A.    Yes.

4    Q.    Does it have her name on it?

5    A.    Yes.

6    Q.    Her birth date?

7    A.    Yes.

8    Q.    The date of the exam?

9    A.    Yes.

10   Q.    And do you make a reference yourself that she's a

11   healthy child?

12   A.    Yes.

13   Q.    Could I ask you to take this highlighter, please, and

14   on Exhibit No. 1 can you highlight the child's name?

15   A.    Where?

16   Q.    On that exhibit where it says Aleeyah's name.

17   A.    Okay.   (Witness complies)

18   Q.    Can you highlight where it says birth date?

19   A.    (Witness complies.)

20   Q.    Would you highlight the date of the examination?

21   A.    (Witness complies.)

22   Q.    Can you highlight your note, "healthy child"?

23   A.    (Witness complies.)

24   Q.    Ma'am, what's been marked as Exhibit No. 1, is that a

25   true and correct copy of a business record of the IHS in

```
 1    Sisseton?

 2    A.    Yes.

 3    Q.    Kept as part of the normal course of doing business?

 4    A.    Yes.

 5              MR. WRIGHT:  We offer Exhibit No. 1.

 6              MR. KHOROOSI:  No objection.

 7              THE COURT:  Exhibit 1 is received.

 8              MR. WRIGHT:  Your Honor, may I publish it?

 9              THE COURT:  You may.

10    BY MR. WRIGHT:

11    Q.    If I could get you to look over your shoulder at the

12    screen.  Is that the document that you just highlighted?

13    A.    Yes.

14    Q.    The top left-hand corner, does that have Aleeyah's

15    name on it?

16    A.    Yes.

17    Q.    Birth date of December 31 of '09?

18    A.    Yes.

19    Q.    Your examination date at the bottom of December 28 of

20    2011.  Is that right?

21    A.    Yes.

22    Q.    And your note that she is a healthy child?

23    A.    Yes.

24              MR. WRIGHT:  Counsel, may it be stipulated that

25    Exhibit 2 is a correct calendar for 2011?
```

```
 1              MR. KHOROOSI:  That's correct.

 2              MR. WRIGHT:  We'd offer Exhibit 2 at this time,

 3    Your Honor.

 4              THE COURT:  Very well.  Sometimes I'll give you

 5    an instruction that deals with evidence.  Here the

 6    Government prosecutor and the Defendant have stipulated,

 7    that is, they've agreed that certain facts can be admitted,

 8    which is this Exhibit 2.  Is that correct?

 9              MR. WRIGHT:  Yes.  We're offering it at this

10    time.

11              MR. KHOROOSI:  No objection.

12              THE COURT:  Very well.  It's received.

13              MR. WRIGHT:  Your Honor, with the Court's

14    permission, could the witness write something on the

15    calendar?

16              THE COURT:  Yes.

17    BY MR. WRIGHT:

18    Q.   Dr. Anonye, at a time I may need you to step off the

19    witness stand for a second.  On the date of your

20    examination, December 28, 2011, can you take this pen from

21    my right hand.  To the best of your ability, can you write

22    in that square "Aleeyah examined for Head Start."  Let me

23    set this down.  Would that be easier for you?  Can you

24    write the word "healthy" down there?

25    A.   (Witness complies.)
```

1    Q.    Thank you.

2                MR. WRIGHT:   No further questions.

3                THE COURT:   You may examine.

4                MR. KHOROOSI:   Thank you.

5                          CROSS-EXAMINATION

6    BY MR. KHOROOSI:

7    Q.    Good afternoon, Doctor.

8    A.    Good afternoon.

9    Q.    If I could have you take a look at Exhibit 1, how did

10   you obtain this information?

11   A.    Which information?

12   Q.    The information on Exhibit 1.   Did you measure

13   yourself?

14   A.    The nurse did that.

15   Q.    The nurse did that?

16   A.    Yes.

17   Q.    And there is no space on this form for head

18   circumference.   You didn't measure her head circumference.

19   Did you?

20   A.    I give my nurses instructions.   Whenever I did do any

21   child under three years of age, they had to do the head

22   circumference.

23   Q.    That's not reflected here, is it?

24   A.    No.   I did not ask for it, so they didn't put it down.

25   Q.    So you didn't ask them to do a head circumference?

1  A.   This form did not ask for it.

2  Q.   So that's not recorded.

3  A.   Yes.

4  Q.   Yes, that's correct?

5  A.   That it's not recorded?

6  Q.   Yes.

7  A.   On this form.

8  Q.   And you didn't examine -- let me rephrase that.

9       After December 28, 2011, you didn't have anymore

10 contact with Aleeyah.  Did you?

11 A.   No.

12          MR. KHOROOSI:  Nothing further.  Thank you.

13          THE COURT:  Anything further?

14          MR. WRIGHT:  No, sir.

15          THE COURT:  You may be excused, Doctor.

16              (Witness excused)

17          THE COURT:  Call your next witness.

18          MR. WRIGHT:  Gary Gaikowski.

19                  GARY GAIKOWSKI,

20 called as a witness, being first duly sworn, testified as

21 follows:

22               DIRECT EXAMINATION

23 BY MR. WRIGHT:

24 Q.   Would you state your name, please.

25 A.   Gary Gaikowski.

```
1   Q.    Gary, this is a big room.  Can you talk up nice and

2   loud for me?

3   A.    Sure.

4   Q.    What do you do for a living?

5   A.    Captain of the police for the Sisseton-Wahpeton Oyate

6   Tribe.

7   Q.    How long have you done that?

8   A.    Twenty years.

9   Q.    What are your standard duties?

10  A.    I manage the police department, day-to-day operations,

11  oversee, take calls, respond, testify in Court.

12  Q.    The Sisseton Tribe, are they housed on the Lake

13  Traverse Reservation?

14  A.    Yes.

15  Q.    Are you the chief of essentially the Tribal Police?

16  A.    Yes.

17  Q.    Can you explain the Tribal Police involvement as they

18  interact with the FBI?

19  A.    Since we don't have FBI nearby, my officers and myself

20  are usually the first ones to respond to calls and

21  complaints throughout the Reservation.

22  Q.    Does the FBI end up handling the investigation of

23  major felonies on the Indian Reservation?

24  A.    Yes.

25  Q.    Does your office handle the first response?
```

```
 1   A.   Yes.

 2   Q.   Do you normally work closely with the FBI agents?

 3   A.   Yes.

 4   Q.   Do any FBI agents live on the Reservation?

 5   A.   No.

 6   Q.   Do you live on the Reservation?

 7   A.   Yes.

 8   Q.   Now, in your capacity as chief of police, are you

 9   frequently dispatched to calls?

10   A.   Yes.

11   Q.   Do you have officers that are dispatched, also?

12   A.   Yes.

13   Q.   But even though you are the chief, you still have

14   dispatch, you have to answer calls?

15   A.   Yes.

16   Q.   I want to ask you about Monday morning, January 12 of

17   2012.  Do you recall that day?

18   A.   January 12?

19   Q.   January 9 of 2012.

20   A.   Yes.

21   Q.   Were you dispatched to a hospital in Sisseton that

22   day?

23   A.   Yes.

24   Q.   Does Sisseton have more than one hospital?

25   A.   Yes.
```

1    Q.   What are the two hospitals?

2    A.   Indian Health Service and Coteau des Prairie Hospital.

3    Q.   Which one were you dispatched to?

4    A.   Coteau des Prairie.

5    Q.   What was the nature of the dispatch?

6    A.   Unresponsive juvenile.

7    Q.   Did you arrive at the hospital?

8    A.   Yes.

9    Q.   As part of your duties, are you required to document

10   when you were dispatched to the hospital?

11   A.   Yes.

12   Q.   Do you recall when you were dispatched?

13   A.   At 8:39.

14   Q.   Can I assume that the time your police department uses

15   is military time?

16   A.   Yes.

17   Q.   So it would be 0839?

18   A.   Yes.

19   Q.   Is that what is contained in your report?

20   A.   Yes.

21   Q.   Now, Chief Gaikowski, did you end up going to the

22   hospital that morning?

23   A.   Yes.

24   Q.   At the hospital what did you observe?

25   A.   As I entered, I wasn't sure exactly where I was going.

1    I went to the nurses station right away.  I did observe

2    Mario Contreras standing in the hallway.  Another couple

3    was in there.  As I made my way closer, I seen usually

4    where they take care of emergency people.  A nurse came

5    out.  I identified her as Joan LaBelle.

6    Q.   I'm not going to ask you what Ms. LaBelle said to you.

7    But did you talk to Ms. LaBelle at that time?

8    A.   When I got closer, I asked what was going on.

9    Q.   Did you see Mario Contreras there at the hospital?

10   A.   Yes.

11   Q.   Do you see that person in the courtroom?

12   A.   Yes.

13   Q.   Where is he at, please?

14   A.   (Witness indicating.)

15   Q.   Did you later contact the FBI regarding this incident?

16   A.   Yes.

17   Q.   Why was that, sir?

18   A.   I got a call later back probably from the hospital

19   that the baby was getting flown out to Fargo MeritCare

20   Center.  It's my responsibility to notify the FBI.

21   Q.   You said that you were dispatched to the hospital on

22   the 9th at 0839.  Is that correct?

23   A.   Yes.

24           MR. WRIGHT:  Your Honor, could we have the

25   Court's permission for the witness to leave the stand and

```
 1   write that on the calendar?
 2              THE COURT:  You may.
 3              MR. WRIGHT:  Go ahead, please.
 4   BY MR. WRIGHT:
 5   Q.   At the bottom part of January 9 can you write "0839"?
 6   Can you write "Aleeyah at hospital"?
 7   A.   (Witness complies.)
 8   Q.   That's fine.  Thank you.  As the chief of the Tribal
 9   Police, are you familiar with all parts of the Sisseton
10   Reservation?
11   A.   Yes.
12   Q.   Is the Sisseton Reservation what's normally referred
13   to as an enclosed Reservation?
14   A.   Open Reservation.
15   Q.   You know what I mean by a closed Reservation.
16   A.   Yes.
17   Q.   You can literally step off the Reservation and step
18   back on?
19   A.   Yes.
20   Q.   Is the Sisseton Reservation more of what they call a
21   checkerboard Reservation?
22   A.   Checkerboard.
23   Q.   Where there are different parts that are state land
24   and different parts that are Federal land?
25   A.   Yes.
```

```
1    Q.   Are you familiar with certain parts of the Reservation

2    that are near the Enemy Swim, Waubay area?

3    A.   Yes.

4    Q.   As the chief of police, does your police department

5    service calls that are made from Indian Country in that

6    area?

7    A.   Yes.

8    Q.   And as the chief of police, are you also familiar with

9    the first responders, like an ambulance or medical care

10   that can go to that part of the Reservation?

11   A.   Yes.

12   Q.   Is there an ambulance that would respond to a call if

13   it was made from the Waubay area?

14   A.   Yes.

15   Q.   You have worked, I assume, on a number of various

16   serious calls in your career?

17   A.   Yes.

18   Q.   Automobile accidents, fatalities, things like that?

19   A.   Yes.

20   Q.   Are you familiar with the process of an ambulance

21   meeting someone on a call?

22   A.   Yes.

23   Q.   Instead of going to a house, meeting someone in route?

24   A.   Yes.

25   Q.   Do they do that on the Sisseton Reservation in Waubay,
```

```
 1   too?
 2   A.   Yes.
 3              MR. WRIGHT:  Thank you.
 4              THE COURT:  You may examine.
 5                      CROSS-EXAMINATION
 6   BY MR. KHOROOSI:
 7   Q.   Sir, you're familiar with the Lake Traverse
 8   Reservation?
 9   A.   Yes.
10   Q.   Do you know where Mario Contreras lives near Waubay?
11   A.   Yes.
12   Q.   About how far is that from Sisseton?
13   A.   About 26 miles to the Enemy Swim Housing.
14   Q.   If I'm going the speed limit, how long will it take me
15   to get there?
16   A.   A good 30, 35, 40 minutes.
17   Q.   Could it be 45 minutes?
18   A.   Give or take, yeah.
19   Q.   It's not your testimony, sir, is it, that every person
20   who goes to the emergency room in Sisseton from out of town
21   calls 911 except Mario.  Correct?
22   A.   Explain.
23   Q.   That's not your testimony today.  Is it?
24   A.   No.
25              MR. KHOROOSI:  Nothing further.  Thank you.
```

```
 1              THE COURT:  Redirect?
 2                    REDIRECT EXAMINATION
 3    BY MR. WRIGHT:
 4    Q.   Gary, did I understand your testimony that the usual
 5    amount of time driving the speed limit from the Defendant's
 6    house to Sisseton is 35 to 45 minutes?
 7    A.   Yes.
 8              MR. WRIGHT:  Thank you.  That's all.
 9              THE COURT:  Thank you.  You may step down.
10                    (Witness excused)
11              THE COURT:  Next witness.
12              MR. WRIGHT:  Rob Mertz.
13                         ROB MERTZ,
14    called as a witness, being first duly sworn, testified as
15    follows:
16                    DIRECT EXAMINATION
17    BY MR. WRIGHT:
18    Q.   Would you state your name, please.
19    A.   Robert Mertz.
20    Q.   Your occupation?
21    A.   Special Agent with the FBI here in Sioux Falls.
22    Q.   And for how long?
23    A.   I've been an agent for just over 11 years.
24    Q.   And how long have you been with the Sioux Falls
25    office?
```

1    A.    It's coming up on two years now.

2    Q.    Prior to working in Sioux Falls, where did you work?

3    A.    Prior to Sioux Falls, I was stationed in Bemidji,

4    Minnesota.  I was there four years.  Before that I was in

5    Seattle, Washington, headquarter city.

6    Q.    Prior to working for the FBI, what did you do?

7    A.    Number of jobs, sales rep, director of business for a

8    small nursing home, that kind of stuff.

9    Q.    In your capacity as an FBI agent in Sioux Falls, do

10   you work any particular kind of cases?

11   A.    I primarily work violent crimes on Indian

12   Reservations.

13   Q.    Is that generally called Indian Country cases?

14   A.    Yes.

15   Q.    Indian Country is a legal term.  It's right in the law

16   book.  Is that correct?

17   A.    Yes.

18   Q.    Do you work a certain group of reservations?

19   A.    Yes.  Out of the Sioux Falls office, Aberdeen is also

20   included in the Sioux Falls office.  From Sioux Falls we

21   cover the Yankton Tribe, the one just north of us,

22   Flandreau, and on occasion we help out the Aberdeen office

23   with the Sisseton Reservation.

24   Q.    And when you -- prior to working for the Sioux Falls

25   office, you said you worked in Bemidji?

```
1    A.    Yes.

2    Q.    Did you work what's called Indian Country cases there?

3    A.    Exclusively.

4    Q.    What Reservation would that be?

5    A.    Red Lake Indian Reservation.

6    Q.    Can you explain to us the relationship of the FBI in

7    working Indian Reservation cases?

8    A.    We're the lead basically.  Any major felony that comes

9    off the Reservation, we're the primary responsibility to

10   investigate the crime.

11   Q.    Are you one of the agents that's been involved in this

12   investigation involving the Defendant, Mario Contreras?

13   A.    Yes.  I'm the lead agent.

14   Q.    Have you done a number of interviews on this case?

15   A.    Yes.

16   Q.    And reviewed a number of reports?

17   A.    Yes.

18   Q.    Was one of your responsibilities to do an interview

19   with the Defendant on February 2 of 2012?

20   A.    Yes.

21   Q.    And did you interview the Defendant on that day?

22   A.    Yes.  Myself and another agent, Derrick Ahrens from

23   our office.

24   Q.    The person you interviewed, do you see him in the

25   courtroom?
```

1    A.    Yes, I do.

2    Q.    Where is he?

3    A.    He's sitting at the Defendant's table.

4    Q.    Did he have an attorney with him at that interview?

5    A.    He had an attorney, and the attorney also had an

6    assistant with him.

7    Q.    Present at the interview?

8    A.    Yes.

9    Q.    Where was this interview held at?

10   A.    It was in Sisseton at one of the Tribal offices, I

11   believe.

12   Q.    Was this interview set up between the Defendant's

13   attorney and you?

14            MR. KHOROOSI:   Objection, Your Honor.   Could we

15   approach?

16            THE COURT:   You may.

17   (Side bar with attorneys:)

18            MR. KHOROOSI:   I object to the repeated mention

19   of the use of an "attorney" in the interviews.   There's no

20   suppression issue here.   It only serves to imply guilt

21   because you have to bring an attorney.   I let it go in

22   opening statement.   I think we have a mistrial here.

23            THE COURT:   Overruled.

24   (End of side bar)

25            THE COURT:   Go ahead.

1    BY MR. WRIGHT:

2    Q.    So when you met with the Defendant that day, on TV

3    they always talk about the Miranda rights.  Did you advise

4    the Defendant of the Miranda rights that day?

5    A.    No, I did not.

6    Q.    Why is that?

7    A.    His attorney was present there with him.

8    Q.    Was the Defendant in custody that day?

9    A.    No, absolutely not.

10   Q.    Is it your understanding that you only need to advise

11   of the Miranda rights if a person is in custody?

12   A.    Correct.

13   Q.    He was not in custody?

14   A.    No, he wasn't.

15   Q.    Did you discuss with Mr. Contreras the events that

16   took place between January 4 and January 9, 2012?

17   A.    Yes.

18   Q.    In fact, your interview with him would have been about

19   three to four weeks after Aleeyah had passed away.  Is that

20   right?

21   A.    That's correct.

22   Q.    Did Mr. Contreras admit to you that he received

23   Aleeyah on Wednesday, January 4?

24   A.    I believe that was the date, yes.

25   Q.    During the course of that interview, did he tell you

1    whether or not he ever asked Shannon's permission to keep

2    Aleeyah for a couple more days?

3    A.   Yes, he did.

4    Q.   Do you recall which day he did that?

5    A.   I know for sure it was a Sunday night on the 8th, he

6    called and asked if he could keep her overnight.

7    Q.   To take her to Head Start the next day?

8    A.   Right.  The initial arrangement was to return Aleeyah

9    to her mother Sunday night, but they agreed that

10   Mr. Contreras would take Aleeyah to Head Start, and the

11   mother would pick her up after.

12   Q.   Now, did you ask Mr. Contreras how Aleeyah was doing

13   on the previous day, which would be Sunday, January 8, of

14   2012?

15   A.   Yes.

16   Q.   What did Mr. Contreras say about Aleeyah's condition?

17   A.   He said she was fine.

18   Q.   In fact, Agent Mertz, did you ask him twice during the

19   interview if there was anything wrong or visibly wrong with

20   Aleeyah on Sunday the 8th?

21   A.   Yes.

22   Q.   Both times he said she was just fine?

23   A.   She was just fine.

24   Q.   Did he tell you what he said happened to her on the

25   morning of January 9?

1    A.   Yes.  He said --

2    Q.   We'll get to that in a second.  Did he tell you

3    whether or not there were any other children in the house

4    on the morning of the 9th?

5    A.   Yes, there was.

6    Q.   What did he say in that regard?

7    A.   His ex-wife, Oyate, dropped off two of their children

8    they have together at approximately 7:30 in the morning.

9    They went into the back room and began watching TV.  Mario

10   was at his house with Aleeyah and another young child.

11   Q.   Did Mr. Contreras tell you that he, therefore, had

12   four children under the age of 11 with him at the house

13   there on Monday morning?

14   A.   Yes.

15   Q.   Did he identify any other adult that was there with

16   him that morning?

17   A.   No.

18   Q.   Did he say whether or not he had permanent custody of

19   all these children?

20   A.   He didn't say.

21   Q.   Did Mr. Contreras tell you whether or not he had to be

22   to work that particular morning of January 9?

23   A.   He didn't say anything about work in the morning.

24   Q.   But he said there were four children there.  Is that

25   right?

1    A.    That is correct.

2    Q.    Did he identify where all the children were in the

3    house?

4    A.    Yes.

5    Q.    What did he say in that regard?

6    A.    The two children that Oyate dropped off went to the

7    back bedroom, like I said before.  He said he placed

8    Aleeyah on a chair in front of the table and gave her a cup

9    of water and a banana.  Then his other daughter was in the

10   living room, and he was going to change her.

11   Q.    The two children in the bedroom were children of the

12   Defendant and Oyate?

13   A.    Correct.

14   Q.    And the child, Aleeyah, was with the Defendant and

15   Shannon?

16   A.    Yes.

17   Q.    And the fourth child there was with the Defendant and

18   another child.  Is that right?

19   A.    That's correct.

20   Q.    Did the Defendant tell you that he had Aleeyah, he sat

21   her on the chair?

22   A.    That's what he told me.

23   Q.    Then what did he say happened?

24   A.    He said after he set Aleeyah on the chair and put her

25   at the table, gave her the water and banana, he went over

1    to change his other daughter.  That's when he heard a

2    thump.  He turned around and saw Aleeyah lying on the

3    kitchen floor.  She was groaning.  He said her eyes were

4    already rolling back into her head.  He motioned that her

5    toes were starting to point in and stiffen up.

6    Q.    Did he tell you the last time he saw Aleeyah she was

7    sitting on the chair?

8    A.    That's what he told me.

9    Q.    Did he ever say he saw her standing on the chair?

10   A.    He didn't tell me that.

11   Q.    Did he ever say he saw her standing on the table?

12   A.    He didn't say either.

13   Q.    Did he ever say he saw her sitting at the table?

14   A.    He didn't say that.

15   Q.    Did he ever say he saw her trying to climb up?

16   A.    No.

17   Q.    The last time he saw her she was just sitting in the

18   chair?

19   A.    Yes.

20   Q.    That chair and table from the Contreras residence, was

21   that eventually seized by you pursuant to a Search Warrant?

22   A.    Yes, it was.

23   Q.    Describe what a Search Warrant is.

24   A.    Basically I draft an Affidavit of Facts and present it

25   to a Judge and say, "This is what I believe," and support

```
 1   it by facts, and the Judge grants a Search Warrant for me

 2   to seize those items from the house.

 3   Q.   It requires a Judge's signature for you to take that

 4   table and chair from the house?

 5   A.   Yes.

 6   Q.   Is that chair and table currently in the Federal

 7   Building?

 8   A.   Yes.

 9   Q.   We are going to show that to the jury later in the

10   trial?

11   A.   Yes.

12   Q.   Did you measure the chair that you seized from the

13   Contreras residence?

14   A.   Yes.

15   Q.   How high is the chair?

16   A.   From the floor to the seat of the chair is actually 24

17   inches, but there's about an inch of padding on there.  So

18   to be level with the padding, it's 25 inches.

19   Q.   Did you measure the length of the table -- height of

20   the table is a better question.

21   A.   Yes.  The height of the table is 36 inches or three

22   feet.

23   Q.   After Aleeyah supposedly fell, did the Defendant tell

24   you about the trip he made into Sisseton with her?

25   A.   Yes.
```

1    Q.    Did he tell you anything about performing CPR in the

2    car?

3    A.    Yes.

4    Q.    What did he say in that regard?

5    A.    He told me he was performing three-finger CPR while he

6    was driving into the Reservation, approaching speeds of 120

7    miles an hour.

8    Q.    Before he left that area to go to the hospital, did he

9    tell you anything about seeing his Uncle Dennis Gill next

10   door?

11   A.    Yes.  He drove over first to Uncle Dennis Gill's

12   residence for his assistance in performing CPR.

13   Q.    Did he say whether or not he left Mr. Gill's house to

14   go to the hospital?

15   A.    Yes.  After he left Mr. Gill's house, yes, he went to

16   his hospital.

17   Q.    Did he identify if he took any of the kids with him

18   besides Aleeyah?

19   A.    He took the other one that he was changing her

20   clothes.  Not the two that Oyate dropped off.  They stayed

21   in the back bedroom.

22   Q.    Those two did stay in the bedroom.  He took another

23   child and Aleeyah on this trip to the hospital?

24   A.    Yes.

25   Q.    Did Mr. Contreras ever tell you why Mr. Gill didn't go

1  with him to the hospital?

2  A.   No.

3  Q.   Did Mr. Contreras say he was the only adult that drove

4  the two children to the hospital?

5  A.   Yes.  That's my understanding.  He and the two young

6  kids.

7  Q.   Did he tell you how fast he was driving?

8  A.   Approaching speeds of close to 120 miles an hour.

9  Q.   How did he tell you he was doing CPR while doing that?

10 A.   He said he was doing three-finger CPR.

11 Q.   Did you understand what that meant?

12 A.   Not exactly, no.

13 Q.   During the course of the interview with the Defendant,

14 did he admit to you that he hadn't been much involved in

15 Aleeyah's life during the first 22 months?

16 A.   I would say that's fair, yes.

17 Q.   It wasn't until just the last couple of months that he

18 started spending some time with her?

19 A.   Yes.

20         MR. KHOROOSI:  I'll object.  Counsel is leading.

21         THE COURT:  Sustained.

22 BY MR. WRIGHT:

23 Q.   There was a reference in the opening statement that

24 Aleeyah may have fallen on a folding chair Friday night at

25 the gym.  Did he mention that to you during your interview?

1    A.    Yes.

2    Q.    What did he say in that regard?

3    A.    Toward the end of the interview he said, "By the way,

4    there could have been a couple other incidents."  One, he

5    said basically the chair collapsed on her, and she fell on

6    the folding chair, as well as falling in the shower earlier

7    during his care, too.

8    Q.    That was also during that weekend.  Is that right?

9    A.    Yes.

10   Q.    So the Defendant essentially told you that she fell in

11   the shower on Saturday night?

12   A.    She fell in the shower.  I'm not sure of the exact

13   day.

14   Q.    Do you have your report with you?

15   A.    Not in front of me, no.

16   Q.    Would it refresh your recollection to look at that?

17   A.    Yes.  That is correct, Saturday.

18   Q.    Did the Defendant tell you she fell at the gym Friday

19   night, she fell in the shower on Saturday, and she fell

20   Monday morning?

21   A.    Yes.

22   Q.    Did he tell you whether or not he took her to the

23   doctor for either of those first two falls?

24   A.    No.

25   Q.    Did he tell you why he didn't take her to the doctor?

```
 1    A.   No.
 2    Q.   Did he tell you that he was concerned with either one
 3    of those supposed falls she had earlier?
 4    A.   I can't say that.  He mentioned them, but it didn't --
 5    he didn't say he went and sought medical attention.
 6    Q.   In fact, after he mentioned those two falls, isn't
 7    that when you asked him the second time was this child okay
 8    on Sunday, the 8th?
 9    A.   I wanted to clarify that on Sunday night the child was
10    fine, and he did clarify for me.
11    Q.   What did he say?
12    A.   That she was fine.
13    Q.   Was that consistent with what he told you earlier in
14    the interview that she was just fine on the 8th?
15    A.   On the 8th, Sunday night, yes.
16              MR. WRIGHT:  Could I ask if he can leave the
17    witness stand and write on the calendar?
18              THE COURT:  You may.
19    BY MR. WRIGHT:
20    Q.   Would you, please?  Your interview was on February 2.
21    Right?
22    A.   Yes.
23    Q.   Our calendar doesn't go all the way to that date.  On
24    the bottom could you write "2-2-12"?  Bigger than that.
25    Right down here just write, "Mario said Aleeyah okay."
```

1    Actually he used the word, "Fine."  Didn't he?

2    A.   Yes, he did.

3    Q.   Right down here on January 8.

4    A.   (Witness complies.)

5    Q.   Thank you.  You can resume your seat.

6         MR. WRIGHT:  I have no further questions.

7         THE COURT:  You may cross-examine.

8                    CROSS-EXAMINATION

9    BY MR. KHOROOSI:

10   Q.   Agent Mertz, you testified that you hadn't read Mario

11   his Miranda rights.  He came voluntarily.  Didn't he?

12   A.   Yes.

13   Q.   You didn't have to arrest him before he would talk to

14   you?

15   A.   No, sir.

16   Q.   You asked him to come down and he came down.  Correct?

17   A.   No.  Actually I coordinated through his attorney, Gary

18   Montana, at that time.

19   Q.   But you asked him to come down through his then

20   attorney, and then he came down.

21   A.   That's correct.

22   Q.   In your report, it's not your testimony that you asked

23   Mario about Aleeyah's condition and he just said fine.  Is

24   it?  He told you more about her condition than that.

25   Didn't he?

1   A.   Yes, he did.

2   Q.   He told you she was vomiting.

3   A.   Earlier in the week, yes.

4   Q.   He told her she was a little clingy that weekend?

5   A.   Yes.

6   Q.   He told you they thought she had the stomach flu.

7   Didn't he?

8   A.   I don't know if it was the flu.  I know she was

9   running a low-grade temperature, and they were concerned

10  about that so they gave her some Pedialyte before they --

11          MR. KHOROOSI:  Your Honor, may I approach?

12          THE COURT:  You may.

13  BY MR. KHOROOSI:

14  Q.   Sir, if I showed you your report, would that refresh

15  your recollection?

16  A.   Sure.

17  Q.   I draw your attention specifically to the second

18  paragraph in the second page, Bates stamped 3.  Mario's

19  girlfriend believed that she had the flu.  Correct?

20  A.   Yes.

21  Q.   As part of your investigation -- strike that.  You

22  mentioned there were other children in the house.  Correct?

23  A.   Correct.

24  Q.   You were present at the interview of Teton Contreras.

25  Correct?

1    A.    Yes, I was.

2    Q.    You made a report on that.  Didn't you?

3    A.    Yes.

4    Q.    Teton told you about his recollection that morning.

5    Didn't he?

6              MR. WRIGHT:  Objection.  Calls for hearsay.

7              THE COURT:  He can answer yes or no.  Overruled.

8    The next question might be hearsay.  We'll see.

9    BY MR. KHOROOSI:

10   Q.    Teton told you about what happened that morning.

11   Didn't he?

12   A.    Yes, sir.  Can I clarify?

13   Q.    No.  You've answered my question.  Thank you.

14        After you observed this forensic interview, Teton's

15   forensic interview, you compiled a report.  Didn't you?

16   A.    Yes.

17   Q.    Generally whenever you interview someone or witness an

18   interview done, it's your typical practice to make a report

19   of that interview.  Isn't it?

20   A.    Correct.

21   Q.    You recorded your recollections in a report for Teton.

22   Is that correct?

23   A.    Yes.  Typically it's an FD 302.

24   Q.    Something like I just showed you earlier?

25   A.    Yes.

```
 1    Q.    Those are documents regularly kept by the Federal

 2    Bureau of Investigation?

 3    A.    Yes.  It's maintained in the file.

 4    Q.    Maintained in the routine course of business?

 5    A.    Yes.

 6    Q.    Now, during the interview what did Teton tell you --

 7              MR. WRIGHT:  Objection.  Calls for hearsay.

 8              THE COURT:  Sustained.

 9    BY MR. KHOROOSI:

10    Q.    You also interviewed Leticia Malia Contreras.  Didn't

11    you?

12    A.    I didn't interview her.  She was in a forensic

13    interview, and I witnessed it, yes.

14    Q.    So you witnessed the forensic interview?

15    A.    Yes.

16    Q.    Just like Teton, you compiled a report after that

17    interview was conducted?

18    A.    Yes.

19    Q.    And you created a 302 report?

20    A.    Yes, if that's the report.

21    Q.    I'm handing you what's marked Exhibit 115.  That's

22    your 302 report.  Isn't it?

23    A.    Yes.  This is my summary recapping the interview,

24    forensic interview of Leticia Malia.

25              MR. KHOROOSI:  Your Honor, I'd offer Exhibit 115.
```

```
 1              MR. WRIGHT:  We strongly resist, Your Honor.

 2    It's hearsay.  He's trying to put in a statement of a

 3    witness that's not testifying.

 4              THE COURT:  I understand what hearsay is.

 5    Sustained.

 6    BY MR. KHOROOSI:

 7    Q.   Agent Mertz, based on your investigation of this

 8    incident, you couldn't determine that Mario was raising his

 9    voice that morning.  Could you?

10    A.   That would be a fair statement.  Nobody could

11    determine that.

12    Q.   You couldn't determine from the course of your

13    investigation that Aleeyah was crying loudly that morning.

14    Could you?

15    A.   Correct.

16              MR. KHOROOSI:  I have nothing further.  Thank

17    you.

18              THE COURT:  Anything further?

19              MR. WRIGHT:  Just briefly.

20              THE COURT:  Very well.

21                     REDIRECT EXAMINATION

22    BY MR. WRIGHT:

23    Q.   Agent Mertz, Mr. Khoroosi asked you some questions

24    about Aleeyah's condition earlier during the time the

25    Defendant had her, the 4th, 5th, and 6th.  The bottom line
```

```
 1   is, did he tell you twice that she was fine on the 8th?
 2   A.   Yes, he did.
 3              MR. WRIGHT:  Thank you.
 4              THE COURT:  Anything further?
 5              MR. KHOROOSI:  Nothing further.
 6              THE COURT:  Thank you.  You may step down.
 7                   (Witness excused)
 8              THE COURT:  We'll take a 15-minute recess.
 9   Remember what I told you.  Don't be looking at your cell
10   phone or doing any kind of research.  Also, don't talk to
11   each other about the case at this time.  Keep that to
12   yourself, because the time to talk to each other is the
13   time when you are deliberating at the end of the case.
14   Then you have to consider the opinions of others, and you
15   have to deliberate together, but not now.  Just keep an
16   open mind until all the evidence is in.
17      We'll be in recess for 15 minutes.  Please stand for
18   the jury.
19                   (The jury left the courtroom)
20                   (Recess at 3:45 until 4:00)
21   (Out of the presence of the jury, all counsel and Defendant
22   present, at 4:00)
23              THE COURT:  I understand there's some 404(b)
24   information that might come from who you propose to call
25   for the next witness.  Also, do you have another witness we
```

```
 1    could call instead, so that then we could have the 404(b)

 2    hearing after I let the jury go for the day?

 3              MR. WRIGHT:  Yes, sir, we do.

 4              THE COURT:  Let's do it that way then.

 5              MR. WRIGHT:  Yes, sir.  We do have one.

 6              THE COURT:  All right.  Bring in the jury.

 7                   (The jury entered the courtroom)

 8              MR. KHOROOSI:  Could I grab my expert witness?

 9    My expert witness is observing.

10              THE COURT:  All right.  Call your next witness.

11              MR. MILLER:  The Government calls Dr. Victor

12    Froloff.

13                        VICTOR FROLOFF, M.D.,

14    called as a witness, being first duly sworn, testified as

15    follows:

16                        DIRECT EXAMINATION

17    BY MR. MILLER:

18    Q.   Sir, please introduce yourself to the jury.

19    A.   My name is Victor Froloff.  First name Victor,

20    V-I-C-T-O-R.  Last name Froloff, F-R-O-L-O-F-F.

21    Q.   Where are you currently employed?

22    A.   I'm employed by Dr. McGee, who is Ramsey County

23    Medical Examiner.

24    Q.   What is the name of the place you work for?

25    A.   It's Ramsey County Medical Examiner Office.
```

1   Q.   When you say "Ramsey County," is the office you work

2   for, is it a governmental office, or is it a private

3   company?

4   A.   The office I work with is a Government office, so our

5   employer, investigators, technicians are Government

6   employers.  They are a County employer, but I work for

7   Dr. McGee, and this is his private company, so I'm not a

8   Government employee.

9   Q.   And what is your job title there for the Office of

10  Medical Examiner?

11  A.   My official job title is an Assistant Medical

12  Examiner.

13  Q.   And when you use the term "medical examiner," a term

14  that's maybe used more prevalently by the public is a

15  "coroner."  Is it kind of the same thing?

16  A.   It's a little bit different in that in the

17  United States and the different states, we have a different

18  system.  We have, for example, in the State of Minnesota

19  and State of Wisconsin, we have two different systems.

20  It's called medical examiner system, which is usually run

21  by doctors, and we have a system.  It's a dual system.  I'm

22  not sure about the State of South Dakota.  I think it's the

23  same.

24       So Dr. McGee is a medical examiner for Ramsey and for

25  Washington County.  But he's also a coroner for other

1    counties.

2    Q.    Would you describe for the jury your educational

3    background that led to the position you are currently

4    holding?

5    A.    Sure.  You'll probably hear my accent.  I was born in

6    Russia.  I'm Russian.  I was born in Siberia.  That's how I

7    guess I got in Minnesota.  But I was trained in Russia.  I

8    was a medical graduate from medical school over there.

9         Then I did one year of internship in internal

10   medicine, and then I practiced emergency medicine many,

11   many years, and then I came to the United States it's going

12   to be 20 years ago.

13        So I had to start all over again.  So I studied.  It's

14   very complicated to get your license here.  You have to

15   study and have to pass some certain tests.  So I passed

16   Step 1, Step 2, Step 3, and so on.  When you pass, you are

17   able to -- you are allowed to look for residency, residency

18   programs.

19        So I found a residency program here at the University

20   of Minnesota.  I graduated from residency program, and I

21   decided I would probably like to do forensic pathology.  In

22   order to do forensic pathology, you have to be

23   subspecialized.  So I took two fellowships in forensic

24   pathology in Milwaukee.  It's the Milwaukee County Medical

25   Examiner Office and Medical College of Wisconsin.  Then I

1    came back to Minnesota again.

2    Q.    Now, you used the term that you did a residency in

3    forensic pathology.  What is forensic pathology?

4    A.    I did a residency in pathology, and I subspecialized

5    in a fellowship in forensic pathology.

6    Q.    But that term, "forensic pathology," what is it?

7    A.    Forensic pathology is a branch of medicine using

8    medical knowledge in legal cases.

9    Q.    And that's your specialty, if I understood your

10   testimony correctly?

11   A.    Yes.

12   Q.    Are you licensed to practice medicine?

13   A.    Yes.  I do have two full nonrestrictive licenses in

14   the State of Minnesota and State of Wisconsin.

15   Q.    You indicated where you went to medical school.  Then

16   you continued your education and the internship and

17   residency you described.

18        After that did you begin working in the medical field?

19   A.    Yes.

20   Q.    Describe for us the various places that you've been

21   employed in the medical field.

22   A.    Actually not very many places.  I prefer to stay in

23   the one place.  Back in the Soviet Union, now it's Russia,

24   I worked at a City Hospital for a period, as an emergency

25   medicine doctor.  Then here I work basically for the

1    Medical Examiner at Ramsey County.

2    Q.   How long have you been with Ramsey County?

3    A.   I worked for Dr. McGee approximately six years.

4    Q.   What are your duties or responsibilities as the

5    assistant medical examiner?

6    A.   Assistant medical examiner or forensic pathologist by

7    indication, you know, responsible for numerous duties.

8    First of all, we do perform autopsies, examination of the

9    dead bodies.  We are involved in the investigation with

10   cases of the violent deaths that's unusual circumstances,

11   homicides, accidents, suicides.

12       We are responsible for signing a Death Certificate

13   when, for example, a clinical doctor refuses to sign a

14   Death Certificate, we are responsible for that.  We are

15   responsible for identification of the body, identify the

16   body.  We are responsible to ID.  So it's numerous duties.

17   Q.   Do you do autopsies for jurisdictions or counties

18   outside of Ramsey County, St. Paul?

19   A.   Yes, I do.

20   Q.   How many different counties throughout Minnesota and

21   the surrounding states have you done work for as an

22   Assistant Medical Examiner?

23   A.   Because Dr. McGee, he's acting coroner for 15

24   surrounding counties, so we do like routinely -- I wouldn't

25   say routinely, but we do cases for 15 surrounding counties

1   of the State of Minnesota.  We also accept cases from

2   approximately 50 counties of the State of Minnesota and

3   State of Wisconsin and sometimes from South Dakota.

4   Q.   And you indicated previously in your testimony that as

5   part of your job, you perform autopsies.  Correct?

6   A.   That's absolutely correct.

7   Q.   Is that a normal part of your job duties or

8   descriptions?

9   A.   Yes.  That's correct.

10  Q.   Just, in general, not maybe the specific case, but in

11  general, tell us how an autopsy is performed.  What do you

12  do?

13  A.   I usually describe to a jury, it's almost the same

14  like as coming to a normal doctor.  We like to know what

15  happened, what the circumstances of the death.  So you come

16  into doctor, and they ask what are your symptoms.

17       In forensic pathology we're trying to find out

18  circumstances of the death, what happened with the person

19  before he died.  That's a very important part of the

20  examination.  So we're trying to get as much information as

21  we can.

22       Then I perform autopsy.  Autopsy is really composed of

23  three different parts.

24       First part is external examination of the body.  I

25  have a body, so I look for evidence of injury.  I look for

1    any damage of the body.  Again, it depends what kind of

2    case.  I have to collect trace evidence sometimes.  I have

3    to collect DNA and so on.  So it's an external examination

4    of the body.  I document everything by performing

5    photographs and sometimes I make diagrams.

6         Second big part of autopsy is internal examination of

7    the body at the time of autopsy.  I have to take all organs

8    out, basically cut body, cut brain, have to take organs

9    out.  I have to look for damage of the organs or disease.

10         Third part of the autopsy is toxicology.  At the time

11   of the autopsy we collect body fluids, such as blood,

12   urine.  Sometimes we take fluid from the eye, called

13   vitreous humor.  We can use liver tissue.  We have to run

14   toxicology, because we have cases that people die from drug

15   overdose, for example.

16   Q.   Now, you indicated how an autopsy is done.

17   Approximately how many have you performed throughout the

18   course of your career?

19   A.   For me, it's too many.  I know for sure it's over

20   2,050.  I don't count autopsies anymore, because it's a

21   private practice where we're pretty busy.  I used to do 350

22   autopsies a year, which is a lot.  Now we do 250, 260

23   autopsies per year.

24   Q.   Have you ever testified in Court before concerning the

25   autopsies you've performed?

1    A.    That's another part of my job, so I have to -- I'm in

2    Court almost an average of twice a month.

3    Q.    Specifically have you testified in Federal Court

4    regarding autopsies?

5    A.    Yes.  I testify in Federal Court.

6    Q.    Would you say you testify more in State Court or

7    Federal Court, or is it pretty evenly split?

8    A.    Well, I can just tell you that in Federal Court

9    probably half a dozen times.  I'm not sure how many times I

10   testify in the State Court in the State of Wisconsin, State

11   of Minnesota.  Again, we have a fairly busy office.  It

12   could be a hundred times.  I don't know.

13   Q.    You testified previously that your Office of Medical

14   Examiners performs autopsies for outlying areas outside of

15   Ramsey County.  Specifically, can you tell us how your

16   office became involved in the investigation in this case

17   regarding the death of Aleeyah Cook?

18   A.    Sure.  Dr. McGee had an agreement a long time ago with

19   North Dakota Commissioner that -- the North Dakota, Fargo

20   area has a fairly large hospital, I believe a Trauma 1

21   Center, so it's busy and people die.  Unfortunately that is

22   a hospital when people die, and people transfer to this

23   hospital from South Dakota, North Dakota, and parts of

24   Minnesota, and they die there.  They decided if people

25   transfer from Minnesota or South Dakota or wherever, they

```
 1   can be autopsied by Ramsey County.  In this case, the case

 2   was reviewed by Cass County Coroner, I believe, according

 3   to my knowledge.  They decided to send the case to our

 4   office to investigate.

 5   Q.   Did you personally perform the autopsy on Aleeyah Cook

 6   yourself?

 7   A.   Oh, yes, of course.

 8   Q.   What was the date the autopsy was performed?

 9   A.   I performed autopsy on 12th of January, 2012.

10   Q.   In doing the autopsy specifically in this case, the

11   one you did on Aleeyah Cook, did you follow the same

12   protocol in performing the autopsy that you previously

13   described for the jury?

14   A.   Yes, of course.

15   Q.   Would it be of benefit to you in testifying about the

16   autopsy exam you did to refer to your report from time to

17   time?

18   A.   Sure.

19   Q.   During the autopsy procedure did you take photographs?

20   A.   Yes.

21   Q.   Dr. Froloff, the first thing I'll show you is what's

22   marked Exhibit 9B, as in boy.  I want you to look at it and

23   tell me yes or no.  Do you recognize it?

24   A.   Exhibit 9B.  It's a hard copy of my --

25   Q.   Just do you recognize what's in the picture?
```

1    A.    Yes.

2    Q.    Did you take that picture?

3    A.    Yes.

4    Q.    Does that picture accurately depict what is shown in

5    the photograph?

6    A.    Yes.

7              MR. MILLER:  I would move to introduce

8    Exhibit 9B.

9              THE COURT:  9B is received.

10             MR. KHOROOSI:  Your Honor, could I approach?

11   (Bench conference with all counsel:)

12             MR. KHOROOSI:  Instead of objecting to each

13   exhibit individually, can I have a standing objection to

14   all of Exhibit 9?

15             THE COURT:  The only problem with that is I told

16   you my view with regard to their admission.  They might not

17   properly establish foundation.  For example, it might not

18   be necessary for him to have a particular exhibit in order

19   to explain to the jury what's being done.  I'm not going to

20   -- I can't give you a standing objection.  I might need to

21   be educated on a particular exhibit.  For it to come in, I

22   have said if this is necessary in order to be able to show

23   to the jury what's going on.  If it isn't, I'm not going to

24   let something in.

25             MR. KHOROOSI:  Okay.  Thank you.

1    (End of bench conference)

2          MR. KHOROOSI:  Your Honor, I have an objection to

3    Exhibit 9B on relevancy grounds and under 403(b).

4          THE COURT:  Overruled.

5    BY MR. MILLER:

6    Q.   Doctor, now that it's been admitted into evidence, now

7    I can have you testify as to what Exhibit 9B shows.

8    A.   Exhibit 9B is a hard copy of the name tag which we

9    used to attach to the body for identification purposes.

10         MR. MILLER:  Your Honor, I had a picture of

11   Exhibit 9A of the actual individual for identification

12   purposes.  My understanding is the defense is willing to

13   stipulate that the individual that Dr. Froloff did the

14   autopsy on is Aleeyah Cook.  Thus, eliminating the need for

15   Exhibit 9A.  But I want to make sure on the record we have

16   that stipulation regarding the ID.

17         MR. KHOROOSI:  Actually I do not have an

18   objection.  I'll withdraw my objection to 9B.  I was

19   thinking of another exhibit.  Thank you.

20         THE COURT:  I wondered.  In any event, with

21   regard to 9A, do you stipulate to identity?

22         MR. KHOROOSI:  Yes.

23         THE COURT:  Very well.  Just a moment.  I want to

24   give the jury an instruction on stipulations.  The

25   Government, through its Prosecutor, and the Defendant have

1    stipulated, that is, agreed to certain facts that counsel

2    just stated.  You must, therefore, treat those facts as

3    having been proved.  In other words, that the autopsy was,

4    in fact, of the alleged victim in this case.  Proceed.

5    BY MR. MILLER:

6    Q.   Dr. Froloff, I'll show you what is marked Exhibit 9.

7    Do you recognize that?

8    A.   Exhibit No. 9 is a CD copy of my pictures, which I

9    took during the autopsy.

10   Q.   And you took approximately 160 pictures throughout the

11   course of the entire autopsy?

12   A.   Yes, it's over 160 pictures.  Yes, that's correct.

13   Q.   Exhibit No. 9 would contain all the photographs you

14   took during the course of the autopsy?

15   A.   I hope so.  It's a copy.

16   Q.   In looking at the 160 pictures, do they accurately

17   reflect the ones you took during the course of the autopsy?

18   A.   Yes.

19        MR. MILLER:  Your Honor, I would move to

20   introduce Exhibit No. 9 for purposes of the reasons we

21   talked about during the pretrial hearing.  It is not our

22   intention that this exhibit would actually go back to the

23   jury during their deliberations.

24        THE COURT:  Well, it won't.  That's for purposes

25   of any appellate record that might be necessary.

1          MR. KHOROOSI:  For those purposes, Your Honor, I

2     have no objection.

3          THE COURT:  Very well.  Exhibit 9 is received for

4     that limited purpose.  The clerk's notes will reflect it

5     does not go back to the jury.

6     BY MR. MILLER:

7     Q.   Next, Doctor, I want to talk to you about the external

8     examination.  You testified previously that's the first

9     part of any autopsy that you conduct.

10          During the course of the external examination you did

11     of Aleeyah Cook, did you take photographs of that, as well?

12     A.   Yes, of course.

13     Q.   Doctor, I'll show you what's been marked Government's

14     Exhibit 9C, 9D, 9I, and 9H.  I'll have you look at those

15     four pictures, and then I'll have some questions for you

16     regarding foundation of those.

17     A.   Sure.

18     Q.   Did you take those four pictures?

19     A.   Exhibits 9C, 9D, 9I, and 9H are a hard copy of the

20     pictures I took during my autopsy.

21     Q.   Those are four photographs that you took during the

22     external portion of the examination you did?

23     A.   Yes.  That's one of the photographs, yes.

24     Q.   Do they accurately represent how Aleeyah Cook looked

25     on the day you did the external examination?

```
 1   A.   Yes.  Those pictures I took after I completely shaved
 2   her head.  I had to do that to expose some injuries.
 3             MR. MILLER:  The Government would move to
 4   introduce Exhibits 9C, 9D, 9H, and 9I.
 5             MR. KHOROOSI:  Your Honor, I do object to those
 6   exhibits on grounds of relevancy, foundation, and they are
 7   unfairly prejudicial under Rule 403.
 8             THE COURT:  Well, overruled as to relevancy and
 9   foundation with regard to how they're taken.  That's
10   overruled.  But the necessity for using them hasn't been
11   established, so sustained as to that.
12   BY MR. MILLER:
13   Q.   Dr. Froloff, would these pictures assist you in
14   describing to the jury the observations you made and the
15   opinions you have in this case regarding the autopsy you
16   did on Aleeyah Cook?
17   A.   Yes.
18             MR. MILLER:  I would reoffer these four exhibits.
19             MR. KHOROOSI:  Same objection, Your Honor.
20             THE COURT:  Just a moment.  For the reasons the
21   Court sustained in the pretrial conference, the objection
22   is overruled.  Very well.  Exhibits 9C, D, H, and I are
23   received.
24             MR. MILLER:  Your Honor, pursuant to the Court's
25   previous ruling, we cropped Exhibit 9C.  Would the Court
```

1    like to see that before I publish it?

2            THE COURT:  Well, yes, because I saw what you did

3    before and said that wasn't good enough.  Let's see what

4    you did now.  Yes, that's now satisfactorily cropped.

5            MR. MILLER:  May I publish the picture?

6            THE COURT:  You may.

7    BY MR. MILLER:

8    Q.   You'll probably have to look over your right shoulder,

9    I believe it is, to the screen or monitor.

10   A.   Sure.

11   Q.   The first picture I'm going to put up is -- what's on

12   the monitor, Dr. Froloff, is Exhibit 9C.  This is a picture

13   of Aleeyah Cook.  You knew who she was?

14   A.   Yes.

15   Q.   I'm assuming when she came to your office for purposes

16   of the autopsy, that she had a full head of hair?

17   A.   Yes.

18   Q.   Did you shave her hair off for purposes of conducting

19   the autopsy?

20   A.   Yes.  That's part of the autopsy, yes.

21   Q.   Tell us why.  Why is that something you needed to do?

22   A.   When I observed first this two-year-old baby, she was

23   wearing a clean diaper, she had really long black hair,

24   like a normal kid.  Again, I performed I wouldn't say

25   routine stuff, but I collect trace evidence.  In this case

1    we proceed that there might be potential charges, kind of a

2    suspicious case, so we have to collect.  I perform sexual

3    assault kit.  I collect fingernail clipping.  We collect

4    some DNA stuff.

5        When I observe a body, she also had medical

6    intervention.  She had tubes inserted into her, because she

7    spent three days at the hospital.  So I photographed

8    everything, and then I took everything off her.  She was

9    basically nude.  Then started examine the body.

10       When I started to examine her head, I was able to see

11   some contusions.  Contusions, it's a blunt force injury,

12   basically results from impact.  So I was able to see some

13   really faint, like brownish contusions, and I suspected she

14   might have more contusions.  That's the reason to shave her

15   hair.  That's kind of routine practice.  Again, nothing

16   routine about the case, but that's what we do.

17       So I used my scalpel to completely shave her head, so

18   I can see injuries to her head, and I was able to see more

19   injuries.  That's why she looked completely without hair,

20   because I had to shave her.

21   Q.   The reason you shaved her head was to allow you to

22   better see any injuries she may or may not have to her

23   head?

24   A.   Yes.  I needed to visualize her injuries.  Yes.

25   Q.   When we look at Exhibit 9C, describe for us what you

```
 1   are attempting to show in taking this photograph.  What do
 2   we see in this picture?
 3   A.   Sure.
 4           THE WITNESS:  Your Honor, can I stand up?
 5           THE COURT:  You may.
 6   A.   Should I use my finger or a pen?
 7   BY MR. MILLER:
 8   Q.   That's a question of the clerk.
 9           MR. MILLER:  Do you want us to touch the screen
10   with a pen, or leave a mark on the picture?
11           THE CLERK:  Not a pen.
12   BY MR. MILLER:
13   Q.   Not a pen.
14   A.   That's fine.  I'm an old-fashioned guy.  I get used to
15   using a pen or pencil.  So that's the girl's picture from
16   the right side of her head.  That's my basically tag which
17   we use for identification purposes.
18      So I shaved her head.  The reason I took this picture,
19   I tend to visualize -- if you look at her head, right here,
20   the skin is fairly normal color.  But on the right side
21   it's -- the forehead area, you can see like maroon,
22   purplish, or brown contusion.  Contusion is again blunt
23   force injury.  That's what I'm trying to show.  She had a
24   contusion on the right side of the forehead.  That's the
25   reason I took the picture.
```

1    Second, it's really hard to see, but on the top of the

2    head, when I shaved her head, she had a healing abrasion.

3    We all have contusions.  An abrasion is basically a

4    scraping of the skin as a result of the friction of the

5    skin when people lose dermis or the superficial layer of

6    the skin.

7    I was able to see a little contusion here, but I also

8    describe kind of like a ring-shaped abrasion, which looked

9    like old injuries.  I measured four centimeters.  That's

10   approximately one-half inches in diameter.  So you can see

11   at least two injuries here.

12   Q.  Now, during what you just indicated, you described the

13   injury on the top of the head as an older wound?

14   A.  Again, she spent three days at the hospital.  When

15   people spend three days at the hospital, injuries start to

16   heal.  I just said it looks a little bit different, so I

17   described this as an abrasion covered by crust.

18   Q.  When you talk about contusions and bruises and those

19   types of things, based on your experience and training, are

20   you able to date those types of injuries or tell us how old

21   they are?

22   A.  That's a very complicated, difficult question in

23   forensic pathology.  We have to deal with dating of the

24   injuries, especially contusions, all the time.  The problem

25   is there is no single reliable method to date injuries.

```
 1    Sometimes forensic pathologists use color, but even color,

 2    people describe -- we all, probably 99 percent of the

 3    people here with contusions, bruise.  It still looks

 4    brownish, starts to get purple at first, and then it's

 5    changing color.

 6         But the problem is that sometimes we heal differently.

 7    After a certain period of time, the contusion on the skin

 8    becomes blues and greenish and yellow colors.  So we try to

 9    use color, but it's not reliable.

10         What I did in this case, I sectioned almost every

11    injury in her head, and put it on a microscope to try to

12    date the injury.  In Court at least I can say -- she spent

13    three days at the hospital.  I can't give you an exact

14    time.

15         I know this injury, I described in the final autopsy

16    protocol and stated here that recent injury, which is

17    fairly fresh injury.  I can tell you I know it's

18    approximately three days old.  I can't distinguish three,

19    four, five days old.

20    Q.   When you said you see an injury that's approximately

21    three days old, which of the two injuries you are showing

22    us in this picture are you referring to?

23    A.   Well, once again, when I perform autopsy, I have to

24    look at all injuries, and try to come back together and put

25    everything together, and I extensively measure the
```

1    sections, all sections, all injury of the brain.  All the

2    injuries looked fairly the same age, except the injury in

3    the full occipital area.  Basically it's in the back of the

4    head looks a different age.  But injury on the skull on the

5    right, left, and top looks the same.

6    Q.   So even though you are not able to tell us how old

7    maybe the injuries are, do the injuries all appear to be of

8    a consistent age, other than the one you noted at the top

9    of her head?

10   A.   Again, the injury at the top is an abrasion, and she

11   spent three days at the hospital.  Under microscope they

12   look fairly similar.

13   Q.   Let's move to the next photograph, Dr. Froloff.  The

14   next picture is Exhibit 9D, as in dog.  Tell us what this

15   picture shows.

16   A.   Exhibit 9D again is a picture from the left side of

17   the body.  I'm trying to document, because I find some

18   injury on the right side, I find some injury on the top of

19   the head, I find some injury in the front of the head, in

20   the middle of the forehead.

21        Here it's called a left forehead area.  We can see

22   almost similar appearance injury here.  Liner marks, like

23   whitish marks you can ignore.  That's from my scalpel from

24   shaving, so we can see contusions in the left forehead area

25   there.  You can see some, again, contusion and abrasion

```
 1    here.  It's hard to see here, with this reflection.  But

 2    it's also some contusion to the forehead, like in the

 3    middle of the forehead.

 4    Q.   Are you able to date or age the injury we see in

 5    Exhibit 9D?

 6    A.   It's the same age, like in the previous.  It's the

 7    same age.

 8    Q.   Dr. Froloff, you can't see it because it's clear down

 9    at the bottom.  I have now what's been marked as Exhibit 9H

10    on the monitor.  Describe for the jury what we see in this

11    photo.

12    A.   Again, we can see back of the head, called the

13    occipital area.  The child, which I shaved with a scalpel,

14    you see remnants of the hair.  The part on the lower neck,

15    this is like lower neck and shoulder area, it's a little

16    bit purplish, because it's still postmortem lividity when

17    people die.  Why?  Because the force of gravity goes down,

18    and after a certain period of time, her 12-hour stay there,

19    it's still postmortem lividity.

20         In forensic pathology we are trained to distinguish

21    injury from postmortem changes.  But you can clearly see

22    here, and I described in the final autopsy protocol, this

23    area looks kind of whitish, normal skin.  Here you can see

24    contusions in the back of the head.  Again, I sampled this

25    area, and I performed microscopic examination.
```

1    Q.    How many different contusions can you see in this

2    photograph?

3    A.    I describe it kind of looks like speckled almost

4    appearance.   I described two contusions in this area.

5    Q.    You are using the pointer to draw a broad circle.

6    Would you point to No. 1?

7    A.    Right here.  It's again really faint.  You can miss it

8    pretty easy if you don't shave.  It's right here.  (Witness

9    indicating).

10   Q.    In terms of dating these injuries, how did they appear

11   in relationship to the other contusions we saw in

12   Exhibits 9C and 9D?

13   A.    By appearance, you look at the contusions, look at the

14   contusion in the front looks almost alike.  When I perform

15   microscopic examination, this contusion in the back of the

16   head looked a little bit different.

17        I think I have to tell you what happened.  When people

18   have contusions, bruising, or hemorrhage inside the skin,

19   bodies start to heal it.  So what we have, we have -- we

20   call it several reaction cells coming out trying to repair

21   the stuff.  Because it's blood, some cells called

22   microphages, which is called scavenger cells, try to clean

23   up the contusions.

24        So what's happened, microphages come into this area

25   trying to clean it up.  Erythrocytes, our red cells, are

1    composed of protein and iron.  So what happened is those

2    microphages absorb this iron.  When we perform microscopic

3    examination, we can see iron.  Under the microscope it

4    looks bright blue, so I can see how much iron the cells

5    absorbed.  So this is just one area that looks older in the

6    microscopic, because more cells are continuing to start.

7    Q.   The last picture I have regarding the external portion

8    of the autopsy is Exhibit 9I.  Tell us what this shows

9    differently than what 9H did, since they are both pictures

10   regarding the back of the head.

11   A.   Exhibit 9I, again, I'm trying to play -- not play.

12   Just to look for light.  We take a lot of photographs, and

13   I'm trying to show you injuries on the different angle, and

14   also trying to show more injuries.

15       So here in the back of the head, that's the two

16   previous contusions I described.  But also on the side of

17   the head right here you can see additional injuries.

18   That's called right temporal area.

19       So basically I have a kid who has a number of

20   contusions present on the front, right, left side, in the

21   back, the top, and sides of the head.  That's what I'm

22   trying to document.

23   Q.   When you look at the additional contusions that you

24   see in this exhibit, can you date that in relationship to

25   the contusion shown in the various other exhibits, 9C, 9D,

1    and 9H?

2    A.    Again, it's very complicated.  I stated before, I

3    think it's similar injuries.  I can't exactly date it.

4    Q.    But in terms of their correlation to each other, do

5    they appear to have been inflicted at about the same time

6    frame?

7    A.    In my opinion almost all the contusions, except in the

8    back one, were inflicted at the same time, yes.

9    Q.    When you do the internal portion of the examination,

10   are you able to see these various contusions you've pointed

11   out during the external examination?  Are you also able to

12   see them internally?

13   A.    Yes.  Blunt force injuries can be complicated in an

14   adult and kids.  You can exclude blunt force injury because

15   nothing appears in the skin.  In her case, I think she had

16   black, really thick hair.  Hair works like a cushion.  So

17   in order to better document her injury, we have to take the

18   skin off her head.  Basically I do a scalping-type removal

19   of we call it subgaleal tissue.  I have to peel her skin

20   from the front to back and make an incision from one ear to

21   the other one.  I have to do that in order to visualize the

22   internal injury.

23        Sometimes, especially in kids, we'll look extensively

24   for injuries.  We have to basically take the skin off to

25   look for injuries.  Most of the time if we suspect some

1    kind of child abuse or whatever, we'll find injury

2    internally.  To answer the question, yes, I peeled it off,

3    and I saw more damage to the skull.

4    Q.   So you are able to see these internally?

5    A.   Some of the injuries -- in my final autopsy protocol I

6    stated I counted approximately -- well, I counted eight

7    contusions on her head.  When I performed the internal

8    examination, trying to find subgaleal hemorrhage, which is

9    damage to the subgaleal tissue, I was able to see more

10   injuries.

11   Q.   Now, you indicated the subgaleal contusion is

12   something of the subgaleal level.  Describe for us what

13   subgaleal is.  Put it in lay person's terms.

14   A.   It's called subgaleal hemorrhage.  Subgalea is just a

15   specific term used for skin of the skull.  That's what we

16   use in forensic pathology and in medicine.  Skin of the

17   skull, anatomically, a little bit different than skin of,

18   for example, as a part of the body, because it's a thick

19   connective tissue.  Skull tissue -- skull skin is firmly

20   attached to the bone.  It's just like terminology, the

21   subgaleal tissue.

22   Q.   You previously testified to these various contusions

23   shown in Exhibits 9C, 9D, 9H, and 9I.  During the course of

24   your external examination, did you make other observations

25   during the course of the external portion of the

1    examination?

2    A.    Sure.

3    Q.    Please describe those for the jury.

4    A.    Again, the final autopsy protocol had, I described, a

5    pinpoint area for abrasion.  That's 0.1 millimeters

6    basically just pinpoint here and there of abrasion on the

7    left and right side of the face.  I'm not sure about

8    significance of this injury.  Just small, tiny, healing

9    abrasions.  Because the kid spent three days at the

10   hospital, she had numerous attempts -- they were trying to

11   revive her.  They were trying to put an IV.  She had a

12   contusion and pinpoint area of abrasion in the venipuncture

13   sites.  But I think it's just related to medical

14   intervention.  I describe those findings separately in the

15   evidence of medical intervention.

16   Q.    You then indicated that you moved on to the internal

17   portion of your examination.  Is that correct?

18   A.    Yes.

19   Q.    Did you take photographs of those, as well?

20   A.    Yes.

21   Q.    Did the autopsy take place over the course of more

22   than one day?

23   A.    I started the autopsy on the 12th of January at 9:30.

24   It took me a significant amount of time.  I don't remember

25   when I finished, but when I found additional injuries, it's

```
 1   the practice of our office to just hold the body until

 2   second day, and come back and reexamine the body.

 3       The reason is when you have this kind of faint

 4   injuries, and we also have blood, and when blood drains,

 5   because after autopsy, we have to take blood, and plus

 6   people losing the blood because we are cutting all organs.

 7   Basically blood -- there is no blood in the body.  You can

 8   visualize injuries better, because sometimes one huge

 9   injury hemorrhage, the next day it looks a little bit

10   different.  It helps us to visualize and better document

11   our case.  So I believe I came back like the next day and

12   retook additional pictures of the skull.

13   Q.   If I understand correctly, sometimes the second day

14   you can see things better than the day before?

15   A.   Yes.

16   Q.   Would these pictures regarding your external

17   examination help you to explain the observations that you

18   made and help the jury understand what you are describing

19   to them?

20   A.   That's correct.

21   Q.   Dr. Froloff, I'm going to hand you in a moment here

22   several exhibits, 9E, 9F, 9G, 9J, 9K, and 9L.  I'll have

23   some preliminary foundational questions for you before we

24   get into what the pictures actually show.  I'll show you

25   those.  When you get done looking through them, I have some
```

1    questions.

2    A.    9C, 9F, 9G, 9J, 9K, and 9L.  Those are one of the

3    pictures I took during my autopsy examination.

4    Q.    These were all pictures you took of the area of

5    Aleeyah Cook's head during the course of the autopsy

6    examination?

7    A.    That's some of the pictures, yes.

8    Q.    Do they accurately reflect the area of the body you

9    photographed?  In other words, do these pictures accurately

10   reflect what her head area looked like?

11   A.    Yes.

12          MR. MILLER:  Your Honor, I would move to

13   introduce Exhibits 9E, 9F, G, J, K, and L into evidence.

14          MR. KHOROOSI:  Your Honor, I object on grounds of

15   foundation, relevance, and they're more prejudicial than

16   probative.

17          THE COURT:  Overruled for the reasons previously

18   stated in the pretrial conference.  They are received.

19   Exhibits 9E, F, G, J, K, and L are received.

20          MR. MILLER:  May I publish?

21          THE COURT:  You may.

22   BY MR. MILLER:

23   Q.    Dr. Froloff, the first picture I want to talk to you

24   about is Exhibit 9.  What does this show?

25          THE COURT:  9 what?  You didn't say.

```
 1            MR. MILLER:  9E.

 2   A.   This is kind of graphic.  I have to explain what I

 3   did.  That's basically a picture reflecting the top of the

 4   skull, and the top portion, it's a part of the body.  The

 5   body is open, so that's why you can see blood here.  You

 6   can see what looks like hair on the left side.

 7        Again, what happened here --

 8   BY MR. MILLER:

 9   Q.   First I'll ask you to stop, because you are going

10   beyond the question.  Use the pointer on the big screen,

11   because the small screen is hard for the jury to see.

12   A.   I'll start all over.  That's my ID tag.  You can see

13   some hair here.  That's her body.  Left shoulder, right

14   shoulder, and I told you I had to cut skin from one ear to

15   the other, front and in the back.

16        So when I opened her skull, I was surprised actually

17   to see injuries, but basically what you can see here,

18   that's her skull, top of the skull right here, and here is

19   basically skin which is pulled up and over her face.  So

20   this is called subgaleal tissue.  Basically we can see here

21   dark maroon, almost like red color here.  That's called

22   subgaleal hemorrhage.  Basically her subgaleal hemorrhage

23   extends from the right side to the top of the head and to

24   the left side.

25        My concern here was how does additional brown small --
```

1    I can call it satellite type of subgaleal hemorrhages.  We

2    can see, and this is more on the top of the head.  Here is

3    more like front of the head.

4         So my decision was I was trying to count, but it was

5    really hard to count the contusions.  I know in the Court

6    it will be very important, so I decided to wait and come

7    back and retake some pictures so I can count those

8    contusions.

9         Why it's important, because in forensic pathology, we

10   have to tell defense, prosecution, whatever, about the

11   points of impact.  Every point of impact, points of impact

12   is a result of a blunt force injury.  That's one of the

13   initial photos I took in the first day.

14   Q.   Picture Exhibit 9E, you said you took pictures both on

15   the 12th and again on the 13th.  Was this picture taken on

16   the first day or the second day?

17   A.   That's the first, I believe.

18   Q.   Did you also take pictures of the same area on the

19   following day, on the 13th?

20   A.   I took numerous pictures on the second day, as well.

21   Q.   Dr. Froloff, what's on the monitor now is Exhibit 9F.

22   Does this picture show the same area as we saw in

23   Exhibit 9E?

24   A.   If you flipped over like 180 degrees, it looks almost

25   the same.  I put my tag at the bottom again right here.

```
 1   I'm trying to take second set of pictures.  You can see,

 2   again, extensive subgaleal hemorrhage right here, mostly in

 3   the frontal area, but this was in front of the head, but

 4   you start to see that small subgaleal hemorrhage.

 5       I tried to count all subgaleal hemorrhages on the top

 6   of the head.  I was able to see subgaleal hemorrhage on the

 7   top of the head, right and left side of the head, and on

 8   the side.  So I was trying to count those subgaleal

 9   hemorrhages.  My opinion was 18 subgaleal hemorrhages.

10   Q.   Now, I don't know if you can see all eight that you

11   just described for the jury in Exhibit 9F.  What I'm going

12   to do is hand you the actual photograph right now.  What I

13   want you to do is I'm going to give you a pen, and I'm

14   going to ask you to circle the subgaleal hemorrhages you

15   can see in Exhibit 9F.  Hopefully that will mark on the

16   actual exhibit.  If it doesn't work, let me know, and I'll

17   give you a different pen.  It worked earlier.

18   A.   It will work.  Just call them subgaleal hemorrhages.

19   I can circle some of them.

20   Q.   I'll give you a little different pen, because that one

21   isn't marking very good.  I'll give you a little heavier

22   duty pen, if you would mark those for us.

23   A.   I'll try to mark some of them.  So basically all dark

24   maroon or red stuff, that's the subgaleal hemorrhages.

25   Q.   So did you mark some of the subgaleal hemorrhages that
```

1    you can see in Exhibit 9F?

2    A.   Yes.

3    Q.   Now I have the picture on the monitor so the jury can

4    see better the ones you marked.  You marked some rather

5    larger areas in what you described as the front of the

6    skull.  Is that correct?

7    A.   Yes.  I am trying to mark most of the hemorrhages, but

8    there are so many of them.

9    Q.   My question for you is more in relationship to the

10   four smaller ones you see in the areas I'm depicting on the

11   top.  Describe their appearances for the jury.

12   A.   Pardon me, I'm sorry?

13   Q.   Describe the appearance of the four smaller subgaleal

14   injuries to the jury that you circled on the top of the

15   head.

16   A.   I just circled four small subgaleal hemorrhages, which

17   again I describe in the final autopsy protocol was more

18   than that.  I think there were eight on the top.  They look

19   fairly small.  Some of them look almost in a linear type of

20   fashion.  I have to get up.  Right here.  It looks like

21   small subgaleal hemorrhage.  Right here, right here, right

22   here.  I didn't mark it right here, but a subgaleal

23   hemorrhage right here and right here.  (Witness

24   indicating.)

25   Q.   When you looked at the patterns of those injuries, did

1   you have an opinion within a reasonable degree of medical

2   certainty what those looked like to you?

3   A.   It looks to me like subgaleal hemorrhages.

4   Q.   What I'm asking, do you have an opinion within a

5   reasonable degree of medical certainty what looked like the

6   instrumentality or what caused those marks?

7   A.   Okay.

8            MR. KHOROOSI:  Your Honor, I object.  It calls

9   for the ultimate question.

10           THE COURT:  Overruled.

11  BY MR. MILLER:

12  Q.   You may answer.

13  A.   Thank you.  Very common question in forensic

14  pathology.  Mechanism of injury, injury induced by object,

15  fist, or leg by kicking and so on.  That's what we're

16  trying to differentiate.

17       In my opinion, looking for clusters of the subgaleal

18  hemorrhage, I feel it's my opinion used by fist.  Of course

19  it can be induced by fists on the knuckles, or of course

20  being used by some other objects.

21       But the point is, I'm highly suspicious it could be

22  used by a fist, but could be used by just punching.  That's

23  my best opinion.

24  Q.   I will now move to Exhibit 9G, Dr. Froloff.  What do

25  we see in this picture?

```
1   A.    Exhibit 9G.  This is one of the initial photos I
2   obtained.  That's the first day before like I shaved
3   completely her hair.  You can see some black hair right
4   here.  This is again from the top of the head and goes to
5   the back of the head, exposes her back of her head.  This
6   is, again, one of the initial photos when I come back, the
7   subgaleal hemorrhage coming from right, left, side, and top
8   of the head.
9        I'm trying to -- I'm trying to correspond injury in
10  the back of her head.  Remember, the small faint contusions
11  to subgaleal hemorrhage.  That's the reason I took this
12  picture.
13  Q.    So this is a picture of the back of her head?
14  A.    Well, that's skin which I peeled, second portion of
15  the skin I peeled to the back.  This is part of the
16  contusion from the top, and this is probably from the back
17  of the head.
18  Q.    Please point out for the jury the subgaleal contusions
19  you see in this photograph.
20  A.    Again, it's all dark red or whatever, dark maroon
21  part.  That's all subgaleal hemorrhage.  This picture is
22  taken the first day.  You can also see smaller contusions,
23  small subgaleal hemorrhage right here.
24  Q.    Again, you kind of circled and then pointed.  How many
25  of the smaller ones do you see?
```

1   A.   Here I can see two.

2   Q.   Again, would you just -- without using a circle, just

3   point to the two.

4   A.   Right here and right there.  (Witness indicating.)

5   Q.   Moving on to a different area, this is what is marked

6   as Government's Exhibit 9J.  What does this picture show?

7   A.   Exhibit 9J, that's after the first autopsy when I

8   exposed the subgaleal tissue.  I start an examination of

9   the brain.  In order to examine brain, to start with the

10  brain, what we have to do is we have to, again, using a

11  saw, cut the top of the head, it's called the wall of the

12  head, cut from the front, go to the back, and then come

13  back, kind of a circle type of motion.  So I had to cut her

14  skull and take this wall of the skull out.

15       So when I took her skull out, you expose basically a

16  subdural space.  In the lower portion you can see part of

17  the brain.  That's part of the brain.  The brain is very

18  soft, almost like Jello-type consistency.

19       Then in the middle of the picture you can see it's

20  called a subdural hemorrhage.  So all red spots here, all

21  red spots here, it's a subdural hemorrhage.  Here slightly

22  peeled on the top, that's called dura mater.  Dura mater is

23  really kind of firm, connective tissue, firmly attached to

24  the inside, to the skull.  Potential space, that's not

25  really space.  That's because potential space is called

1    epidural space.

2        When we perform autopsy, we kind of strip from the

3    skull to expose epidural space.  Why it's important is

4    because we need to document trauma.  I know in this case

5    it's subdural hemorrhage.  I didn't recover a lot of blood

6    from her head, less than one cc, cubic centimeters.

7    Basically it's one-fifth of a teaspoon of blood, so it's a

8    small amount.

9        The significance of this photo.  In forensic

10   pathology, we know it's going to be questioned about dating

11   of the injuries.  So in my opinion this subdural hemorrhage

12   looked acute, which according to our specifications, is 72

13   hours, basically three days.  Three to two, three weeks

14   it's subacute.  It's a chronic subdural hematoma.  I

15   describe in the final autopsy protocol basically it's a

16   blood clot without formation of any secondary membrane.

17   There is no evidence of healing.

18       I submit part of the -- it's called dura mater, and I

19   look under the microscope, and there's no evidence of

20   healing.  So I know it's an acute subdural hemorrhage.  I

21   was not able to see any skull fractures.  There is no skull

22   fractures in this case.

23       So at this point I decided that I need to do and

24   perform additional study of the brain, because the brain is

25   really fragile, as I mentioned to you.  It's Jello-type

```
 1    consistency.  In pathology we take the brain and put it in
 2    formula.  We have to wait a certain period of time,
 3    sometimes weeks, month, when brain becomes firmer so I can
 4    make better slices.
 5        In this case I decided our New York pathologist would
 6    be helpful, and we can examine brain with her.  So I took
 7    this brain out and submitted it for fixation.  Again, you
 8    can see here subdural hemorrhage, and finding subdural
 9    hemorrhages, a hemorrhage in a two-year-old, it's always
10    worse.
11    Q.   You mentioned that you had a neuropathology exam done.
12    I want to talk to you about that in a bit.  I want to go
13    back and break up your answer, because it was a pretty long
14    one.
15        You said what we see in this picture is a subdural
16    hemorrhage.  Explain in lay person's terms what a subdural
17    hemorrhage is.
18    A.   I have to start with basic anatomy.  I'll try to be
19    short.
20        Our head, we have inside of our head we have a brain.
21    Brain is very soft tissue.  I'm not going to go into
22    detailed anatomy of the brain, but the brain is composed of
23    a gray matter, which is made from numerous cells, and white
24    matter.  White matter is a projection of the neurons.  It
25    could be a couple of feet long.  It's the white matter.
```

1    The brain is covered by it's called arachnoid, because

2  it looks like web.  It's Greek, arachnoid.  It's really

3  fine vascular type of membrane covering the brain.

4    Then people have a subdural space.  Subdural space

5  where cerebral spinal fluid circulates.  Subdural space

6  connected to the brain by small, tiny veins, goes reaching

7  in, acting like a bridge connecting from the skull to the

8  brain.  Bridging these could be important.

9    Then potential space between dura mater and skull is

10  epidural space.  Usually we don't have epidural space

11  unless someone has a skull fracture.  People have a skull

12  fracture, dura tries to peel, and we have potential

13  subdural space.  We have a skull, and then we have some

14  yellow tissue, whatever, skin and hair.  That's the basic

15  anatomy.  So this is subdural hematoma.

16  Q.   When you say subdural, is that the area between the

17  brain and the skull?

18  A.   Right.  Well, between dura and brain, yes.

19  Q.   We're not going to point to the picture for a bit, so

20  if you want to sit down, that's fine.

21    You also talked about what the subdural hemorrhage

22  shows in relationship to aging or dating the injury.  What

23  I would like you to explain is what do you look at when

24  looking at a subdural hemorrhage in order to date or age

25  the injury?

```
 1   A.   Again, first impression like gross, meaning looking by

 2   eyes, very important.  We have to deal with subdural

 3   hematoma almost on a weekly basis, because people develop a

 4   subdural hematoma and they can die.  So I'm looking for

 5   appearance of subdural hematoma.

 6        In this case in my opinion it's acute, because it

 7   looks like basically clotted blood.  It's not firmly

 8   touched or adhered to dura mater.  I mentioned to you when

 9   hematoma starts to heal, a lot of the cells -- same like in

10   bruises.  Maybe it's different grades, but cells come in

11   and try to heal the subdural hematoma.  Subdural hematomas

12   heal in different manners than bruises in the skin.

13        So when people have subacute hematoma, you can see

14   formation of the fiber in this type of membrane.  When the

15   hematoma starts to heal, it starts then to disappear, and

16   sometimes you can see like when the hematoma is resolved,

17   you can see coloration of the subdural space when it's

18   completely disappeared.

19        So with subdural hematoma, we have better luck to date

20   the injuries.

21   Q.   You indicated the injury that caused the subdural

22   hematoma that we see in this exhibit was acute?  Did I use

23   the right word?

24   A.   Yes.  I classified acute subdural hematoma.

25   Q.   When you use the word "acute" in terms of dating or
```

```
1    aging an injury, how long are we talking about in days?

2    A.    General classification, it's up to 72 hours.

3    Q.    Three days.  The next picture I want to show is

4    Exhibit 9K.  What do we see here?

5    A.    Exhibit 9K.  So continuing an examination of the

6    skull, because I saw some evidence of trauma in the brain.

7    What you can see here, it's the base of the skull, so it's

8    a picture of the bottom of the head from the inside.

9    That's kind of like facial hair on the top of the head.

10   That's the back of the head.  Again, I examined this body

11   -- examined the base of the skull for fractures, because

12   kids' skull is fairly thinner, whereas the adults are more

13   pliable.

14        In this picture you can see my identification number.

15   In the top portion you can see some triangular-shape

16   defects.  What happened in this case, I knew that this kid

17   had bilateral retinal hemorrhage, hemorrhage in the back of

18   the eye.  I knew that from medical records, so I suspect

19   additional injury to the eyes, which is common.  It's

20   nonspecific, but we can see fairly often.

21        So what happened, I basically used the same saw, made

22   triangle-shaped cuts, and here you can see on the left and

23   right side it looks like a different color, whitish on the

24   left, reddish on the right back here.  That's the top

25   portion of the eyes.  So I took a portion of the eye, and
```

1   you can see metal or rod, which we insert under the optic

2   nerve.  This part, purplish part here on the right and left

3   side, that's the optic nerve.  It doesn't look like a

4   normal optic nerve.  Optic nerve, it's a projection of the

5   brain.  It's not really nerve.  It's projection of the

6   brain.

7        In a normal condition it's, I would say, light brown

8   color probably.  When you see optic nerve like that color,

9   that's a hemorrhage.  So I was able to confirm that this

10  is, indeed, hemorrhage.  I took both eyes out, and I looked

11  at both eyes under microscope.  I make some sections.

12  That's a hemorrhage here.

13  Q.   When you say these optic nerve hemorrhages were

14  nonspecific, what do you mean by the word "nonspecific"?

15  A.   Most of the time in our office we have to deal with

16  numerous cases of child abuse.  You can see these cases in

17  child abuse where they are punched in the head.  Sometimes

18  less often you can see those changes, but I see like rare

19  cerebral edema cases.  Once again, it's a very unusual

20  finding.  It's a worse finding with the hemorrhage of the

21  optic nerves.  This is suspicious again.

22  Q.   Do you have an opinion, within a reasonable degree of

23  medical certainty, what would have caused this optic nerve

24  hemorrhage that we see in Exhibit 9, I think this is K?  I

25  better double-check that.  Yes, 9K.

1    A.    I do.

2    Q.    Go ahead.  What is your opinion, Doctor?

3    A.    In my opinion in this case, because present is a

4    number of contusions of the head, subgaleal hemorrhages in

5    multiple planes, plus retinal hemorrhage to the back of the

6    eyes, it's highly suspicious for -- it's an impact type of

7    injury.

8    Q.    I have one more for you, Doctor.  This is Exhibit 9L.

9    The first question I have, was this picture taken the first

10   day or the second day?

11   A.    This picture was taken the second day.

12   Q.    What does this picture show?

13   A.    Again, I'm trying to count all contusions, which is

14   hard in this case.  This is the frontal area.  That's a

15   frontal area of the head.  You can see that right here at

16   the bottom.  It looks like a triangle-shape cut here.  The

17   triangle-shape cut is in the middle of the forehead.  We do

18   triangular-shape cut so we can put the skull back and it's

19   kind of stable, not moving.  That's why it's

20   triangular-shaped cut.

21        I decided to examine frontal area and take additional

22   pictures.  Again, you can see numerous small areas of

23   almost round contusions.  I can just show you.  Right here,

24   here, here, and here.

25   Q.    I want to make sure.  The area of the body we're

1    looking at is the frontal area of Aleeyah's head?

2    A.    Yes.  It's the frontal area and pictures taken

3    slightly from the right side.

4    Q.    How many contusions do we see in this photograph?

5    A.    Again, I can't tell you.  I have to stick to my

6    protocol.  I can see numerous contusions.  Can I go back

7    and refresh my memory?  I can tell you exact numbers.

8    Q.    Yes, you can, if that will refresh your memory.

9              THE COURT:  You may.

10   A.    In the final autopsy protocol I describe -- it's a lot

11   of injuries.  It's hard to remember.  I describe exactly 18

12   injuries.  There was 7 almost round subgaleal hemorrhages

13   on the right frontal area ranging in size from, I put 0.5

14   to 1 centimeter in diameter, and two hemorrhages on the

15   left frontal area.  The size was 3-by-2 centimeters, which

16   3 centimeters is a little bit larger than one inch, and two

17   centimeters smaller.  In the mid forehead was subgaleal

18   hemorrhages, and then the top of the head was a subgaleal

19   hemorrhage.

20   BY MR. MILLER:

21   Q.    So when we look at Exhibits 9L, 9G, 9F, and 9E, how

22   many total subgaleal hemorrhages did you count?

23   A.    I describe in the final autopsy protocol a total of

24   18.  Some of the two pictures represent first day of the

25   examination, so basically you can see it looks like a giant

1    big subgaleal hemorrhage.

2    Q.   In medical terms is the head divided into various

3    sizes, different parts of the head?

4    A.   Sure.  You can use some planes.

5    Q.   Okay.  How many different planes or areas of the head

6    does a person have?

7    A.   Usually in anatomy we describe three planes.  Like I'm

8    not going to use medical terminology.  It's complicated.

9    It's vertical plane.  Then plane horizontal, and then

10   sagittal plane.  Basically it's like four planes.  You can

11   use four planes.

12   Q.   These subgaleal hemorrhages that you saw, on how many

13   different planes did you observe them of her head?

14   A.   I don't like to use planes.

15   Q.   What's your word?

16   A.   I can say I observed subgaleal hemorrhage in the front

17   of the head.  I observed subgaleal hemorrhage on the top of

18   the head.  I observed subgaleal hemorrhage on the right and

19   left side of the head, and in the back.

20   Q.   On the 18 subgaleal hemorrhages that you observed on

21   Aleeyah's head, is that number of subgaleal hemorrhages

22   consistent with a single fall from a chair of approximately

23   two feet in height?

24   A.   Considering all her contusions in the head, which is

25   located again in a different plane, so a different part of

1   the head, subgaleal hemorrhages and other injuries, which

2   we didn't talk here before, I don't think so, that it's

3   consistent with a single fall.

4   Q.   Now, we also talked about the different areas of the

5   head; front, back, sides.  Is finding subgaleal hemorrhages

6   on all these four different areas of the head consistent

7   with a single fall?

8   A.   I don't think so.

9   Q.   Tell us why you don't think these various findings are

10   consistent with a single fall.

11   A.   Because with all my training and experience, in fact,

12   I'm not sure -- I was on call last week, and the gentleman

13   who fell had injuries.  Single fall documented.  He had a

14   fairly large hemorrhage on the top of the head.  That's it.

15   It just doesn't make any sense.

16   Q.   You indicated when we looked at the picture, one of

17   the pictures, you indicated there was no skull fracture.

18   Based on your experience and training, would you expect to

19   see a skull fracture from a fall?

20   A.   Sometimes people have a skull fracture from a fall.

21   Sometimes they don't have skull fractures.

22   Q.   Beyond the various subgaleal hemorrhages, the subdural

23   hematoma, the optic nerve hemorrhages we talked about, did

24   you make any other pertinent observations during the course

25   of your internal examination?

1    A.    Yes.

2    Q.    Please describe those for us.

3    A.    Well, if you are including neurological evaluation.

4    Q.    I'll get to that.  We're talking about just what you

5    saw.

6    A.    Basically her injury was concentrated in the head.  I

7    didn't see any other injuries to her body.  We completely

8    X-rayed her body.  I didn't see any other old healed-in

9    type of fractures on her body.

10        In this case I had to cut her skin all most in the

11   legs and arms and her back.  I did not see any injury in

12   her body.  Everything was concentrated to her head.

13   Q.    You indicated more than once during your testimony

14   that once you completed your portion of the autopsy, you

15   had a neuropathological exam done.  Is that correct?

16   A.    Yes.  I considered it's my portion of the autopsy.  I

17   just needed help with the neuropathologist.

18        THE COURT:  I think we'll deal with the

19   neuropathological exam tomorrow morning.  So you can step

20   down now, Doctor, until tomorrow morning.

21                  (Witness excused)

22        THE COURT:  Well, now, remember what I told you

23   about no cell phone research, no talking with regard to

24   Facebook friends or anybody else about the fact you are in

25   a murder trial.  You can tell your significant other that

```
1    you got selected for the jury and will be here the rest of

2    the week.  But beyond that, you can't talk to anybody about

3    it, because the next thing they'll want to know is they'll

4    say, "What is it about?"  If you tell them, they might

5    think they know something about the case or they have views

6    about cases, in general.  I don't want you to give any of

7    that extraneous information.  It may be well-intentioned on

8    their part, but that's not the point.

9         The point is that you'll decide this case based upon

10   the evidence you hear from the witness stand, the exhibits

11   that are received, and then applying whatever you find to

12   be the facts from that to the law as I give it to you.

13        I don't want any extraneous information.  That means

14   no research of any kind and no communicating with other

15   people, including each other, about this case.

16        Keep an open mind about the case.  The Government is

17   putting their case in now, and they have the burden.  But

18   there's more evidence to be heard.  So don't make up your

19   mind about anything yet.  Keep an open mind.  Think about

20   other things tonight.  Not this.  You can leave your notes

21   here, and nobody is going to read them.  They will be here

22   for you in the morning.

23        I want the jury to come back at 9:00 in the morning

24   and proceed ahead with the case.  Thank you.  Please stand

25   for the jury.  Counsel stay.
```

1              (The jury left the courtroom)

2              THE COURT:  There was going to be some 404(b).

3     How long will it take to present that?

4              MR. WRIGHT:  There's two witnesses to that.  I

5     would anticipate that would be 30 minutes for the same

6     motion, same issue.

7              THE COURT:  I think the court reporter would

8     rather do it now or tomorrow morning.

9              THE REPORTER:  Tomorrow.

10             THE COURT:  Be here at 8:30 tomorrow morning to

11    present the 404(b) evidence.

12             MR. WRIGHT:  Yes, Sir.

13             THE COURT:  Anything else?  Thank you.  We are in

14    recess.

15             (End of proceedings for the day at 5:21 p.m.)

16

17

18

19

20

21

22

23

24

25

**'**

**'09** [1] - 76:17

# 0

**0.1** [1] - 132:5
**0.5** [1] - 149:13
**0839** [3] - 82:17, 83:22, 84:5

# 1

**1** [13] - 6:4, 57:7, 74:20, 75:14, 75:24, 76:5, 76:7, 78:9, 78:12, 109:16, 114:20, 128:6, 149:14
**1-6-13** [1] - 7:13
**10** [2] - 6:24, 58:24
**101** [2] - 4:8, 7:9
**103** [1] - 7:11
**104** [1] - 7:17
**105** [1] - 4:8
**107** [1] - 4:9
**108** [1] - 7:12
**11** [7] - 7:1, 39:22, 52:24, 60:3, 69:25, 87:23, 93:12
**11-year-old** [1] - 58:21
**110** [1] - 7:14
**111** [1] - 7:15
**115** [3] - 7:17, 104:21, 104:25
**116** [3] - 6:22, 7:18
**117** [1] - 7:20
**118** [1] - 6:17
**119** [1] - 6:17
**12** [6] - 7:2, 31:25, 38:7, 52:24, 81:16, 81:18
**12-10047-01** [1] - 1:4
**12-17-12** [1] - 7:14
**12-17-13** [1] - 7:16
**12-28-11** [1] - 6:4
**12-hour** [1] - 127:18
**120** [5] - 6:22, 59:6, 97:6, 98:8
**12th** [3] - 115:9, 132:23, 136:15
**134** [2] - 6:23
**13th** [2] - 136:15, 136:19
**14** [1] - 27:22
**14-year-old** [5] - 28:4, 28:12, 28:14, 28:20, 30:19

**15** [9] - 40:12, 57:1, 63:12, 63:13, 64:15, 64:24, 106:17, 111:23, 111:25
**15-minute** [1] - 106:8
**157** [2] - 3:8, 4:12
**16** [1] - 27:23
**160** [3] - 118:10, 118:12, 118:16
**161** [1] - 31:25
**163** [1] - 4:13
**164** [2] - 4:12, 4:14
**167** [1] - 4:15
**175** [1] - 4:9
**18** [4] - 137:9, 149:11, 149:24, 150:20
**180** [1] - 136:24
**184** [1] - 6:16
**186** [1] - 6:16
**187** [1] - 6:16
**189** [2] - 6:24
**190** [1] - 4:9
**1976** [1] - 72:3
**1:00** [1] - 52:8
**1:05** [1] - 52:14

# 2

**2** [9] - 6:5, 26:13, 60:8, 76:25, 77:2, 77:8, 89:19, 100:20, 109:16
**2,050** [1] - 113:20
**2-2-12** [1] - 100:24
**20** [2] - 31:25, 109:12
**2011** [9] - 8:19, 53:24, 54:2, 57:7, 75:2, 76:20, 76:25, 77:20, 79:9
**2011/January** [1] - 6:6
**2012** [19] - 6:6, 12:13, 52:24, 54:21, 56:6, 57:7, 60:4, 60:8, 60:14, 66:21, 67:21, 68:18, 69:25, 81:17, 81:19, 89:19, 91:16, 92:14, 115:9
**20120090** [1] - 33:11
**2013** [4] - 1:7, 1:12, 8:1, 22:8
**205** [2] - 7:18
**207** [1] - 4:9
**211** [1] - 4:19
**217** [2] - 6:9
**22** [1] - 53:21, 98:15
**225** [3] - 1:23, 6:10
**24** [3] - 17:9, 44:14,

96:16
**24-hour** [2] - 44:16, 44:19
**245** [1] - 4:19
**25** [3] - 57:21, 60:24, 96:18
**25-mile** [2] - 57:19, 59:5
**250** [1] - 113:22
**26** [1] - 86:13
**260** [1] - 113:22
**262** [1] - 4:19
**263** [1] - 4:20
**2638** [1] - 1:20
**269** [1] - 4:20
**270** [1] - 4:20
**272** [1] - 4:15
**277** [1] - 4:15
**278** [1] - 4:16
**28** [5] - 53:7, 75:2, 76:19, 77:20, 79:9
**287** [1] - 4:21
**29** [1] - 3:13
**290** [2] - 7:1
**2:00** [1] - 52:8
**2:05** [2] - 52:14, 52:16

# 3

**3** [7] - 6:7, 7:14, 7:16, 57:7, 102:18, 109:16, 149:16
**3-by-2** [1] - 149:15
**30** [5] - 1:7, 1:12, 8:1, 86:16, 154:5
**30-second** [1] - 31:14
**300** [1] - 2:4
**302** [3] - 103:23, 104:19, 104:22
**304** [1] - 4:21
**305** [1] - 4:22
**309** [2] - 6:7
**31** [15] - 13:15, 21:18, 21:19, 21:22, 21:24, 22:1, 42:8, 42:10, 43:2, 45:6, 48:16, 48:17, 76:17
**313** [1] - 4:23
**316** [1] - 4:23
**317** [1] - 4:24
**322** [2] - 7:2
**337** [1] - 1:23
**34** [1] - 6:20
**344** [1] - 4:24
**345** [1] - 3:10
**347** [2] - 6:12, 6:14
**348** [1] - 3:11

**35** [3] - 67:12, 86:16, 87:6
**350** [3] - 3:12, 5:3, 113:21
**353** [1] - 5:3
**355** [1] - 3:13
**36** [2] - 22:11, 96:21
**366** [1] - 5:4
**368** [2] - 7:20
**37** [1] - 73:13
**382** [1] - 7:9
**383** [2] - 7:9
**399** [1] - 5:4
**3:00** [1] - 9:9
**3:45** [1] - 106:20

# 4

**4** [13] - 6:9, 8:15, 14:17, 22:8, 25:22, 39:18, 43:14, 43:20, 54:21, 67:21, 91:16, 91:23
**40** [1] - 86:16
**400** [1] - 2:15
**401** [2] - 25:25, 26:16
**402** [2] - 25:25, 26:16
**403** [3] - 26:3, 26:19, 120:7
**403(b)** [1] - 117:3
**404b** [15] - 3:8, 4:12, 8:17, 9:6, 9:12, 9:14, 27:17, 27:19, 28:25, 29:3, 29:5, 30:2, 106:23, 107:1, 154:11
**404(b)** [1] - 154:2
**405** [1] - 2:4
**415** [1] - 5:4
**421** [1] - 5:4
**430** [1] - 5:5
**437** [2] - 7:12
**441** [1] - 5:5
**449** [1] - 5:5
**45** [2] - 86:17, 87:6
**451** [1] - 5:6
**453** [2] - 7:11
**458** [1] - 5:6
**463** [1] - 5:7
**465** [1] - 5:7
**474** [1] - 5:8
**48** [1] - 3:3
**490** [4] - 7:14, 7:15
**499** [1] - 5:8
**4:00** [2] - 106:20, 106:22
**4th** [2] - 55:4, 105:25

# 5

**5** [2] - 6:10, 40:7
**50** [2] - 51:23, 112:2
**5004458** [1] - 33:12
**511** [1] - 5:8
**513** [1] - 3:14
**518** [2] - 3:15, 5:11
**52** [2] - 3:4, 3:5
**520** [1] - 3:16
**523** [1] - 3:17
**535** [1] - 3:18
**538** [1] - 3:19
**555** [1] - 3:20
**566** [1] - 3:21
**57101-2638** [1] - 1:20
**57104** [2] - 2:4, 2:15
**573** [1] - 3:22
**57501-2489** [1] - 1:24
**59** [5] - 21:1, 21:19, 21:21, 22:2, 41:24
**5:21** [1] - 154:15
**5th** [1] - 105:25

# 6

**6** [4] - 6:12, 15:20, 38:3, 40:7
**605-330-6669** [1] - 2:16
**608** [1] - 18:4
**609** [1] - 18:4
**609(a** [1] - 26:2
**61** [1] - 22:5
**63** [1] - 25:23
**66** [1] - 3:6
**6th** [2] - 68:8, 105:25

# 7

**7** [4] - 6:14, 38:12, 40:7, 149:12
**71** [2] - 3:7, 4:6
**72** [7] - 25:6, 25:11, 25:18, 64:12, 65:16, 142:12, 146:2
**76** [2] - 6:4
**77** [3] - 6:5, 39:18
**78** [1] - 4:6
**79** [2] - 4:7, 27:6
**7:00** [1] - 57:17
**7:15** [1] - 57:17
**7:30** [2] - 58:16, 93:8

# 8

**8** [17] - 3:2, 6:16,

17:4, 21:13, 21:17, 21:22, 22:1, 43:14, 43:17, 43:20, 43:21, 55:8, 56:1, 56:4, 92:13, 101:3

**86** [1] - 4:7

**87** [2] - 4:7, 4:8

**8:00** [3] - 56:20, 57:11, 57:15

**8:30** [2] - 1:12, 154:10

**8:39** [2] - 8:3, 82:13

**8th** [6] - 92:5, 92:20, 100:8, 100:14, 100:15, 106:1

---

**9**

**9** [27] - 6:17, 12:1, 12:13, 27:10, 37:3, 37:12, 54:25, 56:6, 56:10, 57:12, 60:14, 66:21, 68:18, 81:19, 84:5, 91:16, 92:25, 93:22, 116:14, 118:6, 118:8, 118:13, 118:20, 119:3, 134:24, 134:25, 147:24

**911** [3] - 59:9, 86:21

**99** [1] - 125:2

**9:00** [2] - 58:25, 153:23

**9:30** [1] - 132:23

**9A** [15] - 6:19, 32:6, 32:16, 32:20, 32:23, 33:10, 33:11, 33:18, 34:15, 34:18, 37:25, 117:11, 117:15, 117:21

**9B** [18] - 6:20, 6:22, 32:6, 32:24, 33:5, 33:12, 33:16, 33:18, 33:19, 34:20, 115:22, 115:24, 116:8, 116:9, 117:3, 117:7, 117:8, 117:18

**9C** [18] - 32:6, 34:24, 35:10, 35:11, 35:21, 36:3, 38:1, 119:14, 119:19, 120:4, 120:22, 120:25, 121:12, 122:25, 128:12, 129:25, 131:23, 134:2

**9C,D,H,I** [1] - 6:22

**9D** [18] - 32:6, 35:6, 35:9, 35:10, 35:11, 35:12, 35:17, 35:20, 35:21, 119:14,

---

119:19, 120:4, 126:14, 126:16, 127:5, 128:12, 129:25, 131:23

**9E** [9] - 32:6, 36:8, 133:22, 134:13, 134:19, 135:1, 136:14, 136:23, 149:21

**9E,F,G,J,K** [1] - 6:23

**9F** [10] - 32:6, 36:8, 133:22, 134:2, 134:13, 136:21, 137:11, 137:15, 138:1, 149:21

**9G** [7] - 32:6, 36:8, 133:22, 134:2, 139:24, 140:1, 149:21

**9H** [8] - 32:6, 119:14, 119:19, 120:4, 127:9, 129:9, 130:1, 131:23

**9I** [7] - 32:6, 119:14, 119:19, 120:4, 129:8, 129:11, 131:23

**9J** [6] - 32:6, 36:8, 133:22, 134:2, 141:6, 141:7

**9K** [7] - 32:6, 36:8, 133:22, 134:2, 146:4, 146:5, 147:25

**9L** [7] - 6:20, 32:6, 36:8, 133:22, 134:2, 148:8, 149:21

**9th** [2] - 83:22, 93:4

---

**A**

**A.C** [7] - 7:13, 7:14, 7:16, 7:19, 28:4, 32:18, 34:3

**A.C.'s** [1] - 38:15

**A.J** [1] - 45:15

**A.L** [1] - 45:15

**a.m** [6] - 1:12, 8:3, 56:21, 57:11, 57:16, 58:25

**ABCs** [1] - 73:20

**Aberdeen** [2] - 88:19, 88:22

**abide** [1] - 51:18

**ability** [3] - 19:1, 38:15, 77:21

**able** [19] - 12:22, 16:12, 31:1, 109:17, 116:22, 122:10, 122:12, 122:18, 124:7, 124:20, 126:6, 127:4, 130:10, 130:11, 131:4, 131:9,

---

137:6, 142:21, 147:9

**abrasion** [9] - 124:2, 124:3, 124:8, 124:17, 126:10, 126:25, 132:5, 132:6, 132:12

**abrasions** [1] - 132:9

**absolutely** [5] - 23:17, 34:10, 34:25, 91:9, 112:6

**absorb** [1] - 129:2

**absorbed** [1] - 129:5

**abuse** [4] - 20:21, 131:1, 147:16, 147:17

**abusive** [4] - 22:13, 22:15, 24:11, 26:15

**Academy** [1] - 73:4

**accent** [1] - 109:5

**accept** [5] - 33:1, 34:5, 49:24, 50:16, 112:1

**accident** [8] - 8:23, 9:13, 10:3, 11:12, 12:13, 12:24, 30:6, 30:7

**accidents** [2] - 85:18, 111:11

**accommodate** [1] - 42:14

**accordance** [1] - 51:17

**according** [2] - 115:2, 142:12

**accountable** [1] - 66:12

**accurately** [5] - 116:4, 118:16, 119:24, 134:8, 134:9

**Achampong** [1] - 71:19

**act** [4] - 18:14, 19:9, 30:18, 30:19

**acting** [2] - 111:23, 144:7

**actions** [1] - 35:13

**active** [1] - 53:25

**acts** [2] - 19:20, 19:21

**actual** [3] - 117:11, 137:12, 137:16

**acute** [9] - 64:11, 64:12, 65:16, 142:12, 142:20, 145:6, 145:22, 145:24, 145:25

**additional** [9] - 43:3, 129:17, 129:23, 132:25, 133:12, 135:25, 142:24, 146:19, 148:21

**address** [6] - 8:25,

---

9:5, 38:8, 43:22, 45:9, 56:18

**adhered** [1] - 145:8

**administer** [3] - 43:3, 48:17, 48:24

**administrative** [1] - 46:20

**admissible** [2] - 15:1, 19:2

**admission** [3] - 26:5, 26:18, 116:16

**admit** [2] - 91:22, 98:14

**admitted** [10] - 8:21, 10:12, 20:11, 26:23, 36:25, 53:1, 54:24, 55:2, 77:7, 117:6

**admitting** [1] - 11:11

**admonitions** [1] - 52:6

**adult** [4] - 12:15, 93:15, 98:3, 130:14

**adults** [2] - 58:23, 146:12

**advise** [2] - 91:3, 91:10

**advises** [1] - 38:18

**Aerial** [1] - 7:11

**aerial** [1] - 41:2

**affect** [1] - 12:1

**affection** [1] - 54:17

**Affidavit** [1] - 95:24

**affirmation** [1] - 48:17

**afternoon** [4] - 8:18, 52:17, 78:7, 78:8

**age** [13] - 27:23, 58:24, 64:16, 70:19, 78:21, 93:12, 126:2, 126:4, 126:8, 127:4, 127:6, 127:7, 144:24

**agent** [8] - 16:5, 16:7, 25:17, 58:15, 87:23, 88:9, 89:13, 89:22

**Agent** [16] - 15:20, 31:20, 56:2, 58:14, 59:4, 60:7, 60:15, 60:21, 61:8, 61:11, 62:5, 87:21, 92:18, 101:10, 105:7, 105:23

**agents** [3] - 81:2, 81:4, 89:11

**aging** [2] - 144:22, 146:1

**ago** [3] - 51:24, 109:12, 114:18

**agree** [1] - 17:9

**agreed** [5] - 55:6, 55:9, 77:7, 92:9,

---

118:1

**agreement** [1] - 114:18

**agrees** [1] - 23:21

**ahead** [5] - 67:6, 84:3, 90:25, 148:2, 153:24

**Ahrens** [1] - 89:22

**aid** [3] - 36:19, 36:22, 41:5

**air** [1] - 61:16

**aisle** [1] - 42:1

**alcohol** [1] - 17:20

**alcohol-related** [1] - 17:20

**Aleeyah** [100] - 11:7, 52:23, 53:4, 53:8, 53:11, 53:16, 53:18, 53:19, 53:24, 54:3, 54:5, 54:10, 54:11, 54:17, 54:20, 54:22, 55:1, 55:5, 55:10, 55:14, 55:19, 55:20, 55:22, 56:4, 56:9, 58:1, 58:3, 58:5, 58:10, 58:15, 59:2, 59:7, 59:11, 59:16, 60:3, 60:9, 60:14, 61:1, 61:3, 61:4, 61:10, 61:17, 61:20, 61:23, 62:4, 62:5, 62:12, 62:16, 62:19, 62:25, 65:5, 65:17, 66:13, 67:14, 67:15, 67:17, 67:20, 67:21, 68:3, 68:14, 68:19, 69:1, 69:15, 69:23, 70:7, 74:2, 74:24, 75:2, 77:22, 79:10, 84:6, 91:19, 91:23, 92:2, 92:8, 92:10, 92:12, 92:20, 93:10, 94:8, 94:14, 94:20, 94:24, 95:2, 95:6, 96:23, 97:18, 97:23, 98:24, 100:25, 105:13, 114:17, 115:5, 115:11, 117:14, 119:11, 119:24, 120:16, 121:13, 134:5

**Aleeyah's** [18] - 53:21, 56:7, 59:24, 61:11, 62:9, 63:2, 63:10, 63:13, 67:12, 70:17, 75:16, 76:14, 92:16, 98:15, 101:23, 105:24, 149:1, 150:21

**alike** [1] - 128:14

**allegation** [1] - 29:25

alleged [5] - 8:20, 24:4, 30:18, 30:19, 118:4
allegedly [1] - 38:14
alleging [1] - 26:14
Alleyah [2] - 6:9, 6:11
allow [5] - 15:7, 28:5, 42:19, 43:9, 122:21
allowed [8] - 14:14, 15:21, 15:24, 24:7, 44:6, 44:13, 45:17, 109:17
almost [16] - 51:23, 61:14, 112:13, 114:2, 125:10, 126:22, 128:3, 128:14, 130:7, 135:21, 136:24, 138:19, 141:18, 145:3, 148:23, 149:12
alone [1] - 58:23
ALSO [1] - 2:7
alter [1] - 35:25
altered [1] - 38:1
alternate [1] - 39:22
ambulance [6] - 59:10, 59:11, 59:13, 85:9, 85:12, 85:20
AMERICA [1] - 1:5
American [3] - 11:8, 68:9, 73:4
amount [3] - 87:5, 132:24, 142:8
anatomically [1] - 131:17
anatomy [4] - 143:18, 143:22, 144:15, 150:7
anger [1] - 66:25
angle [1] - 129:13
announced [1] - 30:5
ANONYE [1] - 71:13
Anonye [6] - 4:6, 53:9, 53:10, 71:12, 71:19, 77:18
answer [6] - 9:24, 81:14, 103:7, 131:2, 139:12, 143:13
answered [1] - 103:13
anticipate [7] - 10:11, 16:3, 29:21, 56:13, 60:18, 62:1, 154:5
anyplace [2] - 50:21, 50:23
anyway [1] - 33:18
apart [1] - 11:16
apologize [4] - 21:12, 21:17, 47:3,

47:7
apologized [2] - 8:21, 10:12
appeal [1] - 47:13
Appeals [1] - 37:7
appear [3] - 126:7, 128:10, 130:5
appearance [6] - 61:11, 126:22, 128:4, 128:13, 138:13, 145:5
appearances [2] - 8:5, 138:11
APPEARANCES [2] - 1:18, 2:1
appeared [6] - 54:16, 55:20, 55:21, 55:25, 61:15, 62:23
appearing [1] - 8:9
appellate [1] - 118:25
applying [1] - 153:11
appreciate [1] - 32:25
approach [8] - 25:9, 41:20, 43:19, 46:8, 74:16, 90:15, 102:11, 116:10
approaching [2] - 97:6, 98:8
appropriate [2] - 14:5, 18:13
April [1] - 22:8
arachnoid [2] - 144:1, 144:2
area [38] - 12:3, 34:24, 59:6, 85:2, 85:6, 85:13, 97:8, 114:20, 123:21, 126:3, 126:21, 126:24, 127:13, 127:15, 127:23, 127:25, 128:4, 128:24, 129:5, 129:18, 132:5, 132:12, 134:4, 134:8, 134:10, 136:18, 136:22, 137:3, 141:5, 144:16, 148:14, 148:15, 148:21, 148:25, 149:1, 149:2, 149:13, 149:15
areas [12] - 34:23, 63:12, 63:23, 64:15, 64:24, 114:14, 138:5, 138:10, 148:22, 150:5, 151:4, 151:6
argue [2] - 45:23, 45:25
argument [8] - 14:6, 24:17, 24:18, 45:23,

46:6, 55:17, 67:2, 71:1
arise [1] - 47:19
arises [1] - 15:9
arms [2] - 54:13, 152:11
Arne [2] - 4:21, 62:7
arrangement [2] - 54:6, 92:8
arrangements [1] - 54:4
arrest [6] - 14:13, 17:6, 17:20, 18:2, 26:10, 101:13
arrests [1] - 26:10
arrive [1] - 82:7
arrived [2] - 59:1, 59:15
assault [1] - 122:3
assaulted [1] - 23:7
asserts [1] - 26:6
assess [1] - 31:6
assessment [3] - 53:6, 53:10, 75:2
assist [1] - 120:13
assistance [1] - 97:12
Assistant [2] - 108:11, 111:22
assistant [5] - 8:11, 15:25, 90:6, 111:5, 111:6
associations [1] - 73:1
assume [4] - 8:22, 28:11, 82:14, 85:15
assuming [2] - 11:22, 121:15
attach [1] - 117:9
attached [4] - 33:8, 33:20, 131:20, 141:23
attempted [1] - 61:19
attempting [2] - 40:17, 123:1
attempts [1] - 132:10
attend [1] - 71:25
attention [3] - 46:13, 100:5, 102:17
attorney [13] - 13:16, 13:20, 60:10, 90:4, 90:5, 90:13, 90:19, 90:21, 91:7, 101:17, 101:20
Attorney's [1] - 1:19, 1:23
attorneys [1] - 90:17
August [1] - 8:19
Aunt [1] - 67:24
Austin [1] - 4:15
authority [2] - 19:18,

19:19
automatically [1] - 28:11
automobile [1] - 85:18
autopsied [1] - 115:1
autopsies [9] - 111:8, 111:17, 112:5, 113:20, 113:22, 113:23, 113:25, 114:4, 114:14
autopsy [53] - 31:23, 32:1, 32:18, 35:23, 36:3, 36:17, 62:19, 112:11, 112:22, 113:6, 113:7, 113:10, 113:11, 113:16, 115:5, 115:8, 115:9, 115:10, 115:12, 115:16, 115:19, 117:14, 118:3, 118:9, 118:11, 118:14, 118:17, 119:9, 119:20, 120:15, 121:16, 121:19, 121:20, 125:15, 125:23, 127:22, 129:8, 131:5, 132:4, 132:21, 132:23, 133:5, 134:3, 134:5, 138:17, 141:7, 142:2, 142:15, 149:10, 149:23, 152:14, 152:16
Autopsy [2] - 6:18, 6:21
available [1] - 37:10
Ave [2] - 2:4, 2:15
average [1] - 114:2
aware [5] - 15:8, 15:11, 44:16, 44:18, 46:13

## B

baby [3] - 66:22, 83:19, 121:22
baby's [1] - 18:22
background [2] - 14:15, 109:3
bad [4] - 18:14, 19:9, 19:20, 19:21
ball [1] - 57:23
Baltimore [1] - 72:10
banana [4] - 61:2, 61:5, 94:9, 94:25
bar [4] - 46:10, 48:1, 90:17, 90:24
base [2] - 146:7,

146:11
based [9] - 14:6, 29:1, 50:4, 51:15, 64:21, 105:7, 124:19, 151:18, 153:9
basic [2] - 143:18, 144:14
basing [1] - 37:22
basis [4] - 23:4, 24:21, 29:8, 145:3
Bates [1] - 102:18
beat [3] - 12:14, 29:25, 68:12
beaten [1] - 29:18
became [2] - 53:15, 114:16
become [2] - 26:11, 72:17
becomes [3] - 27:3, 125:8, 143:3
bed [1] - 57:23
bedroom [5] - 68:22, 94:7, 94:11, 97:21, 97:22
BEFORE [1] - 1:16
beg [1] - 35:7
began [5] - 56:7, 56:18, 61:24, 93:9
begin [4] - 42:8, 53:25, 66:19, 110:18
BEGINS [2] - 3:7, 3:12
behind [4] - 8:10, 15:25, 16:1, 57:23
Bemidji [2] - 88:3, 88:25
bench [2] - 46:8, 116:11, 117:1
beneath [2] - 35:22, 38:2
benefit [1] - 115:15
best [3] - 69:24, 77:21, 139:23
better [11] - 11:4, 96:20, 122:22, 130:17, 133:8, 133:10, 133:14, 138:4, 143:4, 145:19, 147:25
between [10] - 10:18, 55:17, 57:7, 62:14, 66:4, 90:12, 91:16, 144:9, 144:16, 144:18
beyond [3] - 135:10, 151:22, 153:2
bifurcate [1] - 25:21
big [5] - 12:6, 80:1, 113:6, 135:10, 150:1
bigger [1] - 100:24
biggest [2] - 42:2,

42:4
**bilateral** [1] - 146:17
**binding** [1] - 44:22
**biologic** [1] - 22:12
**biological** [6] -
22:24, 23:7, 23:17,
23:22, 24:5, 30:3
**birth** [3] - 75:6,
75:18, 76:17
**birthmark** [1] - 12:5
**bit** [10] - 19:7,
108:16, 124:16,
127:16, 128:16,
131:17, 133:9,
143:12, 144:19,
149:16
**black** [5] - 41:12,
41:18, 121:23,
130:16, 140:3
**black-and-white** [2] -
41:12, 41:18
**Blackberries** [1] -
49:9
**Blackberry** [1] -
50:11
**blackboard** [1] -
15:18
**blame** [1] - 67:8
**bleeding** [2] - 35:14,
62:14
**blog** [1] - 50:13
**blood** [13] - 113:11,
128:21, 133:4, 133:5,
133:6, 133:7, 135:5,
142:5, 142:7, 142:16,
145:7
**bloody** [1] - 36:14
**blow** [1] - 37:17
**blows** [3] - 29:19,
37:17, 37:19
**blue** [1] - 129:4
**blues** [1] - 125:8
**blunt** [5] - 122:11,
123:22, 130:13,
130:14, 136:12
**Board** [1] - 6:6
**bodies** [2] - 111:9,
128:19
**body** [33] - 12:3,
31:24, 34:12, 35:4,
35:22, 36:10, 111:15,
111:16, 112:24,
112:25, 113:1, 113:4,
113:7, 113:8, 113:11,
117:9, 122:5, 122:9,
126:17, 131:18,
133:1, 133:2, 133:7,
134:8, 135:4, 135:5,
135:13, 146:10,
148:25, 152:7, 152:8,

152:9, 152:12
**bond** [1] - 14:12
**bone** [1] - 131:20
**book** [2] - 52:5,
88:16
**born** [2] - 109:5,
109:6
**borne** [1] - 35:15
**bothered** [1] - 54:17
**bottom** [10] - 8:20,
26:23, 76:19, 84:5,
100:24, 105:25,
127:9, 136:25, 146:8,
148:16
**boundaries** [1] -
65:25
**Box** [1] - 1:20
**boxing** [1] - 31:10
**boy** [2] - 28:4,
115:22
**boy's** [1] - 30:23
**Brad** [2] - 5:4, 22:7
**brain** [29] - 29:22,
62:14, 113:8, 126:1,
141:9, 141:10,
141:17, 142:24,
143:1, 143:3, 143:6,
143:7, 143:20,
143:21, 143:22,
144:1, 144:3, 144:6,
144:8, 144:17,
144:18, 146:6, 147:5,
147:6
**branch** [1] - 110:7
**break** [1] - 143:13
**breathing** [2] - 59:2,
69:5
**Brenda** [3] - 5:8,
69:18, 69:20
**bridge** [1] - 144:7
**bridging** [1] - 144:8
**brief** [2] - 31:14, 45:9
**briefly** [1] - 105:19
**bright** [1] - 129:4
**bring** [6] - 47:1,
48:16, 48:19, 90:21,
107:6
**broad** [2] - 19:7,
128:5
**brought** [2] - 17:10,
43:4
**brown** [3] - 123:22,
135:25, 147:7
**brownish** [2] -
122:13, 125:4
**bruise** [1] - 125:3
**bruises** [3] - 124:18,
145:10, 145:12
**bruising** [2] - 64:14,
128:18

**Building** [1] - 96:7
**bullet** [1] - 41:7
**burden** [1] - 153:17
**Bureau** [1] - 104:2
**burns** [1] - 44:21
**Business** [1] - 6:8
**business** [5] - 20:20,
75:25, 76:3, 88:7,
104:4
**busy** [3] - 113:21,
114:11, 114:21
**butt** [4] - 9:23, 10:8,
13:5, 18:23
**buttocks** [3] - 6:11,
10:13, 11:5
**buy** [1] - 12:18
**BY** [34] - 3:5, 3:6,
3:18, 71:17, 74:18,
76:10, 77:17, 78:6,
79:23, 84:4, 86:6,
87:3, 87:17, 91:1,
98:22, 100:19, 101:9,
102:13, 103:9, 104:9,
105:6, 105:22,
107:17, 117:5, 118:5,
119:6, 120:12, 121:7,
123:7, 123:12,
134:22, 135:8,
139:11, 149:20

---

**C**

**calendar** [5] - 76:25,
77:15, 84:1, 100:17,
100:23
**Calendar** [1] - 6:6
**camera** [1] - 50:10
**Campbell** [1] - 58:12
**cannot** [2] - 14:8,
71:4
**capacity** [2] - 81:8,
88:9
**captain** [1] - 80:5
**car** [2] - 69:11, 97:2
**care** [11] - 12:16,
47:4, 53:2, 54:25,
62:9, 68:15, 70:4,
70:9, 83:4, 85:9, 99:7
**Care** [1] - 72:25
**career** [4] - 22:11,
73:11, 85:16, 113:18
**caregivers** [1] -
22:14
**case** [79] - 14:12,
16:4, 16:5, 16:7, 17:8,
24:3, 25:3, 27:12,
28:2, 28:18, 29:6,
29:16, 30:12, 32:13,
35:1, 39:2, 39:21,

40:13, 41:1, 44:3,
44:5, 44:12, 44:20,
44:21, 46:3, 49:18,
49:19, 49:23, 49:24,
50:1, 50:7, 50:8,
50:15, 50:20, 50:21,
50:24, 51:3, 51:15,
51:20, 53:3, 60:18,
62:1, 62:2, 66:7,
66:18, 67:9, 89:14,
106:11, 106:13,
112:10, 113:2,
114:16, 115:1, 115:3,
115:10, 118:4,
120:15, 121:25,
122:2, 122:16,
125:10, 130:15,
133:11, 142:4,
142:22, 143:5, 145:6,
146:16, 148:3,
148:14, 152:10,
153:5, 153:9, 153:15,
153:16, 153:17,
153:24
**cases** [27] - 22:23,
22:25, 23:3, 23:6,
23:8, 24:24, 36:18,
39:21, 47:17, 51:22,
52:2, 88:10, 88:13,
89:2, 89:7, 110:8,
111:10, 111:25,
112:1, 113:14,
147:16, 147:19, 153:6
**Cass** [1] - 115:2
**CAT** [3] - 62:11, 64:5
**Caucasian** [1] - 11:9
**caused** [8] - 17:8,
35:14, 59:17, 71:4,
71:6, 139:6, 145:21,
147:23
**causes** [1] - 70:2
**cc** [1] - 142:6
**CD** [3] - 6:18, 37:2,
118:8
**CDC** [1] - 7:10
**cell** [4] - 49:8, 50:10,
106:9, 152:23
**cells** [9] - 128:20,
128:21, 128:22,
128:25, 129:4, 129:6,
143:23, 145:9, 145:10
**Center** [3] - 72:25,
83:20, 114:21
**center** [1] - 35:2
**centimeter** [1] -
149:14
**centimeters** [5] -
124:9, 142:6, 149:15,
149:16, 149:17
**central** [2] - 20:16,

71:24
**cerebral** [2] - 144:5,
147:19
**certain** [10] - 34:13,
43:11, 77:7, 85:1,
88:18, 109:15, 118:1,
125:7, 127:18, 143:2
**certainly** [1] - 39:7
**certainty** [3] - 139:2,
139:5, 147:23
**Certificate** [3] - 6:16,
111:12, 111:14
**certified** [1] - 26:7
**chair** [28] - 60:15,
60:17, 60:19, 60:22,
60:23, 61:2, 61:5,
62:6, 65:13, 68:7,
69:1, 70:13, 94:8,
94:21, 94:24, 95:7,
95:9, 95:18, 95:20,
96:4, 96:6, 96:12,
96:15, 96:16, 98:24,
99:5, 99:6, 150:22
**Chair** [1] - 6:12
**chairs** [2] - 60:17,
68:16
**challenge** [2] -
39:23, 40:8
**chance** [2] - 29:20,
60:20
**change** [3] - 39:4,
94:10, 95:1
**changed** [2] - 54:16,
69:3
**changes** [2] -
127:21, 147:18
**changing** [3] - 10:22,
97:19, 125:5
**character** [2] - 21:1,
21:4
**charge** [2] - 20:7,
30:17
**charged** [3] - 11:15,
12:16, 30:18
**charges** [2] - 49:22,
122:1
**Chart** [2] - 7:10, 7:19
**chat** [1] - 50:13
**check** [3] - 53:11,
147:25
**checked** [1] - 57:5
**checkerboard** [2] -
84:21, 84:22
**checklist** [3] - 74:5,
74:13, 74:23
**chief** [8] - 16:4, 41:1,
80:15, 81:8, 81:13,
84:8, 85:4, 85:8
**Chief** [1] - 82:21
**child** [59] - 10:13,

10:20, 10:21, 10:23, 11:8, 11:10, 12:2, 12:5, 12:14, 12:17, 17:10, 19:10, 19:23, 20:3, 20:13, 20:21, 22:24, 23:1, 23:17, 29:18, 30:1, 30:2, 30:3, 30:6, 30:10, 33:22, 34:2, 36:4, 38:1, 38:13, 53:5, 53:11, 55:15, 58:11, 58:12, 61:3, 66:23, 67:14, 69:13, 70:15, 74:4, 74:8, 74:11, 75:11, 75:22, 76:22, 78:21, 93:10, 94:14, 94:17, 94:18, 97:23, 100:7, 100:9, 127:13, 131:1, 147:16, 147:17

**child's** [18] - 9:23, 10:8, 10:22, 11:5, 17:7, 17:8, 17:12, 17:18, 34:11, 35:3, 35:12, 35:14, 36:10, 36:12, 38:2, 47:9, 47:12, 75:14

**children** [21] - 20:9, 22:13, 22:15, 23:8, 24:11, 26:15, 47:20, 73:16, 73:20, 73:23, 93:3, 93:7, 93:12, 93:19, 93:24, 94:2, 94:6, 94:11, 98:4, 102:22

**choose** [2] - 26:8, 48:18

**chooses** [1] - 13:25

**chronic** [1] - 142:14

**circle** [5] - 128:5, 137:14, 137:19, 141:2, 141:13

**circled** [3] - 138:14, 138:16, 140:24

**Circuit** [1] - 44:21

**circuit** [1] - 44:22

**circulates** [1] - 144:5

**circumference** [4] - 78:18, 78:22, 78:25

**circumstances** [3] - 111:10, 112:15, 112:18

**city** [2] - 69:10, 88:5

**City** [1] - 110:24

**claim** [2] - 14:6, 20:13

**claimed** [2] - 11:12, 38:5

**claiming** [1] - 26:15

**claims** [1] - 8:19

**clarify** [3] - 100:9,

100:10, 103:12

**classification** [1] - 146:2

**classified** [2] - 14:25, 145:24

**clavicle** [1] - 34:25

**clean** [3] - 121:23, 128:22, 128:25

**clear** [2] - 42:1, 127:8

**clearly** [2] - 30:6, 127:21

**CLERK** [2] - 45:7, 123:11

**clerk** [2] - 25:10, 123:8

**clerk's** [1] - 119:4

**client's** [1] - 47:21

**climb** [1] - 95:15

**climbed** [1] - 70:13

**clingy** [1] - 102:4

**clinical** [1] - 111:13

**clipping** [1] - 122:3

**close** [5] - 30:3, 42:22, 49:14, 69:9, 98:8

**closed** [2] - 42:21, 84:15

**closely** [1] - 81:2

**closer** [2] - 83:3, 83:8

**CLOSING** [3] - 3:19, 3:20, 3:21

**closing** [5] - 14:5, 45:18, 45:19, 45:20, 46:5

**clot** [1] - 142:16

**clothes** [1] - 97:20

**clotted** [1] - 145:7

**clusters** [1] - 139:17

**cold** [1] - 70:5

**collapsed** [1] - 99:5

**collect** [7] - 113:2, 113:3, 113:11, 121:25, 122:2, 122:3

**College** [2] - 72:1, 109:25

**color** [10] - 41:10, 123:20, 125:1, 125:5, 125:9, 135:21, 146:23, 147:8

**coloration** [1] - 145:17

**colors** [1] - 125:8

**combed** [1] - 58:8

**coming** [6] - 31:12, 69:22, 88:1, 112:14, 128:20, 140:7

**comment** [1] - 67:6

**commenting** [1] -

24:15

**comments** [2] - 11:21, 13:21

**Commissioner** [1] - 114:19

**common** [8] - 23:23, 24:17, 25:1, 44:22, 70:5, 139:13, 146:19

**communicate** [2] - 49:21, 50:15

**communicating** [1] - 153:14

**communication** [1] - 49:10

**community** [2] - 19:14, 66:24

**company** [2] - 108:3, 108:7

**comparing** [1] - 64:17

**compelled** [1] - 33:2

**competent** [1] - 23:18

**compiled** [2] - 103:15, 104:16

**complaints** [1] - 80:21

**complete** [2] - 72:11, 72:20

**completed** [1] - 152:14

**completely** [9] - 12:2, 13:7, 28:5, 120:1, 122:17, 122:19, 140:3, 145:18, 152:7

**complicated** [5] - 109:14, 124:22, 130:2, 130:13, 150:8

**complies** [7] - 75:17, 75:19, 75:21, 75:23, 77:25, 84:7, 101:4

**component** [1] - 20:16

**composed** [3] - 112:22, 129:1, 143:22

**comprehend** [1] - 19:2

**computer** [1] - 50:11

**concentrated** [2] - 152:6, 152:12

**concern** [1] - 135:25

**concerned** [3] - 45:4, 100:2, 102:9

**concerning** [1] - 113:24

**concludes** [1] - 39:19

**conclusion** [4] - 6:13, 6:15, 65:9,

66:10

**concussion** [2] - 70:7, 70:8

**condition** [6] - 59:24, 92:16, 101:23, 101:24, 105:24, 147:7

**conduct** [3] - 17:21, 51:12, 119:9

**conducted** [1] - 104:17

**conducting** [1] - 121:18

**conference** [4] - 116:11, 117:1, 120:21, 134:18

**confirm** [1] - 147:9

**confirmed** [1] - 56:4

**confusing** [1] - 45:14

**connect** [1] - 33:9

**connected** [1] - 144:6

**connecting** [1] - 144:7

**connective** [2] - 131:19, 141:23

**Connelly** [1] - 2:14

**consider** [4] - 10:8, 11:11, 12:13, 106:14

**considered** [1] - 152:16

**considering** [1] - 150:24

**consist** [1] - 74:7

**consistency** [2] - 141:18, 143:1

**consistent** [10] - 11:5, 64:3, 64:25, 65:12, 100:13, 126:8, 150:22, 151:3, 151:6, 151:10

**consists** [1] - 41:6

**contact** [3] - 44:17, 79:10, 83:15

**contacted** [2] - 55:4, 57:4

**contain** [1] - 118:13

**contained** [4] - 12:7, 22:1, 22:8, 82:19

**contends** [1] - 17:7

**contested** [3] - 51:8, 66:7, 66:9

**continuance** [1] - 38:8

**continued** [2] - 68:24, 110:16

**Continued** [1] - 2:1

**continuing** [2] - 129:6, 146:5

**continuous** [1] - 54:25

**contrary** [4] - 39:2, 39:12, 42:9, 42:17

**Contreras** [28] - 2:7, 8:9, 12:1, 28:3, 53:3, 53:14, 58:22, 66:20, 67:9, 67:11, 71:7, 83:2, 83:9, 86:10, 89:12, 91:15, 91:22, 92:10, 92:12, 92:16, 93:11, 93:21, 95:20, 96:13, 97:25, 98:3, 102:24, 104:10

**CONTRERAS** [1] - 1:7

**Contreras'** [1] - 41:3

**control** [1] - 55:1

**contusion** [13] - 123:22, 123:24, 124:7, 125:7, 126:25, 127:2, 128:14, 128:15, 129:25, 131:11, 132:12, 140:16

**contusions** [43] - 29:23, 63:4, 63:14, 63:17, 63:21, 64:14, 64:17, 64:24, 65:11, 122:11, 122:13, 122:14, 124:3, 124:18, 124:24, 125:3, 126:24, 127:24, 128:1, 128:4, 128:11, 128:13, 128:18, 128:23, 129:16, 129:20, 129:23, 130:7, 130:10, 131:7, 131:22, 136:5, 136:8, 140:10, 140:18, 140:22, 148:4, 148:13, 148:23, 149:4, 149:6, 150:24

**conversation** [1] - 55:9

**conversations** [1] - 55:11

**convicted** [1] - 19:10

**conviction** [11] - 17:6, 17:14, 18:3, 18:15, 18:19, 19:23, 19:25, 20:3, 20:4, 20:21

**convictions** [6] - 17:18, 17:19, 17:21, 17:22, 18:7, 26:8

**Cook** [18] - 4:14, 4:23, 6:9, 11:23, 52:23, 53:7, 62:19, 66:13, 74:2, 74:24, 114:17, 115:5,

115:11, 117:14,
119:11, 119:24,
120:16, 121:13
   **Cook's** [2] - 6:11,
134:5
   **coordinated** [1] -
101:17
   **copies** [1] - 26:7
   **copy** [11] - 41:11,
41:12, 44:2, 44:5,
75:1, 75:25, 115:24,
117:8, 118:8, 118:15,
119:19
   **corner** [1] - 76:14
   **coroner** [5] - 24:22,
65:3, 108:15, 108:25,
111:23
   **Coroner** [1] - 115:2
   **correct** [41] - 8:23,
8:24, 9:18, 11:24,
26:24, 26:25, 27:8,
27:9, 27:15, 75:1,
75:25, 76:25, 77:1,
77:8, 79:4, 83:22,
86:21, 88:16, 91:12,
91:21, 94:1, 94:13,
94:19, 99:17, 101:16,
101:21, 102:19,
102:22, 102:23,
102:25, 103:20,
103:22, 105:15,
112:5, 112:6, 112:9,
118:12, 132:17,
133:20, 138:6, 152:15
   **correctly** [3] - 21:6,
110:10, 133:13
   **correlation** [1] -
130:4
   **correspond** [1] -
140:9
   **Coteau** [3] - 59:1,
82:2, 82:4
   **counsel** [25] - 8:2,
14:5, 14:6, 14:7,
15:21, 21:3, 31:20,
40:12, 40:16, 41:12,
42:7, 43:24, 45:17,
46:5, 46:10, 52:15,
52:19, 52:22, 66:17,
76:24, 98:20, 106:21,
116:11, 118:1, 153:25
   **count** [9] - 73:21,
113:20, 136:4, 136:5,
136:7, 137:5, 137:8,
148:13, 149:22
   **Count** [3] - 8:15,
25:22, 39:18
   **counted** [2] - 131:6
   **counties** [6] - 109:1,
111:17, 111:20,

111:24, 111:25, 112:2
   **counting** [1] - 38:9
   **country** [1] - 51:17
   **Country** [7] - 65:20,
65:24, 66:6, 85:5,
88:13, 88:15, 89:2
   **counts** [1] - 71:10
   **County** [15] - 24:23,
62:17, 65:4, 107:22,
107:25, 108:1, 108:6,
108:25, 109:24,
111:1, 111:2, 111:18,
114:15, 115:1, 115:2
   **couple** [9] - 17:20,
40:24, 45:9, 55:11,
83:2, 92:2, 98:17,
99:4, 143:25
   **coupled** [1] - 33:17
   **course** [34] - 9:9,
11:8, 12:21, 14:5,
14:14, 22:11, 42:19,
45:3, 56:13, 60:5,
60:12, 60:18, 64:22,
66:11, 76:3, 91:25,
98:13, 104:4, 105:12,
113:18, 115:7,
115:14, 118:11,
118:14, 118:17,
119:10, 119:12,
131:23, 131:25,
132:21, 134:5,
139:18, 139:19,
151:24
   **court** [5] - 47:6,
47:12, 47:17, 47:23,
154:7
   **COURT** [166] - 1:1,
2:13, 3:18, 8:5, 8:10,
8:13, 9:1, 9:7, 9:20,
10:1, 10:5, 10:14,
10:18, 10:25, 11:12,
12:6, 12:14, 12:21,
13:14, 14:23, 15:8,
16:2, 16:5, 16:8,
16:18, 16:22, 18:12,
18:18, 19:17, 19:25,
20:2, 20:5, 20:10,
20:19, 20:25, 21:9,
21:19, 21:23, 21:25,
22:4, 23:14, 24:2,
25:10, 25:12, 25:16,
27:1, 27:13, 27:16,
27:20, 28:16, 28:22,
29:2, 30:23, 31:6,
31:16, 31:19, 32:11,
32:21, 33:5, 33:9,
33:16, 33:25, 34:4,
34:15, 35:7, 35:10,
35:17, 36:2, 36:6,
36:16, 37:14, 38:23,

39:5, 39:14, 39:17,
40:14, 40:21, 41:8,
41:14, 41:18, 41:21,
43:1, 43:8, 43:13,
43:16, 43:20, 43:23,
44:8, 44:16, 45:2,
45:11, 45:14, 45:19,
46:9, 46:23, 47:16,
47:22, 48:2, 48:8,
48:14, 48:23, 49:2,
52:11, 52:17, 52:19,
66:14, 67:5, 71:2,
71:11, 74:17, 76:7,
76:9, 77:4, 77:12,
77:16, 78:3, 79:13,
79:15, 79:17, 84:2,
86:4, 87:1, 87:9,
87:11, 90:16, 90:23,
90:25, 98:21, 100:18,
101:7, 102:12, 103:7,
104:8, 105:4, 105:18,
105:20, 106:4, 106:6,
106:8, 106:23, 107:4,
107:6, 107:10, 116:9,
116:15, 117:4,
117:20, 117:23,
118:24, 119:3, 120:8,
120:20, 121:2, 121:6,
123:5, 134:17,
134:21, 134:25,
139:10, 149:9,
152:18, 152:22,
154:2, 154:7, 154:10,
154:13
   **Court** [69] - 1:16,
2:14, 4:13, 4:15, 4:16,
8:2, 9:8, 11:10, 14:25,
15:4, 15:7, 15:8,
18:10, 19:6, 20:1,
20:21, 21:2, 22:5,
23:6, 23:12, 25:11,
25:22, 27:4, 29:11,
29:20, 30:8, 30:11,
31:12, 32:4, 32:12,
34:5, 37:5, 37:8,
37:16, 37:20, 38:9,
38:24, 39:21, 41:13,
41:17, 43:7, 43:9,
43:18, 44:13, 46:19,
46:21, 47:11, 49:17,
51:5, 51:16, 52:15,
52:22, 65:20, 66:3,
66:17, 80:11, 113:24,
114:2, 114:3, 114:5,
114:6, 114:7, 114:8,
114:10, 120:21,
120:25, 125:12, 136:5
   **Court's** [10] - 8:14,
9:3, 9:24, 11:13,
12:18, 15:24, 16:9,
77:13, 83:25, 120:24

**Courthouse** [4] -
1:11, 42:3, 50:6, 66:2
   **Courtroom** [1] -
15:25
   **courtroom** [11] -
16:1, 31:2, 42:2,
42:21, 52:13, 66:2,
83:11, 89:25, 106:19,
107:7, 154:1
   **courtrooms** [1] -
42:3
   **cover** [1] - 88:21
   **covered** [5] - 21:13,
36:4, 38:2, 124:17,
144:1
   **covering** [1] - 143:3
   **CPR** [8] - 59:7,
61:19, 69:13, 97:1,
97:5, 97:12, 98:9,
98:10
   **CR** [1] - 1:4
   **crack** [5] - 27:18,
27:24, 29:11, 31:3,
31:9
   **cracked** [1] - 28:19
   **cracking** [2] - 27:6,
30:19
   **cracks** [2] - 31:7,
31:8
   **Crawford** [1] - 4:20
   **created** [1] - 104:19
   **credibility** [7] -
12:10, 17:15, 18:19,
19:3, 20:12, 20:15
   **crime** [5] - 11:15,
13:8, 18:10, 30:20,
89:10
   **crimes** [1] - 88:11
   **criminal** [3] - 20:3,
20:4, 25:25
   **critical** [2] - 28:18,
30:12
   **crop** [1] - 35:5
   **cropped** [2] - 120:25,
121:4
   **CROSS** [3] - 78:5,
86:5, 101:8
   **Cross** [1] - 4:2
   **cross** [3] - 18:17,
51:10, 101:7
   **CROSS-
EXAMINATION** [3] -
78:5, 86:5, 101:8
   **cross-examination**
[2] - 18:17, 51:10
   **cross-examine** [1] -
101:7
   **CRR** [1] - 2:14
   **crust** [1] - 124:17
   **cry** [1] - 69:4

   **crying** [1] - 105:13
   **cubic** [1] - 142:6
   **cup** [3] - 61:2, 61:5,
94:8
   **current** [1] - 65:3
   **cushion** [1] - 130:16
   **custody** [13] - 17:11,
53:2, 53:19, 54:5,
54:25, 55:13, 55:14,
60:22, 67:20, 91:8,
91:11, 91:13, 93:18
   **cut** [12] - 34:25,
113:8, 135:14,
141:11, 141:12,
141:13, 148:16,
148:17, 148:18,
148:20, 152:10
   **cuts** [1] - 146:22
   **cutting** [1] - 133:6
   **CV** [4] - 6:24, 7:1,
7:3, 7:20

**D**

   **daddy** [1] - 54:13
   **DAKOTA** [1] - 1:2
   **Dakota** [12] - 2:4,
33:22, 57:14, 60:2,
62:9, 108:22, 112:3,
114:19, 114:23,
114:25
   **damage** [5] - 12:4,
113:1, 113:9, 131:3,
131:9
   **dark** [6] - 62:25,
135:21, 137:23,
140:20
   **darker** [1] - 11:8
   **date** [20] - 27:11,
64:16, 75:6, 75:8,
75:18, 75:20, 76:17,
76:19, 77:19, 91:24,
100:23, 115:8,
124:20, 124:25,
125:12, 127:4,
129:24, 130:3,
144:24, 145:19
   **dating** [8] - 53:15,
65:15, 70:17, 124:23,
128:10, 142:10,
144:22, 145:25
   **daughter** [8] - 28:3,
28:15, 55:24, 66:13,
69:4, 71:7, 94:9, 95:1
   **day-to-day** [1] -
80:10
   **daycare** [1] - 68:25
   **days** [24] - 52:25,
53:1, 55:2, 55:4, 55:6,

60:2, 64:13, 65:16, 65:17, 67:8, 70:21, 92:2, 122:7, 124:14, 124:15, 125:13, 125:18, 125:19, 125:21, 126:11, 132:9, 142:13, 146:1, 146:3

**dead** [2] - 34:11, 111:9

**deal** [9] - 8:13, 17:24, 46:19, 46:24, 46:25, 124:23, 145:2, 147:15, 152:18

**deals** [7] - 8:18, 18:19, 24:9, 27:10, 49:6, 51:21, 77:5

**Death** [3] - 6:16, 111:12, 111:14

**death** [13] - 12:2, 29:19, 38:15, 43:21, 53:13, 56:8, 64:12, 66:13, 66:23, 67:13, 112:15, 112:18, 114:17

**deaths** [1] - 111:10

**Deb** [1] - 4:20

**deceased** [1] - 41:9

**decedent** [2] - 31:24, 40:25

**decedent's** [1] - 34:23

**December** [8] - 6:6, 53:7, 54:2, 75:2, 76:17, 76:19, 77:20, 79:9

**decide** [3] - 14:4, 51:15, 153:9

**decided** [9] - 51:3, 69:25, 109:21, 114:24, 115:3, 136:6, 142:23, 143:5, 148:21

**decision** [4] - 31:2, 59:25, 61:17, 136:4

**deep** [1] - 29:23

**defects** [1] - 146:16

**Defendant** [110] - 1:8, 2:5, 2:7, 8:2, 8:9, 8:21, 10:10, 10:12, 10:23, 13:16, 13:20, 13:25, 14:4, 14:6, 14:7, 14:11, 14:14, 14:18, 18:5, 18:7, 21:3, 22:6, 25:24, 26:1, 26:7, 26:13, 26:14, 26:23, 28:19, 29:9, 29:10, 29:13, 29:15, 29:16, 31:19, 31:22, 35:13, 37:6, 38:12, 42:15, 43:10,

52:15, 53:2, 53:21, 53:25, 54:3, 54:10, 54:16, 54:18, 54:20, 54:21, 54:25, 55:4, 55:8, 55:9, 55:13, 56:3, 56:4, 56:10, 56:11, 56:19, 57:6, 57:7, 57:13, 57:22, 58:1, 58:10, 58:14, 58:22, 58:25, 59:4, 59:5, 59:15, 59:20, 59:22, 60:6, 60:9, 60:12, 61:1, 61:4, 61:8, 61:17, 61:20, 61:22, 61:23, 62:5, 65:1, 65:22, 66:12, 77:6, 89:12, 89:19, 89:21, 91:2, 91:4, 91:8, 94:12, 94:14, 94:17, 94:20, 96:23, 98:13, 99:10, 99:18, 105:25, 106:21, 117:25

**Defendant's** [16] - 13:23, 15:15, 17:11, 15:20, 25:21, 25:23, 26:10, 38:3, 39:2, 39:17, 56:15, 57:18, 58:20, 87:5, 90:3, 90:12

**DEFENDANT'S** [2] - 5:1, 7:8

**DEFENSE** [2] - 3:12, 3:14

**defense** [28] - 9:13, 11:21, 17:24, 20:16, 22:20, 24:8, 24:18, 25:13, 27:25, 30:5, 34:17, 37:15, 38:7, 38:25, 39:6, 39:22, 39:24, 39:25, 40:1, 40:2, 40:3, 40:4, 40:6, 40:16, 44:17, 117:12, 136:10

**degree** [3] - 139:1, 139:5, 147:22

**degrees** [1] - 136:24

**deliberate** [1] - 106:15

**deliberately** [1] - 29:3

**deliberating** [1] - 106:13

**deliberations** [3] - 49:24, 50:2, 118:23

**demonstrated** [1] - 29:12

**demonstrating** [1] - 37:22

**demonstrative** [1] -

41:5

**denied** [5] - 13:24, 13:25, 31:21, 38:11, 51:16

**Dennis** [10] - 5:6, 41:4, 61:18, 61:20, 61:22, 69:12, 69:13, 69:15, 97:9, 97:11

**denotes** [1] - 41:3

**Dentistry** [1] - 72:1

**deny** [1] - 15:4

**department** [3] - 80:10, 82:14, 85:4

**depict** [1] - 116:4

**depicting** [1] - 138:10

**dermis** [1] - 124:5

**Derrick** [1] - 89:22

**des** [2] - 82:2, 82:4

**describe** [22] - 66:19, 95:23, 109:2, 110:20, 112:13, 122:25, 124:8, 125:2, 127:10, 128:3, 131:12, 132:3, 132:14, 138:11, 138:13, 138:17, 142:15, 149:10, 149:11, 149:23, 150:7, 152:2

**described** [13] - 61:11, 64:25, 110:17, 115:13, 124:12, 124:17, 125:15, 127:22, 128:4, 129:16, 132:4, 137:11, 138:5

**describing** [2] - 120:14, 133:18

**descriptions** [1] - 112:8

**detailed** [1] - 143:22

**determination** [1] - 30:12

**determine** [3] - 105:8, 105:11, 105:12

**develop** [1] - 145:3

**developed** [1] - 19:20

**Development** [1] - 7:19

**develops** [1] - 20:20

**device** [3] - 49:10, 50:9, 50:11

**devices** [1] - 50:22

**diagrams** [2] - 36:10, 113:5

**diameter** [2] - 124:10, 146:9

**diaper** [2] - 10:22, 121:23

**die** [6] - 113:14, 114:21, 114:22, 114:24, 127:17, 145:4

**died** [9] - 19:10, 29:17, 30:6, 52:23, 53:25, 60:3, 67:23, 69:24, 112:19

**difference** [1] - 48:8

**different** [37] - 12:2, 13:7, 18:6, 18:18, 18:25, 62:2, 63:21, 64:15, 65:6, 84:23, 84:24, 108:16, 108:17, 108:19, 111:20, 112:23, 124:16, 126:4, 128:1, 128:16, 129:13, 131:17, 133:10, 137:17, 137:20, 141:5, 145:10, 145:12, 146:23, 150:3, 150:5, 150:13, 150:25, 151:4, 151:6

**differentiate** [1] - 139:16

**differently** [2] - 125:6, 129:9

**difficult** [2] - 73:9, 124:22

**digital** [1] - 35:5

**dire** [1] - 40:11

**DIRE** [1] - 3:3

**Dire** [1] - 48:21

**direct** [1] - 13:22

**Direct** [1] - 4:2

**DIRECT** [4] - 71:16, 79:22, 87:16, 107:16

**directly** [4] - 13:17, 14:3, 30:5, 56:16

**director** [1] - 88:7

**disagreement** [1] - 55:16

**disappear** [1] - 145:15

**disappeared** [1] - 145:18

**discharged** [1] - 50:7

**discipline** [1] - 28:13

**disclosed** [2] - 23:20, 39:8

**disclosure** [1] - 38:6

**discovered** [1] - 53:17

**discovery** [3] - 44:3, 44:23

**discretion** [2] - 16:9, 44:13

**discuss** [4] - 43:7, 49:19, 50:1, 91:15

**discussed** [2] -

50:21, 50:23

**disease** [1] - 113:9

**dishonesty** [3] - 17:19, 17:21, 18:10

**Disney** [1] - 68:23

**disorderly** [1] - 17:20

**dispatch** [2] - 81:14, 82:5

**dispatched** [7] - 81:9, 81:11, 81:21, 82:3, 82:10, 82:12, 83:21

**display** [1] - 54:17

**displaying** [2] - 31:23, 70:3

**dispute** [1] - 66:7

**distance** [1] - 60:24

**distinguish** [2] - 125:18, 127:20

**DISTRICT** [2] - 1:1, 1:2

**District** [2] - 1:11, 1:16

**divide** [1] - 9:4

**divided** [3] - 9:3, 63:18, 150:2

**DIVISION** [1] - 1:3

**DNA** [2] - 113:3, 122:4

**Doctor** [6] - 78:7, 79:15, 119:7, 148:2, 148:8, 152:20

**doctor** [13] - 10:9, 53:9, 62:7, 65:2, 74:19, 99:23, 99:25, 110:25, 111:13, 112:14, 112:16, 117:6, 119:13

**doctors** [7] - 59:16, 59:21, 62:2, 62:3, 63:18, 108:21

**document** [9] - 21:25, 76:12, 82:9, 113:4, 126:17, 129:22, 130:17, 133:10, 142:4

**Document** [12] - 13:15, 20:25, 21:18, 22:1, 22:2, 22:5, 25:5, 25:11, 25:18, 25:23, 27:6, 39:18

**documented** [1] - 151:13

**documents** [1] - 104:1

**dog** [1] - 126:14

**domestic** [1] - 19:13

**done** [13] - 22:24, 51:18, 52:3, 62:11,

80:7, 89:14, 103:18, 111:21, 113:16, 116:19, 133:25, 143:11, 152:15
**door** [1] - 97:10
**double** [1] - 147:25
**double-check** [1] - 147:25
**down** [20] - 37:10, 47:24, 49:12, 56:21, 58:19, 77:23, 77:24, 78:24, 87:9, 100:25, 101:3, 101:16, 101:19, 101:20, 106:6, 127:8, 127:17, 144:20, 152:20
**dozen** [2] - 57:8, 114:9
**Dr** [60] - 6:24, 7:1, 7:3, 7:20, 12:8, 22:7, 22:8, 22:22, 23:3, 23:10, 23:16, 23:21, 23:25, 24:22, 32:18, 33:15, 33:21, 33:23, 34:3, 36:9, 36:19, 38:5, 53:9, 53:10, 62:7, 62:18, 62:19, 63:2, 63:9, 63:14, 63:20, 63:24, 64:4, 64:16, 64:21, 64:23, 65:3, 65:10, 65:14, 77:18, 107:11, 107:22, 108:7, 108:24, 111:3, 111:23, 114:18, 115:21, 117:13, 118:6, 120:13, 121:12, 126:13, 127:8, 133:21, 134:23, 136:21, 139:24
**draft** [1] - 95:24
**drafted** [1] - 41:6
**drains** [1] - 133:4
**draw** [4] - 42:8, 42:9, 102:17, 128:5
**dress** [1] - 6:9
**dressed** [1] - 61:7
**drinking** [1] - 19:13
**drive** [2] - 57:19, 57:22
**driving** [3] - 87:5, 97:6, 98:7
**drop** [1] - 68:21
**dropped** [5] - 58:20, 68:25, 93:7, 94:6, 97:20
**drove** [4] - 59:5, 69:11, 97:11, 98:3
**drug** [1] - 113:14

**drum** [2] - 68:12
**drumming** [1] - 68:11
**drunk** [2] - 18:23, 19:1
**dual** [1] - 108:21
**due** [1] - 65:10
**duly** [4] - 71:14, 79:20, 87:14, 107:14
**duplicate** [1] - 21:12
**duplicative** [4] - 21:16, 21:17, 21:20, 21:22
**dura** [7] - 141:22, 142:18, 144:9, 144:12, 144:18, 145:8
**during** [45] - 15:18, 15:21, 22:10, 29:13, 39:1, 41:1, 50:2, 55:2, 55:8, 55:11, 56:13, 56:16, 58:14, 59:7, 60:5, 60:12, 60:18, 63:12, 64:22, 91:25, 92:18, 98:13, 98:15, 98:25, 99:7, 99:8, 104:6, 105:24, 115:19, 118:9, 118:14, 118:17, 118:21, 118:23, 119:10, 119:20, 119:21, 124:12, 130:11, 131:23, 131:25, 134:3, 134:5, 151:24, 152:13
**duties** [6] - 80:9, 82:9, 111:4, 111:7, 111:16, 112:7
**duty** [1] - 137:22
**dwelling** [2] - 22:17, 24:13
**DWI** [3] - 17:19, 18:21, 19:22
**DWIs** [1] - 18:7

### E

**e-mail** [5] - 25:5, 25:6, 25:12, 25:14, 25:16
**ear** [4] - 35:12, 35:14, 130:20, 135:14
**earshot** [2] - 22:16, 24:13
**easier** [1] - 77:23
**easy** [3] - 35:5, 64:16, 128:8
**edema** [1] - 147:19
**educated** [1] - 116:21

**education** [2] - 71:23, 110:16
**educational** [1] - 109:2
**Edward** [1] - 5:7
**effect** [5] - 11:20, 15:3, 28:2, 28:10, 30:14
**effective** [1] - 70:10
**efforts** [1] - 69:24
**eight** [4] - 57:23, 131:6, 137:10, 138:18
**eight-ball** [1] - 57:23
**either** [9] - 14:2, 15:10, 24:7, 27:22, 48:4, 65:22, 95:12, 99:23, 100:2
**electronic** [2] - 41:11, 50:9
**elects** [1] - 26:1
**elements** [5] - 65:21, 66:1, 66:5, 66:6, 66:8
**eliciting** [1] - 26:9
**eliminated** [1] - 37:9
**eliminating** [1] - 117:14
**emergency** [5] - 47:4, 83:4, 86:20, 109:10, 110:24
**employed** [3] - 107:21, 107:22, 110:21
**employee** [1] - 108:8
**employer** [2] - 108:5, 108:6
**employers** [1] - 108:6
**employment** [1] - 14:15
**enclosed** [1] - 84:13
**End** [4] - 48:1, 90:24, 117:1, 154:15
**end** [5] - 70:23, 80:22, 82:21, 99:3, 106:13
**ended** [1] - 53:17
**Enemy** [1] - 85:2, 86:13
**enforcement** [2] - 57:4, 65:1
**engaged** [1] - 73:5
**enrolled** [1] - 65:22
**ensure** [1] - 45:12
**enter** [2] - 53:4, 73:22
**entered** [2] - 82:25, 107:7
**entering** [1] - 73:5
**entire** [1] - 118:11
**entirety** [1] - 34:11

**entitled** [1] - 51:11
**epidural** [4] - 142:1, 142:3, 144:10
**ER** [1] - 69:22
**erythrocytes** [1] - 128:25
**especially** [3] - 70:15, 124:24, 130:23
**essentially** [7] - 22:1, 37:10, 37:17, 49:6, 66:5, 80:15, 99:10
**establish** [3] - 28:7, 28:8, 33:6, 116:17
**established** [1] - 120:11
**estimate** [2] - 73:10, 73:14
**evaluation** [1] - 152:3
**evening** [1] - 56:1
**evenly** [1] - 114:7
**event** [1] - 117:20
**events** [4] - 27:10, 56:3, 56:7, 91:15
**eventually** [1] - 95:21
**evidence** [84] - 8:17, 9:13, 9:20, 11:18, 12:3, 12:5, 12:24, 13:3, 14:25, 15:1, 15:3, 18:16, 19:9, 19:11, 19:16, 20:19, 21:1, 24:15, 25:17, 26:14, 26:16, 27:4, 27:7, 28:18, 28:19, 28:25, 29:3, 29:5, 30:2, 30:14, 30:16, 30:21, 34:6, 34:8, 34:14, 34:21, 36:14, 37:23, 38:18, 49:5, 49:22, 50:5, 51:4, 52:25, 53:20, 53:23, 54:19, 54:20, 54:23, 55:7, 56:2, 56:6, 57:6, 57:12, 57:16, 57:18, 58:9, 59:8, 59:17, 60:18, 60:19, 62:13, 62:24, 64:9, 65:19, 66:10, 67:3, 67:8, 71:10, 77:5, 106:16, 112:25, 113:2, 117:6, 121:25, 132:15, 134:13, 142:17, 142:19, 146:6, 153:10, 153:18, 154:11
**EVIDENCE** [2] - 3:7, 3:12
**ex** [3] - 58:20, 68:20,

93:7
**ex-wife** [3] - 58:20, 68:20, 93:7
**exact** [4] - 18:24, 70:18, 70:19, 99:12, 125:13, 149:7
**exactly** [6] - 18:1, 23:25, 82:25, 98:12, 130:3, 149:11
**exam** [6] - 74:9, 75:8, 115:16, 143:11, 152:15, 152:19
**examination** [41] - 18:17, 51:10, 62:20, 62:22, 62:24, 63:6, 63:7, 63:12, 64:7, 64:22, 74:7, 74:10, 75:20, 76:19, 77:20, 111:8, 112:20, 112:24, 113:3, 113:6, 119:8, 119:10, 119:22, 119:25, 127:25, 128:15, 129:3, 130:9, 130:11, 131:8, 131:24, 132:1, 132:17, 133:17, 134:3, 134:6, 141:8, 146:5, 149:25, 151:25
**EXAMINATION** [9] - 71:16, 78:5, 79:22, 86:5, 87:2, 87:16, 101:8, 105:21, 107:16
**examine** [11] - 65:5, 74:8, 78:3, 79:8, 86:4, 101:7, 122:9, 122:10, 141:9, 143:6, 148:21
**examined** [6] - 63:10, 63:11, 65:7, 77:22, 146:10, 146:11
**Examiner** [7] - 107:23, 107:25, 108:10, 108:12, 109:25, 111:1, 111:22
**examiner** [7] - 62:17, 65:4, 108:13, 108:20, 108:24, 111:5, 111:6
**Examiners** [1] - 114:14
**example** [6] - 50:8, 108:18, 111:13, 113:15, 116:17, 131:18
**except** [5] - 14:13, 52:1, 86:21, 126:2, 130:7
**exception** [5] - 10:3, 15:17, 16:23, 51:22, 67:16
**exceptions** [2] - 15:9, 15:11

**exchange** [2] - 44:23, 54:4

**exchanged** [1] - 54:14

**excited** [1] - 15:2

**exclude** [5] - 25:24, 26:13, 34:9, 38:12, 130:14

**excluded** [3] - 26:2, 30:22, 39:11

**exclusively** [1] - 89:3

**excused** [8] - 42:12, 50:16, 51:2, 79:15, 79:16, 87:10, 106:7, 152:21

**Exhibit** [78] - 6:4, 6:5, 6:7, 6:9, 6:10, 6:12, 6:14, 6:16, 6:17, 6:19, 6:22, 6:24, 7:1, 7:2, 7:9, 7:11, 7:12, 7:14, 7:15, 7:17, 7:18, 7:20, 32:16, 37:3, 37:12, 37:25, 38:1, 74:20, 75:14, 75:24, 76:5, 76:7, 76:25, 77:2, 77:8, 78:9, 78:12, 104:21, 104:25, 115:22, 115:24, 116:8, 116:14, 117:3, 117:7, 117:8, 117:11, 117:15, 118:6, 118:8, 118:13, 118:20, 119:3, 119:14, 120:25, 121:12, 122:25, 126:14, 126:16, 127:5, 127:9, 129:8, 129:11, 134:24, 136:14, 136:21, 136:23, 137:11, 137:15, 138:1, 139:24, 140:1, 141:6, 141:7, 146:4, 146:5, 147:24, 148:8

**exhibit** [10] - 37:4, 75:16, 116:13, 116:18, 116:21, 117:19, 118:22, 129:24, 137:16, 145:22

**exhibits** [18] - 17:24, 34:20, 37:18, 38:25, 40:17, 40:18, 40:19, 40:23, 43:10, 43:11, 43:18, 119:19, 120:6, 120:18, 120:22, 129:25, 133:22, 153:10

**Exhibits** [12] - 6:20, 6:22, 6:23, 32:6,

32:23, 43:14, 120:4, 128:12, 131:23, 134:13, 134:19, 149:21

**EXHIBITS** [2] - 6:1, 7:6

**exist** [3] - 23:5, 52:1, 70:23

**existed** [2] - 23:9, 36:1

**expect** [1] - 151:18

**experience** [4] - 23:24, 124:19, 151:11, 151:18

**experiment** [1] - 51:6

**expert** [21] - 16:12, 16:24, 16:25, 17:1, 23:11, 23:24, 24:6, 24:19, 25:3, 32:9, 32:14, 32:16, 36:20, 37:15, 37:19, 37:21, 38:8, 38:10, 70:1, 107:8, 107:9

**expert's** [1] - 36:23

**expertise** [1] - 24:16

**experts** [7] - 16:19, 16:24, 17:2, 17:9, 29:18, 37:16

**experts'** [1] - 37:14

**explain** [9] - 49:16, 80:17, 86:22, 89:6, 116:19, 133:17, 135:2, 143:16, 144:23

**explaining** [1] - 36:20

**expose** [3] - 120:2, 141:15, 142:3

**exposed** [1] - 141:8

**exposes** [1] - 140:5

**exposition** [1] - 46:4

**express** [1] - 13:22

**extends** [1] - 135:23

**extensive** [2] - 19:13, 137:2

**extensively** [2] - 125:25, 130:23

**extent** [5] - 10:6, 13:4, 13:9, 13:25, 37:17

**exterior** [1] - 65:25

**external** [13] - 62:22, 62:24, 112:24, 113:3, 119:7, 119:10, 119:22, 119:25, 129:7, 130:11, 131:24, 131:25, 133:16

**externally** [1] - 63:4

**extraneous** [2] - 153:7, 153:13

**eye** [3] - 113:12, 146:18, 146:25

**eyes** [8] - 61:13, 95:3, 145:2, 146:19, 146:25, 147:10, 147:11, 148:6

## F

**F-R-O-L-O-F-F** [1] - 107:20

**face** [8] - 28:21, 28:23, 29:14, 34:23, 50:9, 132:7, 135:19

**Facebook** [2] - 50:13, 152:24

**facial** [1] - 146:9

**fact** [15] - 14:11, 23:3, 23:10, 24:4, 29:20, 32:17, 53:16, 55:22, 68:2, 91:18, 92:18, 100:6, 118:4, 151:11, 152:24

**facts** [6] - 24:3, 77:7, 96:1, 118:1, 118:2, 153:12

**Facts** [1] - 95:24

**fail** [1] - 32:15

**failure** [1] - 51:19

**faint** [4] - 122:13, 128:7, 133:3, 140:10

**fair** [6] - 18:17, 50:3, 51:11, 51:16, 98:16, 105:10

**fairly** [11] - 34:13, 114:11, 114:20, 123:20, 125:17, 126:2, 126:12, 138:19, 146:12, 146:20, 151:14

**fall** [14] - 29:17, 63:15, 63:25, 64:25, 65:12, 67:18, 70:10, 150:22, 151:3, 151:7, 151:10, 151:13, 151:19, 151:20

**fallen** [1] - 98:24

**falling** [2] - 62:5, 99:6

**Falls** [15] - 1:11, 1:17, 1:20, 2:4, 2:15, 65:5, 87:21, 87:24, 88:2, 88:3, 88:9, 88:19, 88:20, 88:24

**falls** [3] - 99:23, 100:3, 100:6

**familiar** [5] - 84:9, 85:1, 85:8, 85:20, 86:7

**family** [5] - 49:14, 59:18, 67:23, 68:8, 69:24

**far** [7] - 11:24, 12:12, 19:22, 22:12, 34:24, 45:4, 86:12

**Fargo** [6] - 60:2, 60:3, 62:9, 62:10, 83:19, 114:19

**fashion** [1] - 138:20

**fashioned** [1] - 123:14

**fast** [1] - 98:7

**fatal** [1] - 70:15

**fatalities** [1] - 85:18

**father** [4] - 22:24, 23:17, 24:4, 24:5

**father's** [1] - 67:20

**fathers** [1] - 23:7

**FBI** [16] - 15:20, 25:17, 31:20, 56:2, 60:7, 80:18, 80:19, 80:22, 81:2, 81:4, 83:15, 83:20, 87:21, 88:6, 88:9, 89:6

**FD** [1] - 103:23

**February** [2] - 60:8, 89:19, 100:20

**Federal** [12] - 2:14, 42:3, 52:2, 65:20, 73:19, 84:24, 96:6, 104:1, 114:3, 114:5, 114:7, 114:8

**feet** [6] - 62:6, 70:11, 70:14, 96:22, 143:25, 150:23

**fell** [10] - 68:7, 68:16, 96:23, 99:5, 99:10, 99:12, 99:18, 99:19, 151:13

**fellowship** [1] - 110:5

**fellowships** [1] - 109:23

**felonies** [1] - 80:23

**felony** [5] - 17:18, 17:22, 18:11, 18:15, 89:8

**fence** [1] - 30:9

**few** [11] - 10:20, 22:23, 22:25, 23:11, 55:4, 55:5, 69:15, 70:21, 70:22, 73:12, 125:19

**fiber** [1] - 145:14

**field** [3] - 64:11, 110:18, 110:21

**fifth** [2] - 31:22, 142:7

**file** [2] - 37:5, 104:3

**filed** [5] - 8:14,

21:12, 21:14, 21:15, 48:21

**final** [8] - 125:15, 127:22, 131:5, 132:4, 138:17, 142:15, 149:10, 149:23

**finally** [1] - 11:19

**findings** [2] - 132:14, 151:9

**fine** [15] - 55:21, 56:1, 56:5, 84:8, 92:17, 92:22, 92:23, 100:10, 100:12, 100:14, 101:23, 106:1, 123:14, 144:3, 144:20

**Fine** [1] - 101:1

**finger** [2] - 97:5, 98:10, 123:6

**fingernail** [1] - 122:3

**finish** [1] - 72:7

**finished** [2] - 21:9, 132:25

**firm** [1] - 141:23

**firmer** [1] - 143:3

**firmly** [3] - 131:19, 141:23, 145:7

**first** [41] - 12:21, 24:9, 30:11, 37:11, 40:5, 45:10, 48:12, 53:21, 62:7, 62:22, 71:11, 71:14, 79:20, 80:20, 80:25, 85:9, 87:14, 97:11, 98:15, 99:23, 107:14, 107:19, 111:8, 112:24, 115:21, 119:8, 121:11, 121:22, 125:4, 134:23, 135:9, 136:13, 136:16, 136:17, 140:2, 140:22, 141:7, 145:1, 148:9, 149:24

**fist** [6] - 29:12, 29:22, 64:3, 139:15, 139:18, 139:22

**fists** [1] - 139:19

**five** [12] - 11:15, 12:11, 12:17, 18:6, 26:23, 51:24, 52:8, 52:25, 55:2, 70:11, 70:14, 125:19

**fixation** [1] - 143:7

**Flandreau** [1] - 88:22

**flesh** [1] - 34:25

**Flight** [1] - 60:1

**Flighted** [1] - 62:10

**flipped** [1] - 136:24

**floor** [6] - 60:23,

60:25, 61:10, 68:17,
95:3, 96:16
**flown** [1] - 83:19
**flu** [4] - 70:5, 102:6,
102:8, 102:19
**fluid** [3] - 35:12,
113:12, 144:5
**fluids** [1] - 113:11
**folding** [3] - 68:7,
98:24, 99:6
**folks** [2] - 68:11,
68:15
**follow** [2] - 51:19,
115:11
**followed** [1] - 8:17
**following** [4] - 22:7,
22:10, 66:11, 136:19
**follows** [4] - 71:15,
79:21, 87:15, 107:15
**foot** [1] - 60:25
**force** [7] - 11:9,
122:11, 123:23,
127:17, 130:13,
130:14, 136:12
**forehead** [10] - 35:3,
123:21, 123:24,
126:20, 126:21,
126:24, 127:2, 127:3,
148:17, 149:17
**forensic** [26] - 22:11,
38:13, 38:19, 39:3,
103:14, 103:15,
104:12, 104:14,
104:24, 109:21,
109:22, 109:23,
110:3, 110:5, 110:6,
110:7, 111:6, 112:17,
124:23, 125:1,
127:20, 131:16,
136:9, 139:13, 142:9
**forever** [1] - 69:3
**forget** [1] - 37:2
**forgot** [1] - 25:7
**form** [3] - 78:17,
79:1, 79:7
**format** [1] - 35:5
**formation** [2] -
142:16, 145:14
**former** [1] - 67:12
**formula** [1] - 143:2
**foundation** [8] -
35:20, 37:21, 40:25,
116:17, 119:16,
120:6, 120:9, 134:15
**foundational** [1] -
133:23
**four** [26] - 21:14,
29:23, 40:5, 58:12,
58:23, 59:1, 63:21,
64:24, 70:11, 70:14,

88:4, 91:19, 93:12,
93:24, 119:15,
119:18, 119:21,
120:18, 124:9,
125:19, 138:10,
138:13, 138:16,
150:10, 150:11, 151:6
**four-year-old** [2] -
58:12, 59:1
**fourth** [1] - 94:17
**fracture** [5] - 144:11,
144:12, 151:17,
151:19, 151:20
**fractures** [5] -
142:21, 142:22,
146:11, 151:21, 152:9
**fragile** [1] - 142:25
**frame** [2] - 64:20,
130:6
**frankly** [1] - 9:7
**frantic** [1] - 69:19
**frantically** [1] - 66:22
**frequency** [1] - 48:2
**frequently** [1] - 81:9
**fresh** [1] - 125:17
**friction** [1] - 124:4
**Friday** [3] - 68:7,
98:24, 99:18
**friends** [3] - 49:15,
68:14, 152:24
**FROLOFF** [1] -
107:13
**Froloff** [32] - 4:9,
32:18, 33:15, 33:23,
34:3, 36:9, 36:19,
62:18, 62:19, 63:2,
63:9, 63:14, 63:20,
63:24, 64:4, 64:16,
64:21, 65:14, 107:12,
107:19, 107:20,
115:21, 117:13,
118:6, 120:13,
121:12, 126:13,
127:8, 133:21,
134:23, 136:21,
139:24
**Froloff's** [3] - 6:24,
12:8, 65:10
**front** [16] - 28:25,
63:19, 63:22, 94:8,
99:15, 126:19,
128:14, 129:20,
130:20, 135:15,
136:3, 137:3, 138:5,
141:12, 150:16, 151:5
**frontal** [8] - 137:3,
148:14, 148:15,
148:21, 149:1, 149:2,
149:13, 149:15
**full** [4] - 53:19,

110:13, 121:16, 126:3
**funeral** [1] - 68:9
**fussy** [1] - 58:6

# G

**GAIKOWSKI** [1] -
79:19
**Gaikowski** [8] - 4:7,
4:22, 56:14, 57:3,
57:15, 79:18, 79:25,
82:21
**gained** [1] - 32:19
**game** [1] - 18:17
**Gary** [6] - 4:7, 79:18,
79:25, 80:1, 87:4,
101:17
**GARY** [1] - 79:19
**gasping** [1] - 61:16
**general** [6] - 19:3,
74:8, 112:10, 112:11,
146:2, 153:6
**generally** [2] - 88:13,
103:17
**gentleman** [1] -
151:12
**gentlemen** [1] -
52:23
**gestae** [1] - 27:11
**giant** [1] - 149:25
**Gill** [10] - 5:5, 5:6,
7:11, 41:4, 61:18,
69:8, 69:12, 69:13,
97:9, 97:25
**Gill's** [3] - 97:11,
97:13, 97:15
**girl** [4] - 28:9, 33:23,
53:12, 66:22
**girl's** [1] - 123:15
**girlfriend** [2] - 69:18,
102:19
**given** [4] - 27:22,
43:4, 43:18, 44:5
**goodness** [1] - 73:12
**GOVERNMENT** [4] -
3:11, 3:15, 3:16, 5:10
**Government** [50] -
8:16, 8:19, 14:7,
16:18, 17:7, 21:2,
22:5, 22:19, 23:21,
26:6, 26:9, 26:20,
26:21, 28:17, 30:17,
31:23, 31:24, 32:3,
32:8, 34:4, 37:19,
38:4, 38:6, 38:17,
39:23, 39:24, 39:25,
40:1, 40:2, 40:3, 40:4,
40:6, 40:9, 40:23,
42:22, 43:11, 45:25,

52:19, 65:21, 66:8,
71:4, 77:6, 107:11,
108:4, 108:5, 108:8,
117:25, 120:3, 153:16
**Government's** [8] -
9:5, 13:14, 24:8,
36:16, 37:15, 37:21,
119:13, 141:6
**GOVERNMENT'S** [3]
- 3:7, 4:4, 6:3
**governmental** [1] -
108:2
**grab** [1] - 107:8
**grade** [1] - 102:9
**grades** [1] - 145:10
**graduate** [2] - 72:2,
109:8
**graduated** [1] -
109:20
**Graff** [3] - 4:21, 62:7,
64:23
**Graff's** [1] - 65:10
**Grand** [7] - 27:21,
27:22, 28:5, 28:23,
28:25, 29:4, 29:7
**grandmother** [2] -
9:23, 10:11
**granted** [15] - 13:18,
13:24, 14:13, 14:19,
15:13, 15:17, 15:19,
16:8, 16:11, 25:4,
25:18, 25:22, 26:12,
38:20, 39:18
**grants** [1] - 96:1
**graphic** [1] - 135:2
**gravity** [1] - 127:17
**gray** [1] - 143:23
**Gray** [1] - 8:12
**Greek** [1] - 144:2
**greenish** [1] - 125:8
**grief** [2] - 66:23,
66:24
**groaning** [2] - 61:13,
95:3
**Grocery** [1] - 54:7
**grocery** [1] - 54:9
**gross** [1] - 145:1
**ground** [1] - 70:12
**grounds** [4] - 26:3,
117:3, 120:6, 134:14
**group** [1] - 88:18
**Growth** [2] - 7:10,
7:19
**gruesome** [2] -
34:14, 36:14
**guess** [1] - 109:7
**guilt** [4] - 13:23,
14:8, 24:14, 90:20
**guilty** [2] - 14:4,
71:10

**guy** [1] - 123:14
**gym** [3] - 68:17,
98:25, 99:18

# H

**hair** [19] - 58:8,
62:25, 63:2, 63:3,
121:16, 121:18,
121:23, 122:15,
122:19, 127:14,
130:16, 135:6,
135:13, 140:3,
144:14, 146:9
**half** [6] - 58:17,
66:20, 70:11, 70:14,
114:9, 124:10
**hallway** [1] - 83:2
**hand** [9] - 10:24,
11:1, 11:5, 25:10,
31:9, 76:14, 77:21,
133:21, 137:12
**handed** [1] - 74:19
**handing** [1] - 104:21
**handle** [3] - 34:19,
47:5, 80:25
**handled** [3] - 22:22,
22:23, 22:25
**handling** [1] - 80:22
**handprint** [6] - 9:23,
10:7, 10:17, 10:19,
10:25, 11:10
**handprints** [1] -
10:13
**happy** [1] - 67:18
**hard** [10] - 11:6,
115:24, 117:8,
119:19, 124:1, 127:1,
135:11, 136:5,
148:14, 149:11
**Head** [14] - 6:4, 53:5,
53:10, 55:10, 58:3,
68:25, 73:16, 73:18,
73:24, 74:4, 77:22,
92:7, 92:10
**head** [112] - 12:8,
22:13, 22:15, 24:11,
27:7, 27:18, 27:24,
28:20, 29:11, 29:19,
30:1, 30:4, 30:19,
31:3, 31:7, 31:8, 31:9,
31:10, 35:3, 35:22,
36:4, 38:2, 59:12,
61:13, 63:2, 63:5,
63:10, 63:13, 63:18,
63:21, 63:23, 63:24,
64:2, 70:12, 74:9,
78:17, 78:18, 78:21,
78:25, 95:4, 120:2,

121:16, 122:10, 122:17, 122:18, 122:21, 122:23, 123:16, 123:18, 123:19, 124:2, 124:13, 125:11, 126:4, 126:9, 126:19, 127:12, 127:24, 128:16, 129:10, 129:15, 129:17, 129:21, 130:18, 131:7, 134:5, 134:10, 135:23, 136:2, 136:3, 137:3, 137:6, 137:7, 138:15, 140:4, 140:5, 140:8, 140:10, 140:13, 140:17, 141:11, 141:12, 142:6, 143:20, 146:8, 146:9, 146:10, 147:17, 148:4, 148:15, 149:1, 149:18, 150:2, 150:3, 150:5, 150:13, 150:17, 150:18, 150:19, 150:21, 150:24, 151:1, 151:5, 151:6, 151:14, 152:6, 152:12

**headquarter** [1] - 88:5

**heal** [7] - 124:16, 125:6, 128:19, 145:9, 145:11, 145:12, 145:15

**healed** [1] - 152:8

**healed-in** [1] - 152:8

**healing** [4] - 124:2, 132:8, 142:17, 142:20

**health** [1] - 73:25

**Health** [3] - 56:11, 72:25, 82:2

**healthy** [6] - 53:12, 56:5, 75:11, 75:22, 76:22, 77:24

**hear** [38] - 13:9, 16:13, 16:20, 20:19, 22:19, 22:20, 27:20, 27:25, 28:16, 30:11, 44:8, 53:14, 54:1, 54:19, 56:8, 56:14, 62:1, 62:7, 62:19, 62:24, 65:2, 65:19, 67:14, 67:17, 68:2, 68:20, 69:11, 69:12, 69:18, 69:21, 70:1, 70:6, 70:10, 70:14, 70:17, 70:18, 109:5, 153:10

**heard** [13] - 13:2,

21:7, 30:13, 43:24, 49:5, 51:24, 57:13, 61:9, 69:3, 69:4, 95:1, 153:18

**HEARING** [1] - 3:8

**hearing** [13] - 12:25, 19:21, 20:22, 30:25, 46:10, 48:2, 48:3, 48:4, 48:10, 48:13, 48:15, 107:2, 118:21

**hearsay** [1] - 14:20, 15:1, 15:5, 15:9, 15:10, 15:12, 15:16, 103:6, 103:8, 104:7, 105:2, 105:4

**heart** [1] - 59:3

**Heather** [1] - 8:11

**heavier** [1] - 137:21

**height** [6] - 60:22, 62:6, 70:10, 96:19, 96:21, 150:23

**held** [3] - 48:21, 68:17, 90:9

**help** [6] - 58:23, 67:18, 88:22, 133:17, 133:18, 152:17

**helpful** [2] - 24:20, 143:6

**helps** [1] - 133:10

**hematoma** [20] - 62:12, 62:13, 64:5, 64:6, 64:9, 64:10, 142:14, 144:15, 145:3, 145:4, 145:5, 145:9, 145:11, 145:13, 145:15, 145:16, 145:19, 145:22, 145:24, 151:23

**hematomas** [2] - 70:20, 145:11

**hemorrhage** [41] - 128:18, 131:8, 131:14, 133:9, 135:22, 137:2, 137:4, 137:6, 138:21, 138:23, 139:18, 140:7, 140:11, 140:21, 140:23, 141:20, 141:21, 142:5, 142:11, 142:20, 143:8, 143:9, 143:16, 143:17, 144:21, 144:24, 146:17, 147:9, 147:10, 147:12, 147:20, 147:24, 148:5, 149:19, 150:1, 150:16, 150:17, 150:18, 151:14

**hemorrhages** [26] - 70:20, 136:1, 137:5, 137:9, 137:14, 137:18, 137:24, 137:25, 138:7, 138:16, 139:3, 143:9, 147:13, 148:4, 149:12, 149:14, 149:18, 149:22, 150:12, 150:20, 150:21, 151:1, 151:5, 151:22, 151:23

**herself** [2] - 68:1, 68:5

**high** [3] - 48:2, 70:12, 96:15

**higher** [1] - 11:19

**highlight** [4] - 75:14, 75:18, 75:20, 75:22

**highlighted** [1] - 76:12

**highlighter** [1] - 75:13

**highly** [3] - 12:9, 139:21, 148:6

**himself** [4] - 18:5, 58:2, 58:10, 68:24

**history** [1] - 25:25

**hit** [4] - 10:23, 28:20, 29:13, 29:15

**Hoeger** [1] - 25:5

**hold** [2] - 66:12, 133:1

**holding** [1] - 109:4

**home** [6] - 41:3, 41:4, 57:13, 58:22, 69:12, 88:8

**homicide** [1] - 36:18

**homicides** [1] - 111:11

**Honor** [66] - 8:6, 8:8, 8:24, 11:7, 11:22, 12:19, 13:13, 16:6, 16:15, 16:21, 17:17, 18:5, 19:4, 19:24, 20:1, 20:7, 20:16, 20:24, 21:8, 27:9, 28:1, 30:13, 31:18, 32:10, 32:15, 32:23, 34:1, 34:7, 35:11, 35:24, 36:17, 38:21, 40:11, 40:22, 41:11, 42:24, 42:25, 45:7, 46:12, 47:9, 48:12, 52:21, 66:17, 67:1, 67:3, 70:25, 76:8, 77:3, 77:13, 83:24, 90:14, 102:11, 104:25, 105:1, 116:10, 117:2,

117:10, 118:19, 119:1, 120:5, 120:19, 120:24, 123:4, 134:12, 134:14, 139:8

**Honorable** [1] - 1:16

**hope** [1] - 118:15

**hopefully** [1] - 137:15

**hopes** [1] - 26:21

**hoping** [1] - 25:13

**horizontal** [1] - 150:9

**horrifying** [1] - 34:12

**hospital** [40] - 17:10, 53:1, 54:24, 55:3, 59:6, 59:12, 59:15, 59:19, 59:25, 61:21, 61:24, 65:18, 69:10, 69:16, 69:17, 81:21, 81:24, 82:7, 82:10, 82:22, 82:24, 83:9, 83:18, 83:21, 84:6, 97:8, 97:14, 97:16, 97:23, 98:1, 98:4, 114:20, 114:22, 114:23, 122:7, 124:14, 124:15, 125:13, 126:11, 132:10

**Hospital** [11] - 46:22, 56:12, 59:1, 60:1, 60:3, 62:8, 64:6, 67:13, 69:20, 82:2, 110:24

**hospitals** [3] - 56:9, 72:22, 82:1

**hour** [6] - 57:1, 57:9, 58:17, 59:7, 97:7, 98:8

**hours** [8] - 10:20, 10:23, 17:10, 44:14, 64:12, 65:16, 142:13, 146:2

**house** [19] - 20:18, 23:2, 47:21, 54:22, 59:10, 61:22, 68:22, 69:10, 85:23, 87:6, 93:3, 93:10, 93:12, 94:3, 96:2, 96:4, 97:13, 97:15, 102:22

**housed** [1] - 80:12

**Housing** [1] - 86:13

**huge** [1] - 133:8

**humor** [1] - 113:13

**hundred** [1] - 114:12

**husband** [4] - 17:7, 19:12, 54:8, 54:12

**I**

**ice** [1] - 69:6

**ID** [3] - 111:16, 117:16, 135:12

**idea** [1] - 73:12

**identification** [10] - 32:17, 32:25, 33:4, 33:6, 37:11, 111:15, 117:9, 117:11, 123:17, 146:14

**identified** [2] - 34:3, 83:5

**identify** [4] - 93:15, 94:2, 97:17, 111:15

**identity** [3] - 34:16, 34:18, 117:21

**ignore** [1] - 126:23

**IHS** [5] - 6:8, 46:22, 67:13, 69:20, 75:25

**III** [2] - 1:6, 1:14

**images** [2] - 31:24, 41:7

**immediate** [1] - 56:15

**impact** [9] - 63:13, 63:15, 64:15, 65:11, 122:12, 136:11, 148:6

**impaired** [1] - 19:1

**impartial** [1] - 51:12

**impeachable** [1] - 19:8

**impeaching** [2] - 18:25, 26:7

**impeachment** [4] - 18:14, 26:3, 26:17, 39:7

**imply** [1] - 90:20

**important** [8] - 51:18, 63:17, 112:19, 136:6, 136:9, 142:3, 144:8, 145:2

**impose** [1] - 30:20

**impossible** [1] - 23:16

**impression** [1] - 145:1

**imprint** [1] - 11:1

**improper** [1] - 35:13

**inaccurate** [1] - 51:7

**inadmissible** [2] - 14:20, 15:5

**inappropriate** [2] - 13:8, 28:5

**inch** [3] - 60:24, 96:17, 149:16

**inches** [5] - 60:24, 96:17, 96:18, 96:21, 124:10

**incident** [6] - 8:19, 26:22, 27:13, 54:2, 83:15, 105:8
**incidents** [1] - 99:4
**incision** [1] - 130:20
**included** [2] - 34:14, 88:20
**including** [6] - 14:15, 50:25, 51:9, 73:16, 152:3, 153:15
**incomplete** [1] - 51:7
**inconsistent** [3] - 62:4, 63:15, 63:25
**incredibly** [2] - 36:13
**indeed** [1] - 147:10
**INDEX** [4] - 3:1, 4:1, 6:1, 7:6
**Indian** [16] - 56:11, 65:20, 65:24, 66:6, 72:25, 80:23, 82:2, 85:5, 88:11, 88:13, 88:15, 89:2, 89:5, 89:7
**indicate** [1] - 37:1
**indicated** [20] - 9:17, 17:12, 31:25, 33:17, 34:20, 56:24, 59:5, 60:14, 61:3, 61:20, 110:15, 112:4, 113:16, 124:12, 131:11, 132:16, 145:21, 151:16, 151:17, 152:13
**indicating** [3] - 83:14, 138:24, 141:4
**indicating)** [1] - 128:9
**indication** [1] - 111:7
**indications** [1] - 36:11
**indicative** [1] - 29:22
**indicted** [2] - 29:5, 29:6
**Indictment** [2] - 27:11, 57:13
**indirect** [1] - 13:22
**indirectly** [2] - 13:17, 14:3
**individual** [3] - 61:18, 117:11, 117:13
**individual's** [1] - 62:14
**individually** [1] - 116:13
**induced** [2] - 139:14, 139:19
**inflammatory** [3] - 30:22, 34:6, 36:14
**inflict** [1] - 22:13
**inflicted** [3] - 23:1,

130:5, 130:8
**inflicting** [2] - 22:15, 24:11
**influenced** [1] - 51:7
**influencing** [1] - 50:2
**information** [17] - 14:15, 17:23, 49:20, 50:7, 50:15, 50:24, 51:8, 51:15, 59:20, 59:22, 78:10, 78:11, 78:12, 106:24, 112:20, 153:7, 153:13
**initial** [4] - 92:8, 136:13, 140:1, 140:6
**initials** [3] - 45:13, 47:13, 47:20
**injuries** [58] - 17:9, 20:14, 20:17, 35:2, 36:12, 36:20, 62:3, 63:23, 64:2, 64:3, 64:19, 65:15, 70:2, 70:17, 70:19, 71:4, 71:5, 71:6, 120:2, 122:18, 122:19, 122:22, 122:24, 124:9, 124:11, 124:15, 124:20, 124:24, 124:25, 125:21, 125:24, 126:2, 126:7, 128:10, 129:13, 129:14, 129:17, 130:3, 130:13, 130:24, 130:25, 131:5, 131:10, 132:25, 133:4, 133:8, 135:17, 138:14, 138:25, 142:11, 145:20, 149:11, 149:12, 151:1, 151:13, 152:7
**injury** [44] - 10:6, 12:12, 23:1, 64:11, 70:15, 70:16, 112:25, 122:11, 123:23, 124:13, 125:11, 125:12, 125:15, 125:16, 125:17, 125:20, 126:1, 126:2, 126:4, 126:10, 126:18, 126:19, 126:22, 127:4, 127:21, 130:14, 130:17, 130:22, 131:1, 132:8, 133:9, 134:19, 140:9, 144:22, 144:25, 145:21, 146:1, 146:19, 148:7, 152:6, 152:11
**injustice** [1] - 51:18

**innocence** [5] - 13:23, 14:1, 14:8, 24:14
**innocent** [1] - 67:22
**innocuous** [1] - 70:5
**insert** [1] - 147:1
**inserted** [1] - 122:6
**inside** [7] - 54:9, 63:9, 63:10, 128:18, 141:24, 143:20, 146:8
**insight** [1] - 65:8
**instance** [3] - 15:9, 18:22, 18:23
**instances** [1] - 25:1
**instant** [1] - 50:12
**instantaneous** [1] - 28:10
**instead** [2] - 85:23, 107:1, 116:12
**instructed** [1] - 69:21
**instructing** [1] - 38:9
**instruction** [4] - 49:4, 51:24, 77:5, 117:24
**INSTRUCTION** [1] - 3:18
**instructions** [5] - 49:3, 49:6, 51:19, 52:18, 78:20
**INSTRUCTIONS** [2] - 3:4, 3:17
**instrumentality** [1] - 139:6
**integrity** [1] - 51:13
**intend** [8] - 15:5, 19:5, 25:14, 37:3, 37:12, 39:10, 40:24, 46:16
**intent** [1] - 28:7
**intention** [2] - 37:4, 118:22
**intentioned** [1] - 153:7
**interact** [1] - 80:18
**internal** [11] - 63:6, 63:12, 64:7, 64:22, 109:9, 113:6, 130:9, 130:22, 131:7, 132:16, 151:25
**internally** [3] - 130:12, 131:2, 131:4
**Internet** [7] - 50:11, 50:12, 50:13, 50:18, 50:22, 52:3, 52:5
**internship** [5] - 72:4, 72:6, 72:11, 109:9, 110:16
**interpreting** [1] - 19:6

**intervention** [3] - 122:6, 132:14, 132:15
**interview** [37] - 38:13, 38:19, 39:3, 39:6, 39:13, 60:7, 60:10, 60:11, 60:12, 65:1, 89:18, 89:21, 90:4, 90:7, 90:9, 90:12, 91:18, 91:25, 92:19, 98:13, 98:25, 99:3, 100:14, 100:20, 102:24, 103:14, 103:15, 103:17, 103:18, 103:19, 104:6, 104:12, 104:13, 104:14, 104:17, 104:23, 104:24
**interviewed** [2] - 89:24, 104:10
**interviews** [2] - 89:14, 90:19
**intimation** [1] - 34:17
**intoxicated** [1] - 20:8
**intoxication** [1] - 18:24
**introduce** [8] - 15:5, 17:25, 40:17, 107:18, 116:7, 118:20, 120:4, 134:13
**introduced** [5] - 28:24, 32:12, 32:24, 36:18, 60:19
**introducing** [4] - 14:18, 19:15, 37:3, 38:4
**introduction** [1] - 26:13
**investigate** [2] - 89:10, 115:4
**Investigation** [1] - 104:2
**investigation** [10] - 50:19, 51:6, 60:16, 80:22, 89:12, 102:21, 105:7, 105:13, 111:9, 114:16
**investigators** [1] - 108:5
**involve** [1] - 73:15
**involved** [8] - 14:16, 50:25, 62:9, 67:10, 89:11, 98:14, 111:9, 114:16
**involvement** [1] - 80:17
**involves** [1] - 68:11
**involving** [2] - 17:19, 17:21, 89:12
**inward** [1] - 61:12

**Iphone** [1] - 49:9
**iron** [4] - 129:1, 129:2, 129:3, 129:4
**irrelevant** [1] - 26:16
**issue** [15] - 11:14, 11:25, 12:24, 17:8, 17:16, 27:17, 32:17, 34:16, 34:17, 41:23, 43:22, 47:9, 66:7, 90:20, 154:6
**issues** [6] - 25:3, 33:19, 34:1, 47:14, 47:19, 56:17
**items** [2] - 54:9, 96:2
**IV** [1] - 132:11

## J

**Jackson** [2] - 5:8, 69:19
**jail** [2] - 18:3, 18:5
**January** [34] - 12:1, 12:13, 27:10, 52:24, 54:21, 54:25, 55:4, 55:8, 56:1, 56:4, 56:6, 56:10, 57:7, 57:12, 60:3, 60:14, 66:21, 67:21, 68:8, 68:18, 69:25, 81:16, 81:18, 81:19, 84:5, 91:16, 91:23, 92:13, 92:25, 93:22, 101:3, 115:9, 132:23
**Jay** [2] - 1:22, 8:6
**Jello** [2] - 141:18, 142:25
**Jello-type** [2] - 141:18, 142:25
**Jerard** [1] - 25:5
**Jersey** [1] - 72:1
**Jill** [1] - 2:14
**Joan** [1] - 83:5
**job** [7] - 46:15, 46:22, 108:9, 108:11, 112:5, 112:7, 114:1
**jobs** [1] - 88:7
**joint** [2] - 55:13, 55:14
**journey** [1] - 61:24
**Jr** [1] - 5:7
**Judge** [6] - 1:16, 51:1, 51:23, 52:9, 95:25, 96:1
**Judge's** [1] - 96:3
**JULY** [2] - 1:7, 8:1
**July** [3] - 1:12, 38:7, 57:7
**jurisdictions** [1] - 111:17

juror [1] - 50:17
JUROR [1] - 52:9
jurors [8] - 34:13, 41:24, 42:6, 42:16, 48:16, 48:24, 50:2, 51:2
jury [63] - 3:9, 4:13, 4:14, 4:16, 13:1, 13:10, 14:4, 20:22, 24:20, 27:2, 28:6, 28:11, 30:11, 31:1, 36:15, 36:22, 37:4, 37:13, 38:9, 39:20, 40:19, 41:5, 41:15, 42:3, 42:8, 45:15, 49:8, 51:12, 52:12, 52:13, 52:18, 52:23, 66:18, 96:9, 106:18, 106:19, 106:21, 107:2, 107:6, 107:7, 107:18, 109:2, 112:13, 115:13, 116:19, 116:23, 117:24, 118:23, 119:5, 120:14, 127:10, 132:3, 133:18, 135:11, 137:11, 138:3, 138:11, 138:14, 140:18, 153:1, 153:23, 153:25, 154:1
JURY [1] - 1:14
Jury [10] - 1:16, 6:18, 27:21, 27:22, 28:5, 28:23, 28:25, 29:4, 29:7, 49:1
jury's [1] - 49:23
justice [1] - 46:24
juvenile [1] - 82:6

**K**

Keeble [2] - 72:25, 73:8
Keep [1] - 153:16
keep [8] - 45:16, 55:5, 70:22, 92:1, 92:6, 106:11, 106:15, 153:19
keeping [1] - 65:17
Kenneth [3] - 4:24, 38:5, 65:3
kept [2] - 76:3, 104:1
Khoroosi [11] - 2:3, 2:3, 8:9, 18:12, 23:14, 32:14, 33:25, 48:3, 48:10, 66:14, 105:23
KHOROOSI [82] - 3:6, 3:20, 8:8, 8:11,

11:22, 12:7, 12:19, 13:13, 14:21, 14:24, 16:14, 18:13, 19:4, 19:24, 20:1, 20:4, 20:6, 20:15, 20:24, 23:15, 25:14, 28:1, 30:13, 31:14, 31:18, 32:15, 34:1, 34:7, 34:22, 35:8, 35:11, 36:7, 39:8, 39:16, 40:22, 41:10, 41:16, 41:20, 42:25, 45:9, 45:12, 45:17, 46:7, 46:12, 47:2, 47:19, 66:16, 67:3, 67:7, 71:3, 76:6, 77:1, 77:11, 78:4, 78:6, 79:12, 86:6, 86:25, 90:14, 90:18, 98:20, 101:9, 102:11, 102:13, 103:9, 104:9, 104:25, 105:6, 105:16, 106:5, 107:8, 116:10, 116:12, 116:25, 117:2, 117:17, 117:22, 119:1, 120:5, 120:19, 134:14, 139:8
Khoroosi's [2] - 15:25, 32:25
kicking [1] - 139:15
kid [8] - 30:19, 58:6, 67:18, 121:24, 129:19, 132:9, 146:16
kids [16] - 13:5, 58:17, 58:21, 58:23, 58:24, 67:15, 68:19, 68:21, 68:22, 68:23, 70:6, 97:17, 98:6, 130:14, 130:23
kids' [1] - 146:12
kill [1] - 23:17
killed [1] - 23:8
kind [29] - 9:2, 9:3, 11:14, 19:14, 23:13, 56:24, 62:21, 63:7, 67:18, 88:8, 88:10, 106:10, 108:15, 113:1, 122:1, 122:15, 124:8, 127:23, 128:3, 131:1, 133:3, 135:2, 140:24, 141:13, 141:23, 142:2, 146:9, 148:19, 153:14
kindergarten [1] - 73:22
kiss [1] - 54:14
kit [1] - 122:3
kitchen [5] - 60:15, 60:17, 61:10, 69:1,

95:3
knowledge [2] - 110:8, 115:3
knuckles [2] - 64:3, 139:19

**L**

LaBelle [3] - 83:5, 83:6, 83:7
lack [4] - 10:2, 12:13, 30:7, 64:10
ladies [1] - 52:23
lady [1] - 8:10
laid [2] - 37:21, 40:25
Lake [3] - 80:12, 86:7, 89:5
land [2] - 84:23, 84:24
language [1] - 19:7
LaPointe [1] - 4:15
Large [1] - 6:6
large [2] - 114:20, 151:14
larger [2] - 138:5, 149:16
last [11] - 21:24, 40:16, 44:24, 52:25, 55:23, 95:6, 95:17, 98:17, 107:20, 129:7, 151:12
lasts [1] - 68:10
late [11] - 47:3, 47:7, 48:23, 54:2, 56:22, 56:23, 56:24, 57:1, 57:2, 57:9, 57:24
law [10] - 19:20, 44:6, 44:12, 44:21, 50:5, 50:25, 57:4, 65:1, 88:15, 153:12
Law [1] - 2:3
Lawrence [1] - 1:16
lawyer [1] - 51:23
lawyers [1] - 51:1
lay [2] - 131:13, 143:16
layer [1] - 124:5
laying [1] - 61:10
lead [3] - 35:12, 89:8, 89:13
leading [1] - 98:20
learn [2] - 70:4, 73:20
least [8] - 30:9, 33:3, 37:22, 44:14, 63:12, 63:13, 124:11, 125:12
leave [9] - 11:9, 21:14, 57:6, 57:8, 58:3, 83:25, 100:16,

123:10, 153:20
led [2] - 56:7, 109:3
left [29] - 10:13, 33:22, 52:13, 61:4, 61:22, 63:22, 67:21, 76:14, 97:8, 97:13, 97:15, 106:19, 126:5, 126:16, 126:21, 126:24, 129:20, 132:7, 135:6, 135:13, 135:24, 137:7, 140:7, 146:22, 146:24, 147:2, 149:15, 150:19, 154:1
left-hand [1] - 76:14
leg [1] - 139:15
legal [2] - 65:24, 88:15, 110:8
legs [1] - 61:14, 152:11
length [1] - 96:19
less [6] - 22:12, 23:23, 24:5, 57:8, 142:6, 147:18
lethargic [2] - 67:25, 68:4
Leticia [3] - 58:21, 104:10, 104:24
letter [1] - 22:9
level [2] - 96:18, 131:12
libraries [1] - 50:18
license [1] - 109:14
licensed [1] - 110:12
licenses [1] - 110:13
Life [2] - 60:1, 62:10
life [7] - 53:1, 53:21, 53:22, 54:1, 69:3, 69:25, 98:15
light [3] - 8:14, 129:12, 147:7
likely [3] - 22:13, 23:23, 24:5
limine [1] - 9:4, 9:5, 13:15, 13:16, 13:19, 14:11, 14:17, 17:4, 21:3, 22:6, 25:20, 25:24, 26:12, 34:9, 38:3, 38:18, 39:19
limit [6] - 45:19, 45:20, 45:21, 46:4, 86:14, 87:5
limited [1] - 119:4
line [1] - 105:25
linear [1] - 138:19
liner [1] - 124:22
lining [1] - 45:7
list [2] - 38:25, 39:9
listen [2] - 16:24, 70:21

literally [1] - 84:17
live [2] - 81:4, 81:6, 29:15, 30:4, 59:6, 61:18
liver [1] - 113:13
lives [2] - 69:8, 86:10
lividity [2] - 127:16, 127:19
living [2] - 80:4, 94:10
located [1] - 150:25
location [1] - 65:23
logistical [1] - 41:23
look [31] - 25:6, 25:7, 32:4, 49:13, 63:8, 76:11, 78:9, 99:16, 109:17, 112:25, 113:9, 115:22, 119:14, 121:8, 122:25, 123:19, 125:24, 126:12, 128:13, 129:12, 129:23, 130:23, 130:25, 138:18, 138:19, 142:19, 144:23, 147:3, 149:21
looked [16] - 61:10, 62:23, 67:20, 67:24, 119:24, 122:19, 128:16, 134:10, 138:25, 139:2, 139:5, 142:12, 147:10, 151:16
looking [9] - 52:5, 106:9, 118:16, 133:25, 139:17, 144:24, 145:1, 145:4, 149:1
looks [19] - 124:16, 125:3, 126:4, 126:5, 127:23, 128:3, 128:14, 129:4, 129:5, 133:9, 135:6, 136:24, 138:20, 139:3, 144:2, 145:7, 146:23, 148:16, 149:25
lose [3] - 29:10, 46:21, 124:5
losing [1] - 133:6
loss [3] - 12:15, 46:15, 48:2
loud [2] - 69:3, 80:2
loudly [1] - 105:13
love [2] - 55:23, 67:19
low [1] - 102:9
low-grade [1] - 102:9
lower [3] - 127:14, 127:15, 141:16

**luck** [1] - 145:19
**lunch** [3] - 47:1, 48:23, 49:12
**lying** [2] - 61:12, 95:2

# M

**M.C.s** [1] - 47:21
**M.D** [7] - 4:6, 4:9, 4:21, 4:24, 5:4, 71:13, 107:13
**ma'am** [2] - 74:7, 75:24
**Maher** [1] - 21:15
**mail** [5] - 25:5, 25:6, 25:12, 25:14, 25:16
**main** [1] - 30:15
**maintained** [2] - 104:3, 104:4
**major** [3] - 69:9, 80:23, 89:8
**Malia** [3] - 58:21, 104:10, 104:24
**man** [1] - 29:25
**manage** [1] - 80:10
**manners** [1] - 145:12
**Marie** [1] - 21:5
**Marine** [1] - 67:12
**Mario** [34] - 2:7, 8:9, 53:3, 53:14, 53:18, 66:20, 66:21, 67:9, 67:11, 67:12, 67:14, 67:22, 68:13, 68:18, 68:23, 69:1, 69:5, 69:8, 69:11, 69:14, 69:16, 69:17, 69:19, 71:7, 83:2, 83:9, 86:10, 86:21, 89:12, 93:9, 100:25, 101:10, 101:23, 105:8
**MARIO** [1] - 1:7
**Mario's** [8] - 67:14, 68:20, 69:10, 69:18, 69:24, 70:3, 70:8, 102:18
**mark** [11] - 8:20, 12:3, 18:23, 26:22, 123:10, 137:15, 137:22, 137:23, 137:25, 138:7, 138:22
**marked** [12] - 36:1, 37:2, 74:19, 75:24, 104:21, 115:22, 118:6, 119:13, 127:9, 138:4, 141:5
**marking** [1] - 137:21
**marks** [3] - 126:22, 126:23, 139:6

**maroon** [4] - 123:21, 135:21, 137:24, 140:20
**married** [1] - 53:19
**Maryland** [2] - 72:10
**mater** [5] - 141:22, 142:18, 144:9, 145:8
**material** [3] - 9:6, 11:14, 38:8
**matter** [12] - 10:22, 14:8, 26:11, 34:10, 43:6, 46:5, 46:7, 55:22, 143:23, 143:24, 143:25
**matters** [2] - 19:11, 45:10
**McGee** [6] - 107:22, 108:7, 108:24, 111:3, 111:23, 114:18
**ME** [1] - 33:11
**mean** [9] - 13:4, 18:22, 23:8, 34:8, 72:6, 72:15, 73:18, 84:15, 147:14
**meaning** [2] - 65:16, 145:1
**means** [4] - 50:8, 64:12, 66:5, 153:13
**meant** [2] - 64:10, 98:11
**measure** [6] - 39:11, 78:12, 78:18, 96:12, 96:19, 125:25
**measured** [2] - 60:22, 124:9
**mechanism** [1] - 139:14
**media** [1] - 50:9
**Medical** [9] - 107:23, 107:25, 108:10, 108:11, 109:24, 109:25, 111:1, 111:22, 114:13
**medical** [36] - 21:14, 29:17, 33:10, 33:11, 35:15, 35:19, 62:17, 64:8, 64:11, 65:4, 71:25, 72:2, 72:7, 73:1, 85:9, 100:5, 108:13, 108:20, 108:24, 109:8, 110:8, 110:15, 110:18, 110:21, 111:5, 111:6, 122:5, 132:13, 132:15, 139:1, 139:5, 146:18, 147:23, 150:2, 150:8
**medically** [1] - 35:23
**Medicine** [1] - 72:1
**medicine** [7] - 73:5,

109:10, 110:7, 110:12, 110:25, 131:16
**meet** [3] - 54:6, 59:11, 59:13
**meeting** [3] - 54:15, 85:21, 85:23
**meets** [1] - 18:3
**member** [3] - 59:18, 65:23, 73:1
**members** [2] - 49:8, 66:18
**membrane** [3] - 142:16, 144:3, 145:14
**Memorial** [1] - 73:8
**memory** [2] - 149:7, 149:8
**men** [1] - 61:19
**mention** [2] - 90:18, 98:25
**mentioned** [6] - 100:4, 100:6, 102:22, 142:25, 143:11, 145:8
**MeritCare** [1] - 83:19
**Mertz** [19] - 4:8, 5:11, 7:17, 15:20, 31:20, 56:2, 58:15, 59:4, 60:7, 60:21, 61:8, 61:11, 62:5, 87:12, 87:19, 92:18, 101:10, 105:7, 105:23
**MERTZ** [1] - 87:13
**Mertz'** [1] - 60:15
**messaging** [1] - 50:12
**met** [2] - 68:3, 91:2
**metal** [1] - 147:1
**method** [3] - 28:13, 47:14, 124:25
**microphages** [3] - 128:22, 128:24, 129:2
**microphone** [1] - 48:5
**microscope** [5] - 125:11, 126:11, 129:3, 142:19, 147:11
**microscopic** [4] - 127:25, 128:15, 129:2, 129:6
**mid** [1] - 149:17
**middle** [4] - 126:20, 127:3, 141:19, 148:17
**might** [12] - 13:6, 17:14, 103:8, 106:24, 116:16, 116:17, 116:20, 118:25, 122:1, 122:14, 153:4
**miles** [4] - 59:6, 86:13, 97:7, 98:8
**Miley** [5] - 58:12,

58:15, 59:1, 61:6, 61:23
**military** [1] - 82:15
**Miller** [6] - 1:22, 8:6, 9:2, 9:3, 9:6, 47:5
**MILLER** [45] - 3:5, 3:21, 26:25, 27:9, 27:15, 27:17, 31:5, 32:10, 32:23, 33:7, 33:13, 33:19, 35:24, 36:5, 36:17, 38:21, 38:24, 47:9, 52:21, 67:1, 70:25, 107:11, 107:17, 116:7, 117:5, 117:10, 118:5, 118:19, 119:6, 120:3, 120:12, 120:18, 120:24, 121:5, 121:7, 123:7, 123:9, 123:12, 134:12, 134:20, 134:22, 135:1, 135:8, 139:11, 149:20
**millimeters** [1] - 132:5
**Milwaukee** [2] - 109:24
**mind** [7] - 65:17, 70:22, 70:23, 106:16, 153:16, 153:19
**minimal** [1] - 59:20
**Minnehaha** [2] - 24:23, 65:4
**Minnesota** [14] - 62:17, 62:18, 88:4, 108:18, 109:7, 109:20, 110:1, 110:14, 111:20, 112:1, 112:2, 114:11, 114:24, 114:25
**minor** [1] - 17:24
**minors** [1] - 45:13
**minute** [2] - 43:1, 43:17
**minutes** [9] - 40:12, 57:1, 57:21, 69:15, 86:16, 86:17, 87:6, 106:17, 154:5
**Miranda** [4] - 91:3, 91:4, 91:11, 101:11
**misleading** [1] - 51:8
**miss** [1] - 128:7
**Miss** [2] - 11:23, 18:15
**mistake** [2] - 10:2, 30:7
**mistrial** [1] - 90:22
**MO** [1] - 28:7
**mom's** [2] - 20:17, 20:18
**moment** [6] - 54:23,

67:5, 69:3, 117:23, 120:20, 133:21
**Monday** [6] - 55:10, 65:17, 68:18, 81:16, 93:13, 99:20
**Mongolian** [1] - 12:5
**monitor** [5] - 121:9, 121:12, 127:10, 136:21, 138:3
**Montana** [1] - 101:18
**month** [2] - 114:2, 143:3
**months** [8] - 11:16, 12:11, 12:17, 26:23, 53:21, 53:24, 98:15, 98:17
**mood** [1] - 54:15
**moot** [7] - 25:12, 25:16, 25:18, 26:12, 27:5, 34:2, 38:20
**moreover** [1] - 23:20
**morning** [48] - 8:5, 8:8, 47:7, 54:24, 55:10, 56:6, 56:10, 56:20, 56:25, 57:10, 57:12, 57:16, 57:17, 57:23, 58:2, 58:6, 58:7, 58:9, 58:13, 58:16, 58:19, 58:25, 59:9, 59:23, 60:13, 61:4, 66:21, 68:19, 81:16, 82:22, 92:25, 93:4, 93:8, 93:13, 93:16, 93:22, 93:23, 99:20, 103:4, 103:10, 105:9, 105:13, 152:19, 152:20, 153:22, 153:23, 154:8, 154:10
**most** [8] - 8:14, 34:12, 51:25, 64:19, 130:25, 138:7, 147:15, 152:10
**mostly** [1] - 137:2
**mother** [16] - 8:21, 9:22, 10:11, 11:23, 17:7, 17:13, 17:18, 19:12, 21:2, 21:5, 53:7, 53:8, 54:5, 55:22, 92:9, 92:11
**mother's** [1] - 20:12
**Motion** [3] - 21:17, 21:21, 22:1
**MOTION** [1] - 3:13
**motion** [26] - 15:4, 15:17, 16:17, 18:1, 19:6, 21:8, 21:10, 21:12, 21:13, 21:15, 21:16, 21:24, 22:21, 25:4, 25:18, 25:21,

26:11, 27:19, 27:25, 30:15, 34:9, 38:3, 38:17, 39:18, 141:13, 154:6

**motioned** [1] - 95:4

**motions** [7] - 9:4, 9:5, 13:14, 21:13, 25:20, 25:24, 39:19

**MOTIONS** [2] - 3:2, 8:4

**move** [6] - 116:7, 118:19, 120:3, 126:13, 134:12, 139:24

**moved** [4] - 25:24, 31:19, 31:22, 132:16

**moves** [4] - 21:2, 22:5, 26:13, 38:12

**movie** [1] - 68:23

**moving** [3] - 69:5, 141:5, 148:19

**MR** [209] - 3:5, 3:6, 3:19, 3:20, 3:21, 8:6, 8:8, 8:11, 8:24, 9:2, 9:19, 9:21, 10:2, 10:7, 10:16, 10:20, 11:3, 11:22, 12:7, 12:19, 13:12, 13:13, 14:21, 14:24, 15:23, 16:3, 16:6, 16:14, 16:17, 16:21, 17:17, 18:13, 19:4, 19:24, 20:1, 20:4, 20:6, 20:15, 20:24, 21:7, 21:11, 21:21, 21:24, 22:3, 22:21, 23:15, 25:9, 25:14, 26:25, 27:9, 27:15, 27:17, 28:1, 28:18, 28:24, 29:3, 30:13, 31:5, 31:14, 31:18, 32:10, 32:15, 32:23, 33:7, 33:13, 33:19, 34:1, 34:7, 34:22, 35:8, 35:11, 35:24, 36:5, 36:7, 36:17, 38:21, 38:24, 39:8, 39:16, 40:10, 40:15, 40:22, 41:10, 41:16, 41:20, 42:24, 42:25, 43:6, 43:9, 43:14, 43:19, 43:22, 43:24, 44:9, 44:20, 45:9, 45:12, 45:17, 46:7, 46:12, 47:2, 47:3, 47:9, 47:19, 47:25, 48:7, 48:12, 52:21, 66:16, 67:1, 67:3, 67:7, 70:25, 71:3, 71:12, 71:17, 74:16, 74:18, 76:5,

76:6, 76:8, 76:10, 76:24, 77:1, 77:2, 77:9, 77:11, 77:13, 77:17, 78:2, 78:4, 78:6, 79:12, 79:14, 79:18, 79:23, 83:24, 84:3, 84:4, 86:3, 86:6, 86:25, 87:3, 87:8, 87:12, 87:17, 90:14, 90:18, 91:1, 98:20, 98:22, 100:16, 100:19, 101:6, 101:9, 102:11, 102:13, 103:6, 103:9, 104:7, 104:9, 104:25, 105:1, 105:6, 105:16, 105:19, 105:22, 106:3, 106:5, 107:3, 107:5, 107:8, 107:11, 107:17, 116:7, 116:10, 116:12, 116:25, 117:2, 117:5, 117:10, 117:17, 117:22, 118:5, 118:19, 119:1, 119:6, 120:3, 120:5, 120:12, 120:18, 120:19, 120:24, 121:5, 121:7, 123:7, 123:9, 123:12, 134:12, 134:14, 134:20, 134:22, 135:1, 135:8, 139:8, 139:11, 149:20, 154:4, 154:12

**multi** [1] - 62:21

**multi-phased** [1] - 62:21

**multiple** [4] - 37:17, 37:19, 63:4, 148:5

**murder** [1] - 152:25

**must** [3] - 49:20, 51:12, 118:2

**MySpace** [1] - 50:14

# N

**name** [16] - 39:1, 47:10, 47:12, 47:17, 71:18, 75:4, 75:14, 75:16, 76:15, 79:24, 87:18, 107:19, 107:20, 107:24, 117:8

**named** [1] - 74:2

**names** [3] - 45:14, 47:22, 47:24

**Native** [2] - 11:7, 68:9

**naturally** [1] - 69:14

**nature** [6] - 10:5, 13:3, 13:9, 57:20,

65:16, 82:5

**near** [4] - 57:14, 57:19, 85:2, 86:10

**nearby** [2] - 61:18, 80:19

**nearly** [1] - 22:11

**necessary** [5] - 37:18, 67:9, 116:18, 116:22, 118:25

**necessity** [1] - 120:10

**neck** [2] - 127:14, 127:15

**need** [9] - 14:24, 33:18, 43:3, 77:18, 91:10, 116:20, 117:14, 142:4, 142:23

**needed** [3] - 121:21, 122:24, 152:17

**negate** [1] - 51:13

**neglect** [3] - 19:10, 19:23, 20:2

**Nelson's** [1] - 7:1

**nerve** [9] - 147:2, 147:3, 147:4, 147:5, 147:8, 147:13, 147:23, 151:23

**nerves** [1] - 147:21

**network** [1] - 49:20

**neurological** [1] - 152:3

**neurons** [1] - 143:24

**neuropathological** [2] - 152:15, 152:19

**neuropathologist** [1] - 152:17

**neuropathology** [1] - 143:11

**never** [6] - 18:20, 28:24, 42:7, 46:18, 53:18, 68:3

**New** [2] - 72:1, 143:5

**new** [3] - 36:18, 38:8, 49:6

**newspapers** [1] - 50:19

**next** [16] - 67:7, 70:21, 79:17, 87:11, 92:7, 97:9, 103:8, 106:25, 107:10, 119:7, 126:13, 126:14, 133:9, 133:11, 146:3, 153:3

**nice** [1] - 80:1

**night** [14] - 55:7, 55:12, 55:20, 55:22, 55:23, 58:1, 58:11, 92:5, 92:9, 98:24, 99:11, 99:19, 100:9, 100:15

**nightmare** [1] - 66:19

**nina** [1] - 4:14

**Nina** [1] - 4:23

**nobody** [4] - 12:21, 31:3, 105:10, 153:21

**none** [1] - 35:14

**nonrestrictive** [1] - 110:13

**nonspecific** [3] - 146:20, 147:14

**normal** [12] - 42:9, 42:18, 53:12, 55:21, 76:3, 112:7, 112:14, 121:24, 123:20, 127:23, 147:4, 147:7

**normally** [5] - 42:7, 74:5, 74:13, 81:2, 84:12

**north** [1] - 88:21

**North** [6] - 33:22, 60:2, 62:9, 114:19, 114:23

**NORTHERN** [1] - 1:3

**note** [3] - 25:6, 75:22, 76:22

**noted** [1] - 126:8

**notes** [2] - 119:4, 153:20

**nothing** [8] - 36:5, 70:20, 79:12, 86:25, 105:16, 106:5, 122:15, 130:15

**notice** [4] - 8:16, 8:18, 10:16, 56:18

**noticed** [2] - 56:23, 69:5

**notify** [2] - 52:9, 83:20

**notwithstanding** [1] - 26:2

**November** [1] - 53:24

**nude** [1] - 122:9

**number** [20] - 23:5, 23:6, 28:20, 29:19, 33:10, 33:11, 33:12, 63:17, 65:11, 67:17, 73:10, 85:15, 88:7, 89:14, 89:16, 129:19, 146:14, 148:4, 150:21

**numbers** [2] - 38:10, 149:7

**numerous** [8] - 111:7, 111:16, 132:10, 136:20, 143:23, 147:16, 148:22, 149:6

**nurse** [3] - 78:14, 78:15, 83:4

**nurses** [2] - 78:20, 83:1

**nursing** [1] - 88:8

# O

**oath** [5] - 43:3, 43:5, 48:17, 48:24, 51:9

**obey** [1] - 46:16

**object** [10] - 36:15, 44:1, 44:9, 45:1, 90:18, 98:20, 120:5, 134:14, 139:8, 139:14

**objected** [1] - 37:18

**objecting** [1] - 116:12

**objection** [26] - 15:10, 16:17, 19:6, 35:6, 35:8, 37:25, 42:23, 45:4, 45:24, 46:1, 47:14, 67:1, 70:25, 76:6, 77:11, 90:14, 103:6, 104:7, 116:13, 116:20, 117:2, 117:18, 119:2, 120:19, 120:21

**objections** [4] - 36:7, 37:5, 39:22, 40:6

**objects** [1] - 139:20

**obligation** [1] - 55:15

**observation** [2] - 22:14, 24:10

**observations** [4] - 120:14, 131:24, 133:17, 151:24

**observe** [4] - 82:24, 83:1, 122:5, 150:13

**observed** [6] - 103:14, 121:22, 150:16, 150:17, 150:18, 150:20

**observing** [1] - 107:9

**obstruction** [1] - 46:24

**obtain** [1] - 78:10

**obtained** [1] - 140:2

**obviously** [1] - 52:5

**occasion** [1] - 88:22

**occipital** [2] - 126:3, 127:13

**occupation** [2] - 71:20, 87:20

**occurred** [6] - 10:15, 17:9, 64:19, 65:24, 71:5

**OF** [3] - 1:2, 1:5, 3:17

**offense** [2] - 29:6, 65:23

**offenses** [1] - 17:20

**offer** [6] - 10:4, 35:6, 35:8, 76:5, 77:2, 104:25
**offered** [3] - 27:7, 32:2, 35:25
**OFFERED** [2] - 6:2, 7:7
**offering** [3] - 38:18, 38:19, 77:9
**Office** [7] - 1:19, 1:23, 2:3, 107:25, 108:9, 109:25, 114:13
**office** [20] - 47:5, 62:16, 65:6, 80:25, 87:25, 88:19, 88:20, 88:22, 88:25, 89:23, 108:1, 108:2, 108:4, 114:11, 114:16, 115:4, 121:15, 133:1, 147:15
**officers** [2] - 80:19, 81:11
**offices** [1] - 90:10
**official** [1] - 108:11
**often** [6] - 56:22, 56:23, 57:2, 57:5, 146:20, 147:18
**Ohio** [1] - 71:24
**old** [20] - 28:8, 28:15, 29:25, 52:24, 53:12, 58:12, 58:21, 59:1, 68:20, 69:2, 121:22, 123:14, 124:9, 124:20, 125:18, 125:19, 125:21, 126:6, 143:9, 152:8
**old-fashioned** [1] - 123:14
**older** [3] - 68:21, 124:13, 129:5
**once** [8] - 12:24, 59:15, 63:3, 63:11, 125:23, 147:19, 152:13, 152:14
**one** [87] - 12:18, 15:12, 18:16, 20:13, 21:11, 21:16, 23:22, 24:10, 24:17, 27:1, 27:25, 29:20, 29:22, 30:15, 32:21, 33:19, 33:24, 34:8, 38:10, 38:21, 39:22, 39:24, 39:25, 40:1, 40:2, 40:3, 40:4, 40:6, 40:8, 41:10, 42:4, 43:6, 46:7, 46:14, 47:10, 50:1, 56:9, 59:16, 60:16, 60:21, 60:24, 64:17, 65:21, 66:16, 68:16, 69:17, 70:16,

71:6, 72:7, 81:24, 82:3, 88:21, 89:11, 89:18, 90:10, 97:19, 99:4, 100:2, 107:5, 109:9, 110:23, 115:11, 119:23, 124:10, 126:8, 129:5, 130:8, 130:20, 130:21, 132:22, 133:8, 134:2, 135:14, 136:12, 137:20, 140:1, 140:6, 142:6, 142:7, 143:14, 148:8, 149:16, 151:16
**one-fifth** [1] - 142:7
**one-half** [1] - 124:10
**one-year** [1] - 72:7
**ones** [13] - 32:5, 32:7, 32:8, 32:11, 32:13, 68:24, 72:24, 73:3, 80:20, 118:17, 138:4, 138:10, 140:25
**open** [7] - 8:2, 52:15, 84:14, 106:16, 135:5, 153:16, 153:19
**opened** [1] - 135:16
**OPENING** [2] - 3:5, 3:6
**Opening** [1] - 45:22
**opening** [27] - 12:22, 15:19, 20:23, 35:22, 40:17, 40:24, 41:22, 43:10, 43:12, 43:15, 43:25, 44:6, 44:14, 45:3, 45:18, 45:19, 45:21, 45:22, 46:2, 46:4, 52:20, 60:5, 66:15, 67:2, 90:22, 98:23
**operations** [1] - 80:10
**opinion** [36] - 13:22, 14:2, 14:19, 22:7, 22:9, 22:10, 22:18, 23:4, 23:11, 23:19, 23:21, 24:14, 24:20, 24:25, 25:1, 25:3, 37:23, 63:24, 64:18, 64:23, 65:8, 65:9, 130:7, 137:9, 139:1, 139:4, 139:17, 139:18, 139:23, 142:11, 145:6, 147:22, 148:2, 148:3
**opinions** [3] - 50:3, 106:14, 120:15
**opportunity** [1] - 30:10
**optic** [9] - 147:1, 147:3, 147:4, 147:8,

147:13, 147:21, 147:23, 151:23
**oral** [1] - 8:16
**order** [17] - 13:15, 13:19, 14:10, 14:17, 17:4, 21:2, 22:6, 31:19, 31:22, 38:3, 109:22, 116:18, 116:22, 130:17, 130:21, 141:9, 144:24
**organization** [2] - 64:8, 64:10
**organs** [4] - 113:7, 113:8, 113:9, 133:6
**original** [3] - 6:13, 6:15, 21:13
**otherwise** [2] - 18:17, 45:15
**outline** [1] - 45:2
**outlying** [1] - 114:14
**outside** [6] - 30:10, 42:11, 62:23, 63:4, 111:18, 114:14
**outweighed** [3] - 26:4, 26:17, 28:2
**overdose** [1] - 113:15
**overexposed** [1] - 9:18
**overly** [1] - 11:14
**overnight** [1] - 92:6
**overruled** [11] - 37:6, 37:24, 45:5, 90:23, 103:7, 117:4, 120:8, 120:10, 120:22, 134:17, 139:10
**oversee** [1] - 80:11
**own** [4] - 14:9, 14:18, 23:8, 36:11
**Oyate** [7] - 58:20, 68:21, 80:5, 93:7, 94:6, 94:12, 97:20

# P

**p.m** [2] - 52:16, 154:15
**pack** [1] - 69:6
**packet** [1] - 17:23
**padding** [2] - 96:17, 96:18
**page** [2] - 21:25, 102:18
**Page** [1] - 22:8
**panel** [1] - 49:8
**panicked** [1] - 69:6
**papers** [1] - 9:17
**Paragraph** [1] - 27:10

**paragraph** [1] - 102:18
**pardon** [2] - 35:7, 138:12
**parent** [1] - 53:22
**parents** [3] - 22:12, 23:22, 38:14
**part** [42] - 12:16, 13:24, 18:20, 35:4, 36:3, 37:22, 53:5, 53:10, 53:22, 56:8, 60:15, 62:1, 62:23, 63:6, 63:9, 73:15, 76:3, 82:9, 84:5, 85:10, 102:21, 112:5, 112:7, 112:19, 112:24, 113:6, 113:10, 114:1, 119:9, 121:20, 127:14, 131:18, 135:4, 140:15, 140:21, 141:16, 141:17, 142:18, 147:2, 150:25, 153:8
**participants** [1] - 49:22
**participation** [1] - 49:15
**particular** [5] - 54:2, 88:10, 93:22, 116:18, 116:21
**particularly** [6] - 12:17, 24:16, 56:19, 57:10, 58:8, 68:7
**parties** [7] - 49:21, 50:4, 50:25, 51:3, 51:11, 51:16, 66:4
**parts** [7] - 84:9, 84:23, 84:24, 85:1, 112:23, 114:23, 150:3
**partway** [2] - 59:12, 59:13
**pass** [2] - 109:15, 109:16
**passed** [5] - 53:8, 60:9, 62:16, 65:18, 91:19, 109:15
**past** [2] - 26:15, 47:10
**pathologist** [3] - 22:11, 111:6, 143:5
**pathologists** [1] - 125:1
**pathology** [17] - 109:21, 109:22, 109:24, 110:3, 110:4, 110:5, 110:6, 110:7, 112:17, 124:23, 127:20, 131:16, 136:9, 139:14,

142:10, 143:1
**patient** [1] - 74:1
**patients** [2] - 73:10, 73:15
**pattern** [1] - 64:1
**patterns** [1] - 138:25
**Paul** [2] - 62:18, 111:18
**Pause** [1] - 31:17
**pay** [1] - 55:15
**PDA** [2] - 49:9, 50:11
**Pedialyte** [1] - 102:10
**pediatrician** [2] - 62:8, 72:17
**Pediatrics** [1] - 73:4
**peel** [2] - 130:19, 144:12
**peeled** [4] - 131:2, 140:14, 140:15, 141:22
**pen** [10] - 77:20, 123:6, 123:10, 123:11, 123:13, 123:15, 137:13, 137:17, 137:20, 137:22
**penalties** [1] - 30:21
**penalty** [1] - 13:18
**pencil** [1] - 123:15
**pending** [1] - 14:12
**people** [27] - 23:2, 42:16, 49:15, 50:25, 52:3, 52:4, 67:10, 68:3, 83:4, 113:14, 114:21, 114:22, 114:24, 124:5, 124:15, 125:2, 125:3, 127:17, 128:17, 133:6, 144:4, 144:11, 145:3, 145:13, 151:20, 153:15
**per** [1] - 113:23
**percent** [1] - 125:2
**peremptory** [2] - 39:23, 40:8
**perform** [10] - 111:8, 112:5, 112:22, 115:5, 122:2, 125:23, 128:14, 129:2, 142:2, 142:24
**performed** [9] - 32:18, 112:11, 113:17, 113:25, 115:8, 115:9, 121:24, 127:25, 131:7
**performing** [7] - 59:7, 68:13, 97:1, 97:5, 97:12, 113:4, 115:12

**performs** [1] - 114:14

**period** [7] - 29:9, 30:4, 64:20, 110:24, 125:7, 127:18, 143:2

**permanent** [2] - 12:4, 93:18

**permission** [7] - 9:3, 15:6, 15:24, 49:25, 77:14, 83:25, 92:1

**permit** [1] - 15:4

**person** [11] - 12:16, 33:7, 48:12, 58:6, 63:9, 83:11, 86:19, 89:24, 91:11, 112:18, 150:6

**person's** [2] - 131:13, 143:16

**personally** [1] - 115:5

**pertinent** [1] - 151:24

**phased** [1] - 62:21

**Phillips** [1] - 2:15

**phone** [8] - 49:8, 49:9, 50:10, 55:9, 55:12, 55:20, 106:10, 152:23

**photo** [6] - 7:11, 36:3, 41:2, 127:11, 142:9

**Photo** [3] - 6:9, 6:11, 7:13

**photograph** [10] - 6:12, 6:14, 63:1, 116:5, 123:1, 126:13, 128:2, 137:12, 140:19, 149:4

**photographed** [2] - 122:7, 134:9

**Photographs** [1] - 36:8

**photographs** [14] - 31:23, 32:1, 33:14, 36:24, 40:23, 113:5, 115:19, 118:13, 119:11, 119:21, 119:23, 129:12, 132:19

**Photos** [2] - 6:18, 7:14

**photos** [11] - 6:21, 7:16, 34:23, 35:24, 36:1, 37:10, 37:12, 40:25, 136:13, 140:1, 140:6

**physically** [1] - 26:15

**physician** [1] - 71:21

**pick** [1] - 92:11

**picked** [1] - 54:22,

61:14, 67:23

**picture** [39] - 9:17, 115:25, 116:2, 116:4, 117:10, 121:5, 121:11, 121:12, 123:2, 123:10, 123:15, 123:18, 123:25, 125:22, 126:14, 126:15, 126:16, 129:7, 134:23, 135:3, 136:14, 136:15, 136:22, 138:3, 139:25, 140:12, 140:13, 140:21, 141:6, 141:19, 143:15, 144:19, 146:3, 146:8, 146:14, 148:9, 148:11, 148:12, 151:16

**pictures** [34] - 29:21, 29:22, 29:24, 35:4, 36:17, 36:19, 37:7, 41:8, 118:8, 118:10, 118:12, 118:16, 119:15, 119:18, 119:20, 120:1, 120:13, 129:9, 133:12, 133:16, 133:24, 134:3, 134:4, 134:7, 134:9, 136:7, 136:14, 136:18, 136:20, 137:1, 148:22, 149:2, 149:24, 151:17

**piece** [1] - 65:19

**Pierre** [2] - 1:23, 1:24

**Piersol** [1] - 1:16

**pinpoint** [2] - 132:5, 132:6, 132:12

**place** [8] - 10:19, 52:9, 60:7, 67:8, 91:16, 107:24, 110:23, 132:21

**placed** [2] - 33:24, 94:7

**placement** [1] - 64:2

**places** [2] - 110:20, 110:22

**Plaintiff** [1] - 1:6, 1:24, 8:7

**Plaintiff's** [1] - 39:9

**plan** [4] - 26:7, 26:9, 38:18, 38:19

**plane** [4] - 150:9, 150:10, 150:25

**planes** [12] - 63:19, 63:21, 63:23, 65:12, 148:5, 150:4, 150:5, 150:7, 150:10,

150:11, 150:13, 150:14

**play** [3] - 53:25, 129:11

**pliable** [1] - 146:13

**plus** [2] - 133:5, 148:5

**PO** [1] - 1:20

**podium** [1] - 48:5

**point** [16] - 8:16, 19:18, 37:20, 45:1, 56:21, 58:22, 95:5, 128:6, 136:11, 139:21, 140:18, 141:3, 142:23, 144:19, 153:8, 153:9

**pointed** [4] - 48:6, 54:11, 130:10, 140:24

**pointer** [2] - 128:5, 135:10

**pointing** [1] - 61:12

**points** [6] - 41:7, 63:13, 63:15, 64:15, 136:11

**Police** [3] - 80:15, 80:17, 84:9

**police** [8] - 17:6, 80:5, 80:10, 81:8, 82:14, 85:4, 85:8

**portion** [14] - 38:1, 119:22, 129:7, 130:9, 131:25, 132:17, 135:4, 140:14, 141:16, 146:15, 146:25, 152:14, 152:16

**portions** [1] - 38:12

**position** [2] - 39:3, 109:3

**possible** [2] - 17:1, 23:25

**possibly** [2] - 13:8, 23:7, 43:25

**post** [1] - 49:20

**postmortem** [3] - 127:16, 127:19, 127:21

**potential** [6] - 41:24, 122:1, 141:24, 141:25, 144:9, 144:12

**power** [1] - 49:12

**PowerPoint** [9] - 41:6, 41:15, 41:16, 43:25, 44:4, 44:10, 44:18, 44:24, 45:4

**PowerPoints** [2] - 44:6, 44:12

**practice** [10] - 42:9, 42:18, 42:19, 73:5, 74:1, 103:18, 110:12,

113:21, 122:15, 133:1

**practiced** [1] - 109:10

**practicing** [1] - 73:13

**Prairie** [2] - 82:2, 82:4

**precipitating** [1] - 12:12

**precisely** [3] - 19:4, 30:14, 34:8

**preclude** [4] - 18:1, 22:22, 23:12, 44:23

**precluded** [1] - 19:15

**precluding** [2] - 13:16, 13:19

**predraw** [2] - 42:8, 43:2

**predrawn** [1] - 45:6

**preexisting** [1] - 70:7

**prefer** [1] - 110:22

**pregnant** [2] - 53:16, 53:18

**prejudice** [5] - 26:4, 26:18, 28:6

**prejudicial** [10] - 11:20, 11:24, 12:20, 28:2, 28:10, 30:14, 36:13, 36:25, 120:7, 134:15

**Preliminary** [1] - 52:18

**PRELIMINARY** [1] - 3:4

**preliminary** [3] - 49:3, 49:6, 133:23

**prepare** [1] - 69:21

**presence** [10] - 3:9, 4:13, 4:14, 4:16, 13:1, 20:22, 27:2, 30:10, 30:25, 106:21

**present** [20] - 8:2, 16:13, 16:24, 20:13, 22:16, 24:12, 29:4, 42:16, 43:25, 52:15, 60:11, 90:7, 91:7, 95:24, 102:24, 106:22, 129:20, 148:3, 154:3, 154:11

**PRESENT** [1] - 2:7

**presentation** [1] - 41:6

**presented** [4] - 27:4, 51:5, 51:16, 59:24

**presenting** [1] - 22:7

**presumption** [1] - 35:13

**pretrial** [3] - 118:21, 120:21, 134:18

**PRETRIAL** [2] - 3:2, 8:4

**pretty** [6] - 15:8, 19:20, 113:21, 114:7, 128:8, 143:13

**prevalently** [1] - 108:14

**prevent** [1] - 36:3

**previous** [4] - 92:13, 120:25, 127:6, 129:16

**previously** [7] - 57:25, 112:4, 114:13, 115:12, 119:8, 131:22, 134:17

**primarily** [1] - 88:11

**primary** [2] - 16:5, 89:9

**print** [1] - 11:4

**private** [3] - 108:2, 108:7, 113:21

**probabilities** [1] - 24:2

**probative** [14] - 11:20, 11:24, 11:25, 12:20, 24:6, 26:3, 26:17, 28:1, 31:9, 32:19, 34:10, 35:1, 36:24, 134:16

**probe** [1] - 59:21

**problem** [5] - 48:4, 55:6, 116:15, 124:24, 125:6

**problems** [3] - 19:13, 52:2

**procedure** [2] - 42:23, 115:19

**proceed** [4] - 9:10, 118:4, 122:1, 153:24

**proceedings** [1] - 154:15

**process** [4] - 37:9, 51:9, 51:14, 85:20

**proclaim** [1] - 14:1

**proffered** [1] - 13:1

**program** [4] - 73:19, 109:19, 109:20

**programs** [2] - 50:22, 109:18

**prohibiting** [8] - 14:11, 14:18, 17:5, 21:3, 22:6, 31:20, 31:22, 38:4

**projection** [3] - 143:24, 147:4, 147:5

**pronouncing** [1] - 21:5

**proof** [2] - 9:16, 18:21

**propensity** [1] - 30:21

**proper** [2] - 23:4, 23:11

**properly** [3] - 25:2, 30:16, 116:17
**propose** [2] - 42:17, 106:24
**proposed** [1] - 17:24
**proposing** [1] - 41:14
**prosecution** [1] - 136:10
**prosecutor** [1] - 77:6
**Prosecutor** [1] - 117:25
**prospective** [2] - 42:5, 42:16
**protein** [1] - 129:1
**protocol** [10] - 115:12, 125:16, 127:22, 131:5, 132:4, 138:17, 142:15, 149:6, 149:10, 149:23
**prove** [4] - 18:17, 28:14, 66:8, 71:4
**proved** [1] - 118:3
**provide** [2] - 32:3, 50:7
**provided** [3] - 38:25, 41:11, 44:2
**providing** [2] - 44:10, 59:20
**pry** [1] - 59:22
**public** [4] - 18:24, 42:15, 108:14
**publish** [4] - 76:8, 121:1, 121:5, 134:20
**pull** [1] - 69:25
**pulled** [1] - 135:19
**punched** [2] - 30:2, 147:17
**punching** [1] - 30:1, 139:22
**punishment** [1] - 13:18
**purchase** [1] - 54:9
**pure** [1] - 30:21
**purple** [1] - 125:4
**purplish** [3] - 123:22, 127:16, 147:2
**purpose** [2] - 32:24, 119:4
**purposes** [10] - 8:22, 36:9, 117:9, 117:12, 118:20, 118:24, 119:1, 121:15, 121:18, 123:17
**pursuant** [2] - 95:21, 120:24
**put** [23] - 12:24, 19:21, 26:22, 33:3, 33:21, 33:22, 47:17, 47:24, 60:14, 61:1,

73:13, 78:24, 94:24, 105:2, 121:11, 125:11, 125:24, 131:13, 132:11, 136:25, 143:1, 148:18, 149:13
**puts** [2] - 9:13, 47:12
**putting** [2] - 19:19, 153:17

## Q

**quarter** [1] - 57:1
**questioned** [1] - 142:10
**questions** [10] - 13:10, 40:8, 70:22, 70:23, 78:2, 101:6, 105:23, 119:15, 133:23, 134:1
**quick** [1] - 68:14
**quite** [4] - 19:8, 68:10, 69:6, 73:12

## R

**raised** [3] - 10:25, 12:4, 37:6
**raises** [1] - 34:17
**raising** [1] - 105:8
**Ramsey** [6] - 62:17, 107:22, 107:25, 108:1, 108:24, 111:1, 111:2, 111:18, 114:15, 115:1
**ran** [3] - 54:13, 69:4, 69:6
**Randall** [7] - 5:4, 22:7, 22:22, 23:3, 23:10, 23:16, 24:22
**Randall's** [3] - 7:20, 22:8, 23:25
**ranging** [1] - 149:13
**rare** [1] - 147:18
**rarely** [2] - 22:15, 24:12
**rate** [2] - 12:19, 59:3
**rather** [3] - 26:21, 138:4, 154:8
**rayed** [1] - 152:8
**reaching** [1] - 144:6
**reaction** [1] - 128:20
**read** [6] - 27:21, 29:2, 30:23, 52:18, 101:10, 153:21
**READ** [1] - 3:18
**reading** [1] - 37:14
**ready** [10] - 53:4, 58:2, 58:3, 58:10,

58:13, 61:6, 61:7, 68:24, 68:25, 73:22
**realize** [1] - 24:22
**really** [16] - 22:18, 24:13, 53:22, 63:1, 112:22, 121:23, 122:13, 124:1, 128:7, 130:16, 136:5, 141:23, 141:25, 142:25, 144:2, 147:5
**reason** [12] - 11:17, 35:3, 35:21, 42:21, 42:22, 52:6, 122:14, 122:21, 123:18, 123:25, 133:3, 140:11
**reasonable** [3] - 139:1, 139:5, 147:22
**reasons** [4] - 30:16, 118:20, 120:20, 134:17
**rebut** [1] - 9:24
**REBUTTAL** [3] - 3:15, 3:16, 5:10
**rebuttal** [3] - 9:15, 12:23, 17:1
**recapping** [1] - 104:23
**receive** [1] - 30:8
**RECEIVED** [2] - 6:2, 7:7
**received** [15] - 17:23, 34:15, 40:19, 44:2, 44:25, 71:22, 76:7, 77:12, 91:22, 116:9, 119:3, 120:23, 134:18, 134:19, 153:11
**receiving** [1] - 30:9
**recent** [3] - 23:20, 30:7, 125:16
**recently** [1] - 8:14
**Recess** [2] - 52:14, 106:20
**recess** [6] - 31:15, 46:25, 106:8, 106:17, 154:14
**reciprocal** [3] - 16:15, 16:22, 18:9
**recognize** [5] - 74:14, 74:20, 115:23, 115:25, 118:7
**recollection** [3] - 99:16, 102:15, 103:4
**recollections** [1] - 103:21
**recommence** [1] - 52:8
**record** [12] - 14:21, 15:7, 33:10, 33:12, 34:2, 42:1, 46:8,

46:16, 47:18, 75:25, 117:15, 118:25
**Record** [1] - 6:4
**Record/Leave** [1] - 6:8
**recorded** [2] - 79:2, 79:5, 103:21
**recording** [1] - 50:11
**records** [4] - 35:15, 57:5, 65:7, 146:18
**recover** [1] - 142:5
**Recross** [1] - 4:2
**red** [7] - 8:20, 128:25, 135:21, 137:24, 140:20, 141:20, 141:21
**Red** [1] - 89:5
**redact** [1] - 47:18
**redacted** [1] - 34:23
**redaction** [1] - 47:14
**reddish** [1] - 146:24
**redirect** [1] - 87:1
**Redirect** [1] - 4:2
**REDIRECT** [2] - 87:2, 105:21
**reexamine** [1] - 133:2
**refer** [2] - 65:19, 115:16
**reference** [9] - 14:11, 17:5, 18:2, 25:24, 26:2, 33:21, 45:13, 75:10, 98:23
**references** [2] - 13:21, 60:6
**referencing** [4] - 13:17, 21:4, 40:18, 40:24
**referred** [2] - 38:13, 84:12
**referring** [1] - 125:22
**reflect** [4] - 118:17, 119:4, 134:8, 134:10
**reflected** [1] - 78:23
**reflecting** [1] - 135:3
**reflection** [1] - 127:1
**refrain** [2] - 13:17, 13:21
**refresh** [4] - 99:16, 102:14, 149:7, 149:8
**REFUSED** [1] - 7:17
**refuses** [1] - 111:13
**regard** [22] - 14:3, 14:8, 17:14, 19:2, 20:11, 20:20, 25:23, 26:22, 27:24, 28:8, 34:16, 35:21, 39:20, 45:24, 93:6, 94:5, 97:4, 99:2, 116:16, 117:21, 120:9, 152:23

**regarding** [21] - 17:5, 17:6, 17:24, 26:10, 28:14, 54:1, 64:1, 64:14, 65:15, 66:4, 70:2, 83:15, 114:4, 114:17, 117:16, 119:16, 120:15, 129:7, 129:10, 133:16
**regular** [1] - 67:15
**regularly** [1] - 104:1
**related** [5] - 17:20, 27:18, 35:19, 49:22, 132:13
**relating** [1] - 38:14
**relationship** [6] - 53:16, 89:6, 128:11, 129:24, 138:9, 144:22
**released** [1] - 14:12
**relevance** [2] - 36:22, 134:15
**relevancy** [3] - 117:3, 120:6, 120:8
**relevant** [14] - 11:13, 19:9, 19:11, 23:15, 24:25, 25:3, 26:11, 26:17, 27:3, 30:6, 32:13, 32:16, 33:4, 35:23
**reliable** [4] - 22:16, 24:12, 124:25, 125:9
**remain** [1] - 42:11
**remainder** [1] - 36:7
**remember** [8] - 27:23, 45:21, 46:2, 106:9, 132:24, 140:10, 149:11, 152:22
**remind** [2] - 14:24, 38:11
**remnants** [1] - 127:14
**remote** [4] - 11:15, 12:11, 12:12, 12:17
**removal** [2] - 20:3, 130:18
**remove** [1] - 34:23
**render** [1] - 23:18
**rendered** [1] - 51:12
**reoffer** [1] - 120:18
**rep** [1] - 88:7
**repair** [1] - 128:20
**repeated** [1] - 90:18
**repeatedly** [2] - 30:1, 56:19
**rephrase** [1] - 79:8
**Report** [1] - 7:17
**report** [17] - 12:8, 17:6, 38:5, 56:20, 82:19, 99:14, 101:22, 102:14, 103:2,

103:15, 103:18, 103:21, 104:16, 104:19, 104:20, 104:22, 115:16

**reporter** [4] - 47:12, 47:17, 47:23, 154:7

**REPORTER** [2] - 2:13, 154:9

**Reporter** [1] - 2:14

**reports** [2] - 37:14, 89:16

**represent** [2] - 119:24, 149:24

**reprimand** [1] - 56:22

**reputation** [1] - 19:14

**request** [13] - 13:15, 13:19, 14:10, 14:17, 15:18, 15:20, 16:10, 16:12, 16:15, 17:4, 34:22, 55:13, 65:6

**requested** [1] - 38:7

**requests** [1] - 26:1

**required** [2] - 49:16, 82:9

**requires** [1] - 96:3

**res** [1] - 27:11

**research** [9] - 50:18, 50:24, 51:5, 52:3, 52:4, 52:6, 106:10, 152:23, 153:14

**Reservation** [23] - 80:13, 80:21, 80:23, 81:4, 81:6, 84:10, 84:12, 84:13, 84:14, 84:15, 84:17, 84:20, 84:21, 85:1, 85:10, 85:25, 86:8, 88:23, 89:4, 89:5, 89:7, 89:9, 97:6

**reservation** [1] - 65:25

**Reservations** [1] - 88:12

**reservations** [1] - 88:18

**reserve** [1] - 33:3

**residence** [5] - 41:3, 57:19, 95:20, 96:13, 97:12

**residency** [10] - 72:13, 72:18, 72:20, 109:17, 109:19, 109:20, 110:2, 110:4, 110:17

**resist** [2] - 40:18, 105:1

**resolved** [1] - 145:16

**respectfully** [1] -

12:11

**respond** [3] - 80:11, 80:20, 85:12

**responders** [1] - 85:9

**responding** [1] - 38:17

**responds** [1] - 38:6

**response** [5] - 26:6, 26:20, 31:25, 36:16, 80:25

**responsibilities** [2] - 89:18, 111:4

**responsibility** [2] - 83:20, 89:9

**responsible** [5] - 111:7, 111:12, 111:14, 111:15, 111:16

**responsive** [1] - 68:6

**rest** [7] - 12:25, 27:3, 34:20, 37:18, 41:5, 48:18, 153:1

**restricted** [1] - 40:11

**RESTS** [3] - 3:11, 3:14, 3:16

**result** [7] - 18:14, 26:4, 26:18, 50:4, 51:20, 124:4, 136:12

**results** [1] - 122:12

**resume** [1] - 101:5

**retake** [1] - 136:7

**retinal** [2] - 146:17, 148:5

**retook** [1] - 133:12

**retried** [1] - 51:20

**return** [2] - 71:9, 92:8

**returned** [2] - 6:13, 6:15

**revealed** [1] - 62:12

**review** [2] - 29:20, 44:14

**reviewed** [5] - 22:25, 32:7, 37:7, 89:16, 115:2

**reviewing** [1] - 25:11

**revive** [2] - 69:15, 132:11

**rights** [4] - 91:3, 91:4, 91:11, 101:11

**ring** [1] - 124:8

**ring-shaped** [1] - 124:8

**RMR** [1] - 2:14

**Road** [2] - 7:11, 69:9

**roads** [1] - 57:21

**Rob** [7] - 4:8, 5:11, 7:17, 15:20, 56:2, 60:7, 87:12

**ROB** [1] - 87:13

**Robert** [1] - 87:19

**rod** [1] - 147:1

**role** [1] - 53:25

**rolled** [1] - 61:13

**rolling** [1] - 95:4

**room** [10] - 23:2, 42:4, 48:19, 50:13, 61:6, 61:9, 80:1, 86:20, 93:9, 94:10

**Rose** [4] - 4:22, 56:14, 57:3, 57:15

**rough** [1] - 73:10

**round** [2] - 148:23, 149:12

**rounds** [2] - 40:5, 40:7

**Rounds** [1] - 40:7

**route** [1] - 85:23

**routine** [4] - 104:4, 121:25, 122:15, 122:16

**routinely** [5] - 29:10, 29:15, 44:6, 111:24, 111:25

**RULE** [1] - 3:13

**Rule** [5] - 9:6, 18:4, 26:2, 26:19, 120:7

**rule** [9] - 9:7, 15:9, 15:11, 15:12, 27:5, 39:14, 40:12, 44:16, 44:19

**ruled** [5] - 21:12, 21:16, 25:21, 27:1, 39:17

**rules** [4] - 15:1, 15:3, 51:17, 51:19

**Rules** [2] - 25:25, 26:16

**ruling** [2] - 8:14, 120:25

**run** [2] - 108:20, 113:13

**running** [1] - 102:9

**rural** [1] - 69:9

**Russia** [3] - 109:6, 109:7, 110:23

**Russian** [1] - 109:6

**S**

**safe** [1] - 20:18

**sagittal** [1] - 150:10

**sales** [1] - 88:7

**Sam** [7] - 2:3, 8:8, 54:8, 54:9, 54:10, 54:11, 55:17

**sampled** [1] - 127:24

**Sanford** [3] - 60:1,

62:8, 64:5

**sat** [3] - 66:3, 69:1, 94:20

**satellite** [1] - 136:1

**satisfactorily** [1] - 121:4

**Saturday** [3] - 99:11, 99:17, 99:19

**save** [1] - 66:22

**saved** [1] - 69:13

**saw** [31] - 9:23, 10:7, 10:14, 10:19, 11:4, 18:22, 32:5, 36:21, 61:10, 62:3, 63:12, 63:20, 64:15, 64:22, 64:24, 95:2, 95:6, 95:9, 95:11, 95:13, 95:15, 95:17, 121:2, 128:11, 131:3, 136:22, 141:11, 146:6, 146:21, 150:12, 152:5

**scalpel** [3] - 122:17, 126:23, 127:13

**scalping** [1] - 130:18

**scalping-type** [1] - 130:18

**scan** [2] - 62:11, 64:5

**scavenger** [1] - 128:22

**scheduled** [2] - 9:9, 57:14

**school** [6] - 71:25, 72:2, 72:8, 73:20, 109:8, 110:15

**science** [1] - 70:18

**scraping** [1] - 124:4

**screen** [5] - 76:12, 121:9, 123:9, 135:10, 135:11

**screened** [3] - 73:23, 74:1, 74:4

**screening** [2] - 73:15, 75:1

**SD** [6] - 1:11, 1:17, 1:20, 1:24, 2:4, 2:15

**Seaboy** [1] - 5:7

**sealed** [1] - 48:21

**search** [1] - 50:22

**Search** [3] - 95:21, 95:23, 96:1

**seat** [5] - 60:23, 60:25, 96:16, 101:5

**seated** [2] - 42:10, 49:2

**Seattle** [1] - 88:5

**second** [17] - 24:10, 40:15, 77:19, 93:2, 100:7, 102:17, 102:18, 113:6, 124:1,

133:2, 133:13, 136:16, 136:20, 137:1, 140:14, 148:10, 148:11

**secondary** [1] - 142:16

**secretary** [1] - 44:17

**sectioned** [1] - 125:10

**sections** [3] - 126:1, 147:11

**secured** [1] - 60:17

**see** [123] - 9:12, 13:2, 19:18, 24:16, 27:2, 31:1, 31:11, 32:15, 32:20, 33:20, 35:12, 35:17, 35:19, 37:8, 41:14, 41:18, 43:16, 47:10, 48:20, 53:9, 57:5, 60:20, 62:25, 63:1, 63:3, 63:10, 63:11, 64:6, 67:7, 74:1, 74:4, 74:10, 83:9, 83:11, 89:24, 103:8, 121:1, 121:3, 122:10, 122:12, 122:18, 122:22, 123:2, 123:21, 124:1, 124:7, 124:10, 125:20, 126:21, 126:24, 126:25, 127:1, 127:4, 127:8, 127:10, 127:12, 127:14, 127:21, 127:23, 128:1, 129:3, 129:4, 129:17, 129:24, 130:10, 130:12, 131:4, 131:9, 133:14, 135:5, 135:6, 135:11, 135:12, 135:17, 135:20, 136:2, 137:1, 137:4, 137:6, 137:10, 137:15, 138:1, 138:4, 138:10, 139:25, 140:3, 140:19, 140:22, 140:25, 141:1, 141:16, 141:19, 142:21, 143:8, 143:15, 145:13, 145:16, 145:17, 145:22, 146:4, 146:7, 146:14, 146:15, 146:20, 146:22, 147:1, 147:8, 147:16, 147:18, 147:24, 148:15, 148:22, 149:4, 149:6, 149:25, 151:19, 152:7, 152:8, 152:11

**seeing** [4] - 21:15, 34:11, 36:21, 97:9
**seek** [1] - 17:25
**seeking** [3] - 22:21, 30:20, 34:9
**seeks** [1] - 18:1
**seemingly** [1] - 70:4
**seize** [1] - 96:2
**seized** [2] - 95:21, 96:12
**seizure** [1] - 61:15
**selected** [1] - 153:1
**selection** [2] - 37:9, 39:20
**self** [1] - 55:21
**send** [1] - 115:3
**sense** [4] - 24:17, 25:1, 46:5, 151:15
**sent** [3] - 38:7, 62:16, 66:23
**sentence** [3] - 20:5, 20:6, 24:9
**sentences** [2] - 22:19, 25:2
**separate** [4] - 22:18, 27:18, 43:5, 48:21
**separately** [1] - 132:14
**sequestration** [2] - 16:10, 16:23
**series** [2] - 56:3, 56:7
**serious** [4] - 10:8, 10:9, 59:25, 85:16
**serves** [2] - 28:6, 90:20
**Service** [1] - 82:2
**service** [4] - 50:12, 68:13, 85:5
**Services** [1] - 56:12
**set** [6] - 45:20, 47:6, 77:23, 90:12, 94:24, 137:1
**SETTLING** [1] - 3:17
**seven** [2] - 39:23, 58:21
**seven-year-old** [1] - 58:21
**seventh** [1] - 67:14
**sever** [2] - 30:15, 39:18
**several** [3] - 67:8, 128:20, 133:22
**severe** [1] - 28:11
**severed** [1] - 8:15
**severing** [1] - 25:21
**sexual** [1] - 122:2
**sexually** [1] - 23:7
**Shannon** [27] - 4:12, 4:19, 21:5, 53:7,

53:14, 53:15, 53:17, 53:18, 53:19, 54:4, 54:5, 54:8, 54:11, 54:15, 55:1, 55:5, 55:6, 55:8, 55:12, 55:15, 55:17, 55:19, 55:23, 55:25, 58:5, 94:15
**Shannon's** [3] - 54:12, 54:21, 92:1
**shape** [4] - 146:15, 148:16, 148:17, 148:18
**shaped** [3] - 124:8, 146:22, 148:20
**shave** [1] - 121:18, 122:14, 122:17, 122:20, 128:8
**shaved** [7] - 63:3, 120:1, 122:21, 123:18, 124:2, 127:13, 140:2
**shaving** [1] - 126:24
**Sheet** [1] - 6:8
**shocking** [1] - 34:12
**short** [3] - 9:8, 53:15, 143:19
**shortly** [1] - 19:10
**shoulder** [5] - 76:11, 121:8, 127:15, 135:13, 135:14
**show** [49] - 13:6, 19:9, 19:12, 28:19, 29:18, 29:23, 30:7, 33:7, 35:3, 36:14, 41:15, 41:16, 52:25, 53:20, 53:23, 54:20, 54:23, 55:7, 56:2, 56:7, 57:6, 57:12, 57:16, 57:18, 58:9, 59:8, 59:17, 62:13, 64:9, 65:22, 67:4, 71:3, 96:9, 115:21, 116:22, 118:6, 119:13, 123:1, 123:23, 129:13, 129:14, 133:24, 134:24, 136:22, 141:6, 146:3, 148:12, 148:23
**showed** [2] - 102:14, 103:24
**shower** [4] - 99:6, 99:11, 99:12, 99:19
**showing** [4] - 8:23, 18:18, 19:1, 125:21
**shown** [5] - 33:10, 40:19, 116:4, 129:25, 131:23
**shows** [6] - 29:21,

30:2, 117:7, 126:15, 129:8, 144:22
**Siberia** [1] - 109:6
**sickly** [1] - 67:25
**side** [27] - 16:22, 16:23, 27:20, 38:10, 40:7, 44:14, 48:1, 63:22, 90:24, 123:16, 123:20, 123:24, 126:16, 126:18, 129:16, 129:20, 132:7, 135:6, 135:23, 135:24, 137:7, 137:8, 140:7, 146:23, 147:3, 149:3, 150:19
**Side** [2] - 46:10, 90:17
**sides** [7] - 16:11, 31:12, 39:20, 63:20, 129:21, 151:5
**Sierra** [1] - 5:3
**sight** [2] - 34:12
**sign** [1] - 111:13
**signature** [1] - 96:3
**significance** [3] - 64:9, 132:8, 142:9
**significant** [3] - 31:8, 132:24, 152:25
**signing** [1] - 111:12
**silent** [1] - 49:11
**similar** [4] - 11:14, 126:12, 126:22, 130:3
**simpler** [1] - 52:7
**simplify** [1] - 47:16
**simply** [2] - 12:10, 67:8
**Sine** [8] - 4:12, 4:19, 18:15, 19:7, 21:5, 53:7, 53:14, 54:8
**sing** [1] - 68:13
**singing** [1] - 68:11
**single** [11] - 37:16, 63:15, 63:25, 64:25, 65:12, 124:25, 150:22, 151:3, 151:7, 151:10, 151:13
**Sioux** [15] - 1:11, 1:17, 1:20, 2:4, 2:15, 65:5, 87:21, 87:24, 88:2, 88:3, 88:9, 88:19, 88:20, 88:24
**Sisseton** [26] - 46:22, 54:7, 56:9, 56:12, 57:20, 58:4, 59:2, 59:25, 61:25, 67:13, 69:21, 76:1, 80:5, 80:12, 81:21, 81:24, 84:9, 84:12, 84:20, 85:25, 86:12, 86:20, 87:6, 88:23,

90:10, 96:24
**Sisseton-Wahpeton** [1] - 80:5
**sister** [2] - 7:13, 68:20
**sit** [10] - 15:21, 15:24, 16:19, 17:2, 42:5, 42:6, 43:1, 56:21, 68:12, 144:20
**sites** [1] - 132:13
**sitting** [6] - 31:20, 61:5, 90:3, 95:7, 95:13, 95:17
**situation** [1] - 11:2
**six** [1] - 111:3
**Sixth** [1] - 44:21
**size** [2] - 149:13, 149:15
**sizes** [1] - 150:3
**sketch** [1] - 46:3
**skin** [23] - 11:8, 123:20, 124:4, 124:5, 124:6, 125:7, 127:23, 128:18, 130:15, 130:18, 130:19, 130:24, 131:15, 131:16, 131:17, 131:19, 135:14, 135:19, 140:14, 140:15, 144:14, 145:12, 152:10
**skull** [35] - 62:15, 126:4, 131:3, 131:15, 131:17, 131:19, 133:12, 135:4, 135:16, 135:18, 138:6, 141:14, 141:15, 141:24, 142:3, 142:21, 144:7, 144:9, 144:11, 144:13, 144:17, 146:6, 146:7, 146:11, 146:12, 148:18, 151:17, 151:19, 151:20, 151:21
**slapped** [1] - 28:21, 29:14
**slapping** [1] - 28:22
**slices** [1] - 143:4
**slides** [1] - 41:6
**slightly** [2] - 141:21, 149:3
**slow** [1] - 58:19
**small** [13] - 88:8, 132:8, 135:11, 135:25, 137:4, 138:16, 138:19, 138:21, 140:10, 140:23, 142:8, 144:6, 148:22

**smaller** [5] - 138:10, 138:13, 140:22, 140:25, 149:17
**smart** [2] - 49:9, 50:10
**smile** [1] - 67:22
**Snell** [5] - 4:24, 23:21, 38:5, 65:3, 65:14
**Snell's** [1] - 7:3
**sober** [1] - 20:8
**social** [1] - 49:20
**soft** [2] - 141:18, 143:21
**someone** [7] - 23:1, 30:3, 50:1, 85:21, 85:23, 103:17, 144:11
**sometime** [2] - 58:16, 58:25
**Sometimes** [1] - 125:1
**sometimes** [16] - 13:5, 48:3, 77:4, 112:3, 113:2, 113:5, 113:12, 125:6, 130:23, 133:8, 133:13, 143:3, 145:16, 147:17, 151:20, 151:21
**son** [2] - 28:12, 28:14
**sorry** [2] - 73:14, 138:12
**sorts** [1] - 58:8
**sought** [1] - 100:5
**SOUTH** [1] - 1:2
**South** [5] - 57:14, 108:22, 112:3, 114:23, 114:25
**Soviet** [1] - 110:23
**space** [16] - 62:14, 78:17, 141:16, 141:24, 141:25, 142:1, 142:3, 144:4, 144:5, 144:9, 144:10, 144:13, 145:17
**span** [1] - 57:8
**spanked** [2] - 11:5, 13:5
**Special** [2] - 60:7, 87:21
**specialty** [2] - 72:16, 110:9
**specific** [4] - 49:25, 54:1, 112:10, 131:15
**specifically** [9] - 15:2, 20:7, 20:15, 34:24, 56:18, 102:17, 114:3, 114:15, 115:10
**specifications** [1] -

142:12
**speckled** [1] - 128:3
**spectators** [4] -
41:24, 41:25, 42:5,
42:20
**speed** [2] - 86:14,
87:5
**speeds** [2] - 97:6,
98:8
**spend** [2] - 67:19,
124:15
**spending** [1] - 98:18
**spent** [9] - 18:3,
58:1, 58:11, 65:17,
122:7, 124:14,
125:12, 126:11, 132:9
**spheres** [1] - 64:25
**spinal** [1] - 144:5
**spite** [1] - 69:24
**split** [1] - 114:7
**spot** [1] - 12:5
**spots** [2] - 141:20,
141:21
**square** [1] - 77:22
**St** [3] - 1:23, 62:18,
111:18
**stable** [1] - 148:19
**staff** [1] - 72:22
**stages** [1] - 42:20
**stamped** [1] - 102:18
**stand** [11] - 42:1,
48:18, 48:25, 52:12,
77:19, 83:25, 100:17,
106:17, 123:4,
153:10, 153:24
**standard** [1] - 80:9
**standing** [5] - 83:2,
95:9, 95:11, 116:13,
116:20
**Start** [14] - 6:4, 53:5,
53:10, 55:10, 58:3,
68:25, 73:16, 73:18,
73:24, 74:4, 77:22,
92:7, 92:10
**start** [13] - 45:23,
45:25, 59:12, 73:23,
109:13, 124:15,
128:19, 129:6,
135:12, 137:4, 141:8,
141:9, 143:18
**started** [4] - 98:18,
122:9, 122:10, 132:23
**starting** [2] - 53:23,
95:5
**starts** [4] - 125:4,
145:9, 145:15
**state** [5] - 52:2,
71:18, 79:24, 84:23,
87:18
**State** [15] - 66:2,

66:3, 71:24, 108:18,
108:19, 108:22,
110:14, 112:1, 112:2,
112:3, 114:6, 114:10
**statement** [24] -
12:22, 15:19, 20:23,
40:17, 40:24, 43:10,
43:12, 43:15, 44:1,
44:15, 45:3, 45:22,
46:2, 46:4, 52:20,
58:14, 60:5, 60:6,
67:2, 90:22, 98:23,
105:2, 105:10
**STATEMENT** [5] -
3:5, 3:6, 3:19, 3:20,
3:21
**statements** [4] -
14:19, 15:7, 15:15,
44:7
**States** [3] - 44:21,
108:17, 109:11
**STATES** [2] - 1:1, 1:5
**states** [2] - 108:17,
111:21
**station** [1] - 83:1
**stationed** [1] - 88:3
**stay** [5] - 69:23,
97:22, 110:22,
127:18, 153:25
**stayed** [1] - 97:20
**Stellar** [4] - 4:6, 53:9,
71:12, 71:19
**STELLAR** [1] - 71:13
**Step** [3] - 109:16
**step** [7] - 23:22,
77:18, 84:17, 87:9,
106:6, 152:19
**stick** [1] - 149:5
**stiff** [1] - 61:14
**stiffen** [1] - 95:5
**still** [10] - 15:22,
33:3, 39:11, 44:10,
66:8, 70:23, 81:13,
125:3, 127:16, 127:19
**stipulate** [4] - 32:17,
33:1, 117:13, 117:21
**stipulated** [4] -
34:11, 76:24, 77:6,
118:1
**stipulating** [1] - 34:2
**stipulation** [5] - 33:1,
34:5, 65:21, 66:4,
117:16
**STIPULATIONS** [1] -
3:10
**stipulations** [1] -
117:24
**stomach** [1] - 102:6
**stop** [1] - 135:9
**stopped** [2] - 58:20,

69:5
**Store** [1] - 54:7
**store** [1] - 54:9
**Storm** [1] - 33:21
**story** [1] - 62:4
**straight** [2] - 45:16,
68:22
**street** [1] - 69:8
**strictly** [1] - 24:18
**strike** [1] - 102:21
**striking** [2] - 10:15,
10:19
**strip** [1] - 142:2
**strongly** [2] - 30:24,
105:1
**struck** [1] - 10:13
**studied** [1] - 109:13
**study** [2] - 109:15,
142:24
**stuff** [6] - 18:9, 88:8,
121:25, 122:4,
128:21, 137:24
**subacute** [2] -
142:14, 145:13
**subdural** [35] -
62:12, 62:13, 64:4,
64:6, 64:9, 64:10,
141:16, 141:20,
141:21, 142:5,
142:11, 142:14,
142:20, 143:8,
143:15, 143:16,
144:4, 144:5, 144:13,
144:15, 144:16,
144:21, 144:24,
145:2, 145:4, 145:5,
145:11, 145:17,
145:14, 145:21,
145:24, 151:22
**subgalea** [1] -
131:14
**subgaleal** [49] -
130:19, 131:8, 131:9,
131:11, 131:12,
131:13, 131:14,
131:21, 135:20,
135:22, 136:1, 137:2,
137:4, 137:5, 137:6,
137:8, 137:9, 137:14,
137:18, 137:24,
137:25, 138:13,
138:16, 138:21,
138:22, 139:3,
139:17, 140:7,
140:11, 140:18,
140:21, 140:23,
141:8, 148:4, 149:12,
149:17, 149:18,
149:22, 150:1,
150:12, 150:16,

150:17, 150:18,
150:20, 150:21,
151:1, 151:5, 151:22
**subject** [4] - 15:16,
24:19, 25:2, 32:9
**submit** [2] - 12:11,
142:18
**submitted** [3] - 6:12,
6:14, 143:7
**subpoena** [1] - 46:17
**subspecialized** [2] -
109:23, 110:4
**substantively** [1] -
39:12
**suffered** [1] - 70:16
**sufficient** [3] - 11:18,
13:3, 70:15
**suggest** [1] - 42:7
**suggested** [1] -
20:21
**suggesting** [1] -
23:18
**suicides** [1] - 111:11
**Suite** [2] - 1:23, 2:4
**summary** [1] -
104:23
**Sunday** [11] - 55:7,
55:12, 56:1, 56:4,
92:5, 92:9, 92:13,
92:20, 100:8, 100:9,
100:15
**superficial** [1] -
124:5
**supervised** [1] -
56:16
**supervision** [1] -
20:8
**supervisor** [2] -
46:21, 56:15
**supplied** [1] - 40:22
**support** [5] - 19:19,
24:25, 55:15, 69:25,
95:25
**supported** [2] -
11:18, 13:3
**supposed** [6] - 46:2,
46:3, 56:20, 57:10,
58:17, 100:3
**supposedly** [1] -
96:23
**supposition** [1] -
35:18
**suppression** [1] -
90:20
**surprised** [1] -
135:16
**surprising** [1] - 48:9
**surrounding** [3] -
111:21, 111:24,
111:25

**survive** [1] - 69:23
**suspect** [2] - 130:25,
146:18
**suspected** [1] -
122:13
**suspicious** [4] -
122:2, 139:21,
147:21, 148:6
**sustain** [2] - 45:23,
45:25
**sustained** [10] -
20:14, 29:19, 37:25,
67:6, 71:2, 98:21,
104:8, 105:5, 120:11,
120:21
**Swim** [2] - 85:2,
86:13
**sworn** [5] - 49:1,
71:14, 79:20, 87:14,
107:14
**symptoms** [5] - 70:3,
70:4, 70:5, 70:7,
112:16
**system** [4] - 108:18,
108:20, 108:21
**systems** [1] - 108:19

## T

**T.C** [6] - 38:13,
38:19, 38:20, 39:1,
39:5, 39:8
**T.C.'s** [2] - 38:15,
39:1
**Table** [1] - 6:14
**table** [15] - 15:21,
31:21, 69:1, 70:13,
90:3, 94:8, 94:25,
95:11, 95:13, 95:20,
96:4, 96:6, 96:19,
96:20, 96:21
**tag** [8] - 33:8, 33:21,
33:22, 33:23, 117:8,
123:16, 135:12,
136:25
**talks** [2] - 21:1, 59:4
**tall** [1] - 60:25
**tardy** [2] - 56:19,
57:9
**Teal's** [1] - 54:6
**teaspoon** [1] - 142:7
**technicians** [1] -
108:5
**technology** [2] -
49:7, 51:21
**telephone** [2] -
50:10, 51:22
**telephones** [1] - 52:1
**temper** [2] - 12:15,

29:10
  **temperature** [1] -
102:9
  **temporal** [1] - 129:18
  **ten** [1] - 37:11
  **tend** [3] - 61:3, 69:2,
123:19
  **term** [10] - 58:5, 64:8,
65:4, 65:24, 88:15,
108:13, 110:2, 110:6,
131:15
  **terminated** [1] -
53:17
  **terminology** [2] -
131:20, 150:8
  **terms** [6] - 128:10,
130:4, 131:13,
143:16, 145:25, 150:2
  **test** [1] - 18:4
  **testified** [11] - 28:4,
71:14, 79:20, 87:14,
101:10, 107:14,
113:24, 114:3,
114:13, 119:8, 131:22
  **testifies** [8] - 14:14,
16:25, 18:16, 19:8,
39:2, 39:15, 46:15,
46:21
  **testify** [54] - 10:6,
10:12, 11:3, 11:23,
14:1, 16:2, 17:13,
17:15, 23:16, 26:1,
26:8, 29:8, 30:10,
30:25, 33:23, 39:1,
46:17, 54:11, 54:15,
55:12, 55:16, 55:19,
55:25, 56:15, 57:3,
57:15, 58:5, 59:19,
62:3, 62:11, 62:19,
63:3, 63:11, 63:14,
63:18, 63:20, 63:24,
64:1, 64:4, 64:7,
64:16, 64:18, 64:21,
65:14, 67:24, 67:25,
68:16, 71:6, 80:11,
114:5, 114:6, 114:10,
117:7
  **testifying** [2] - 105:3,
115:15
  **testimony** [62] -
9:21, 9:22, 11:11,
12:9, 13:2, 16:3,
16:13, 16:20, 16:24,
18:20, 18:25, 23:5,
23:13, 23:24, 24:1,
24:7, 26:9, 27:21,
27:22, 28:23, 29:7,
29:18, 29:21, 30:12,
30:23, 31:7, 31:11,
32:9, 32:14, 32:16,

33:5, 33:17, 33:18,
35:1, 35:16, 35:19,
35:20, 36:9, 36:23,
38:4, 39:11, 50:23,
54:1, 56:8, 56:14,
62:2, 63:7, 65:2,
66:10, 68:2, 69:11,
69:18, 70:1, 70:21,
71:3, 86:19, 86:23,
87:4, 101:22, 110:10,
112:4, 152:13
  **tests** [1] - 109:15
  **Teton** [7] - 58:22,
102:24, 103:4,
103:10, 103:21,
104:6, 104:16
  **Teton's** [1] - 103:14
  **text** [1] - 50:12
  **THE** [168] - 3:18, 8:5,
8:10, 8:13, 9:1, 9:7,
9:20, 10:1, 10:5,
10:14, 10:18, 10:25,
11:12, 12:6, 12:14,
12:21, 13:14, 14:23,
15:8, 16:2, 16:5, 16:8,
16:18, 16:22, 18:12,
18:18, 19:17, 19:25,
20:2, 20:5, 20:10,
20:19, 20:25, 21:9,
21:19, 21:23, 21:25,
22:4, 23:14, 24:2,
25:10, 25:12, 25:16,
27:1, 27:13, 27:16,
27:20, 28:16, 28:22,
29:2, 30:23, 31:6,
31:16, 31:19, 32:11,
32:21, 33:5, 33:9,
33:16, 33:25, 34:4,
34:15, 35:7, 35:10,
35:17, 36:2, 36:6,
36:16, 37:14, 38:23,
39:5, 39:14, 39:17,
40:14, 40:21, 41:8,
41:14, 41:18, 41:21,
43:1, 43:8, 43:13,
43:16, 43:20, 43:23,
44:8, 44:16, 45:2,
45:7, 45:11, 45:14,
45:19, 46:9, 46:23,
47:16, 47:22, 48:2,
48:8, 48:14, 48:23,
49:2, 52:11, 52:17,
52:19, 66:14, 67:5,
71:2, 71:11, 74:17,
76:7, 76:9, 77:4,
77:12, 77:16, 78:3,
79:13, 79:15, 79:17,
84:2, 86:4, 87:1, 87:9,
87:11, 90:16, 90:23,
90:25, 98:21, 100:18,

101:7, 102:12, 103:7,
104:8, 105:4, 105:18,
105:20, 106:4, 106:6,
106:8, 106:23, 107:4,
107:6, 107:10, 116:9,
116:15, 117:4,
117:20, 117:23,
118:24, 119:3, 120:8,
120:20, 121:2, 121:6,
123:4, 123:5, 123:11,
134:17, 134:21,
134:25, 139:10,
149:9, 152:18,
152:22, 154:2, 154:7,
154:9, 154:10, 154:13
  **therefore** [3] - 36:23,
93:11, 118:2
  **they've** [4] - 19:14,
36:18, 40:19, 77:7
  **thick** [2] - 130:16,
131:18
  **thinking** [2] - 15:2,
117:19
  **thinner** [1] - 146:12
  **third** [3] - 14:10,
65:2, 113:10
  **Thomas** [1] - 1:19
  **threatened** [1] -
46:14
  **threats** [1] - 46:20
  **three** [28] - 42:2,
60:8, 62:2, 62:3,
64:13, 65:16, 68:20,
69:2, 78:21, 91:19,
96:21, 97:5, 98:10,
112:23, 122:7,
124:14, 124:15,
125:13, 125:18,
125:21, 126:11,
132:9, 142:13, 146:3,
150:7
  **three-finger** [2] -
97:5, 98:10
  **three-year-old** [2] -
68:20, 69:2
  **threw** [1] - 54:13
  **throughout** [6] -
17:2, 53:20, 80:21,
111:20, 113:17,
118:10
  **thumbnail** [1] - 46:3
  **thump** [3] - 61:9,
69:3, 95:2
  **Thursday** [1] - 44:24
  **tie** [2] - 33:14, 33:18
  **tight** [1] - 43:1
  **timbre** [1] - 48:8
  **timely** [1] - 38:6
  **tiny** [2] - 132:8,
144:6

  **tissue** [11] - 113:13,
130:19, 131:9,
131:19, 131:21,
135:20, 141:8,
141:23, 143:21,
144:14
  **title** [2] - 108:9,
108:11
  **TO** [3] - 4:1, 6:1, 7:6
  **today** [3] - 9:8,
66:21, 86:23
  **toes** [3] - 61:12,
74:9, 95:5
  **together** [5] - 33:14,
93:8, 106:15, 125:24,
125:25
  **Tom** [1] - 8:6
  **tomorrow** [5] -
152:19, 152:20,
154:8, 154:9, 154:10
  **tonight** [1] - 153:20
  **took** [33] - 10:19,
33:13, 53:8, 60:7,
60:21, 65:6, 91:16,
97:17, 97:19, 97:22,
99:22, 109:23, 118:9,
118:10, 118:14,
118:17, 119:20,
119:21, 120:1, 122:8,
123:18, 123:25,
132:24, 134:3, 134:4,
136:13, 136:14,
136:20, 140:11,
141:15, 143:6,
146:25, 147:10
  **top** [36] - 12:8, 35:2,
60:23, 60:25, 63:19,
63:22, 64:2, 76:14,
124:1, 124:13, 126:5,
126:8, 126:10,
126:18, 129:21,
135:3, 135:4, 135:18,
135:23, 136:2, 137:5,
137:7, 138:11,
138:14, 138:18,
140:4, 140:7, 140:16,
141:11, 141:22,
146:9, 146:15,
146:24, 149:18,
150:17, 151:14
  **total** [2] - 149:22,
149:23
  **totality** [1] - 37:7
  **totally** [2] - 13:7,
13:8
  **touch** [1] - 123:9
  **touched** [1] - 145:8
  **toward** [1] - 99:3
  **towards** [1] - 48:6
  **town** [1] - 86:20

  **toxicology** [2] -
113:10, 113:14
  **trace** [2] - 113:2,
121:25
  **traditional** [2] - 6:9,
68:11
  **tragic** [1] - 66:18
  **trained** [3] - 69:13,
109:7, 127:20
  **training** [6] - 72:7,
72:16, 73:21, 124:19,
151:11, 151:18
  **transcript** [1] - 48:22
  **transfer** [3] - 54:4,
114:22, 114:25
  **trauma** [6] - 22:13,
22:15, 24:11, 63:16,
142:4, 146:6
  **Trauma** [1] - 114:20
  **Traverse** [2] - 80:13,
86:7
  **treat** [1] - 118:2
  **treatment** [1] - 62:10
  **treats** [1] - 28:15
  **TRIAL** [2] - 1:14, 3:1
  **trial** [23] - 6:13, 6:15,
14:12, 15:21, 17:2,
28:6, 40:20, 42:15,
42:20, 49:16, 51:8,
51:11, 51:13, 51:17,
51:23, 56:13, 60:19,
66:1, 66:3, 70:24,
96:10, 152:25
  **trials** [1] - 40:10
  **triangle** [3] - 146:22,
148:16, 148:17
  **triangle-shape** [2] -
148:16, 148:17
  **triangle-shaped** [1] -
146:22
  **triangular** [3] -
146:15, 148:18,
148:20
  **triangular-shape** [2]
- 146:15, 148:18
  **triangular-shaped**
[1] - 148:20
  **Tribal** [6] - 20:1,
20:21, 80:15, 80:17,
84:8, 90:10
  **tribal** [1] - 17:25
  **Tribe** [3] - 80:6,
80:12, 88:21
  **tribe** [1] - 65:23
  **tried** [4] - 39:20,
59:16, 66:22, 137:5
  **tries** [3] - 69:15,
73:19, 144:12
  **trip** [5] - 59:5, 59:7,
61:24, 96:24, 97:23

**trouble** [4] - 48:3, 48:9, 48:13, 48:15
**true** [7] - 11:24, 12:9, 12:10, 28:13, 45:24, 75:1, 75:25
**truth** [2] - 38:16, 51:9
**try** [8] - 39:21, 125:8, 125:11, 125:24, 128:22, 137:23, 143:18, 145:11
**trying** [26] - 21:23, 51:22, 66:1, 95:15, 105:2, 112:17, 112:20, 123:23, 126:17, 128:20, 128:25, 129:11, 129:13, 129:14, 129:22, 131:8, 132:10, 132:11, 136:4, 137:1, 137:8, 138:7, 139:16, 140:9, 148:13
**tubes** [1] - 122:6
**turn** [3] - 49:11, 66:24
**turned** [5] - 52:24, 61:9, 68:23, 69:2, 95:2
**TV** [3] - 63:1, 91:2, 93:9
**twenty** [2] - 51:24, 80:8
**twenty-five** [1] - 51:24
**twice** [3] - 92:18, 106:1, 114:2
**Twitter** [1] - 50:14
**two** [63] - 22:18, 28:8, 28:15, 29:25, 33:14, 35:10, 37:11, 39:24, 39:25, 40:1, 40:6, 41:8, 47:20, 47:21, 52:24, 53:8, 53:12, 53:24, 56:9, 58:21, 60:2, 60:24, 61:19, 62:6, 63:20, 65:17, 66:1, 66:6, 66:9, 68:19, 68:21, 68:22, 72:19, 82:1, 88:1, 93:7, 94:6, 94:11, 97:20, 97:22, 98:4, 98:5, 99:23, 100:6, 108:19, 109:23, 110:13, 121:22, 124:11, 125:21, 128:4, 129:15, 141:1, 141:3, 142:13, 143:9, 149:14, 149:16, 149:24, 150:23, 154:4

**two-year-old** [6] - 28:8, 28:15, 29:25, 53:12, 121:22, 143:9
**type** [10] - 130:18, 136:1, 138:19, 141:13, 141:18, 142:25, 144:3, 145:14, 148:6, 152:9
**types** [5] - 15:7, 34:8, 70:19, 124:19, 124:20
**typical** [1] - 103:18
**typically** [1] - 103:23

## U

**U.S** [4] - 1:11, 1:16, 1:19, 1:23
**ultimate** [1] - 139:9
**Uncle** [2] - 97:9, 97:11
**uncle** [3] - 41:4, 61:18, 69:12
**uncomfortable** [1] - 63:8
**under** [16] - 15:1, 21:22, 24:3, 25:25, 26:16, 26:19, 58:24, 78:21, 93:12, 117:3, 120:7, 126:11, 129:3, 142:19, 147:1, 147:11
**undergraduate** [1] - 71:22
**underneath** [2] - 36:4, 56:17
**understood** [1] - 110:9
**undoctored** [1] - 35:25
**unfair** [2] - 26:4, 26:18
**unfairly** [1] - 120:7
**unfortunately** [2] - 69:23, 114:21
**uninvolved** [1] - 53:22
**Union** [1] - 110:23
**United** [3] - 44:21, 108:17, 109:11
**UNITED** [2] - 1:1, 1:5
**University** [3] - 71:24, 72:10, 109:19
**unless** [6] - 18:3, 18:9, 34:5, 39:12, 42:20, 144:11
**unlikely** [2] - 23:23, 23:24
**unresponsive** [3] - 59:2, 59:18, 82:6

**unusual** [2] - 111:10, 147:19
**unwilling** [1] - 55:17
**up** [43] - 8:17, 9:3, 9:4, 18:15, 39:15, 42:11, 43:16, 45:8, 47:1, 48:6, 49:13, 53:9, 54:22, 57:17, 58:7, 58:13, 58:15, 58:17, 61:13, 61:14, 62:10, 67:23, 68:18, 69:20, 69:22, 70:13, 80:1, 80:22, 82:21, 88:1, 90:12, 92:11, 95:5, 95:15, 121:11, 123:4, 128:23, 128:25, 135:19, 138:20, 143:13, 146:2, 153:18
**upset** [1] - 54:17
**urine** [1] - 113:12
**USA** [3] - 6:13, 6:15, 8:7
**uses** [1] - 82:14
**usual** [1] - 87:4
**utterance** [1] - 15:2

## V

**V-I-C-T-O-R** [1] - 107:20
**value** [8] - 11:20, 11:25, 26:3, 26:17, 28:1, 32:19, 34:10, 35:1
**various** [11] - 63:19, 65:12, 65:15, 85:15, 110:20, 129:25, 130:10, 131:22, 150:2, 151:9, 151:22
**vascular** [1] - 144:3
**veins** [1] - 144:6
**venipuncture** [1] - 132:12
**verdict** [6] - 49:25, 50:3, 50:4, 50:16, 51:7, 71:9
**VERDICTS** [1] - 3:22
**version** [1] - 60:13
**versus** [2] - 37:17, 66:2
**vertical** [1] - 150:9
**vibrate** [1] - 49:11
**victim** [3] - 29:17, 65:22, 118:4
**victim's** [6] - 8:20, 9:22, 10:11, 21:1, 21:4
**Victor** [5] - 4:9,

62:18, 107:11, 107:19
**VICTOR** [1] - 107:13
**video** [2] - 29:11, 29:14
**videos** [1] - 29:1
**view** [2] - 12:18, 50:21, 50:23, 116:16
**views** [1] - 153:5
**violence** [1] - 19:13
**violent** [2] - 88:11, 111:10
**visibly** [1] - 92:19
**visit** [1] - 50:21
**visitation** [3] - 54:3, 54:19, 67:15
**visualize** [5] - 122:24, 123:19, 130:21, 133:8, 133:10
**vitreous** [1] - 113:13
**Vivian** [2] - 5:5, 67:24
**voice** [1] - 105:9
**voices** [1] - 48:9
**VOIR** [1] - 3:3
**voir** [1] - 40:11
**Voir** [1] - 48:21
**VOLUME** [1] - 1:6
**volume** [2] - 1:14, 48:11
**voluntarily** [1] - 101:11
**vomiting** [2] - 68:4, 102:2
**vouch** [1] - 14:8
**vs** [2] - 1:6, 44:21

## W

**Wahpeton** [1] - 80:5
**wait** [3] - 47:8, 136:6, 143:2
**wake** [5] - 57:17, 68:8, 68:10, 68:13, 68:17
**wall** [2] - 141:11, 141:14
**wants** [1] - 30:17
**warn** [1] - 49:17
**Warrant** [3] - 95:21, 95:23, 96:1
**Washington** [2] - 88:5, 108:25
**watch** [1] - 20:17
**watched** [1] - 29:12
**watching** [1] - 93:9
**water** [4] - 61:2, 61:5, 94:9, 94:25
**Waubay** [7] - 57:14, 57:19, 69:9, 85:2,

85:13, 85:25, 86:10
**wave** [1] - 66:23
**wearing** [1] - 121:23
**web** [1] - 144:2
**website** [1] - 50:13
**Wednesday** [3] - 60:3, 65:18, 91:23
**week** [6] - 40:16, 66:11, 67:23, 102:3, 151:12, 153:2
**weekend** [7] - 10:21, 46:13, 68:2, 68:4, 71:8, 99:8, 102:4
**weekly** [1] - 145:3
**weeks** [7] - 21:14, 53:8, 53:12, 60:8, 91:19, 142:13, 143:3
**well-intentioned** [1] - 153:7
**welt** [1] - 11:1
**whereas** [1] - 146:12
**white** [5] - 41:12, 41:18, 143:23, 143:24, 143:25
**whitish** [3] - 126:23, 127:23, 146:23
**whole** [1] - 68:2
**wife** [3] - 58:20, 68:20, 93:7
**Wilberforce** [1] - 71:24
**willing** [1] - 117:12
**willingness** [2] - 32:25, 38:15
**Wilson** [2] - 72:25, 73:8
**wireless** [1] - 49:10
**Wisconsin** [5] - 108:19, 109:25, 110:14, 112:3, 114:10
**withdraw** [1] - 117:18
**witness** [35] - 13:17, 13:21, 18:9, 21:4, 23:20, 24:8, 27:21, 28:20, 29:8, 29:12, 29:14, 33:13, 38:25, 39:9, 71:11, 71:14, 74:16, 77:14, 77:19, 79:17, 79:20, 83:25, 87:11, 87:14, 100:17, 103:17, 105:3, 106:25, 107:8, 107:9, 107:10, 107:14, 153:10
**WITNESS** [3] - 4:1, 5:10, 123:4
**Witness** [16] - 4:2, 75:17, 75:19, 75:21, 75:23, 77:25, 79:16,

83:14, 84:7, 87:10, 101:4, 106:7, 128:8, 138:23, 141:4, 152:21
**witness'** [1] - 46:20
**witnessed** [4] - 71:5, 71:7, 104:13, 104:14
**WITNESSES** [2] - 3:8, 5:1
**Witnesses** [1] - 4:12
**witnesses** [15] - 14:2, 14:19, 15:16, 18:2, 22:16, 23:6, 24:12, 36:20, 38:10, 46:14, 49:21, 51:1, 67:17, 154:4
**woke** [2] - 58:15, 68:18
**Wolcott** [1] - 5:3
**wonder** [1] - 32:22
**wondered** [1] - 117:20
**Woodrow** [2] - 72:25, 73:8
**word** [7] - 64:12, 77:24, 101:1, 145:23, 145:25, 147:14, 150:15
**words** [5] - 36:12, 40:5, 41:7, 118:3, 134:9
**works** [4] - 47:24, 69:17, 69:20, 130:16
**worse** [2] - 143:10, 147:20
**wound** [1] - 124:13
**wounds** [1] - 65:11
**Wright** [6] - 1:19, 8:7, 25:17, 25:19, 46:13, 48:4
**WRIGHT** [82] - 3:19, 8:6, 8:24, 9:2, 9:19, 9:21, 10:2, 10:7, 10:16, 10:20, 11:3, 13:12, 15:23, 16:3, 16:6, 16:17, 16:21, 17:17, 21:7, 21:11, 21:21, 21:24, 22:3, 22:21, 25:9, 28:18, 28:24, 29:3, 40:10, 40:15, 42:24, 43:6, 43:9, 43:14, 43:19, 43:22, 43:24, 44:9, 44:20, 47:3, 47:25, 48:7, 48:12, 71:12, 71:17, 74:16, 74:18, 76:5, 76:8, 76:10, 76:24, 77:2, 77:9, 77:13, 77:17, 78:2, 79:14, 79:18, 79:23, 83:24, 84:3, 84:4,

86:3, 87:3, 87:8, 87:12, 87:17, 91:1, 98:22, 100:16, 100:19, 101:6, 103:6, 104:7, 105:1, 105:19, 105:22, 106:3, 107:3, 107:5, 154:4, 154:12
**write** [9] - 77:14, 77:21, 77:24, 84:1, 84:5, 84:6, 100:17, 100:24, 100:25
**written** [1] - 8:18

## X 

**X-rayed** [1] - 152:8

## Y 

**Yankton** [1] - 88:21
**year** [16] - 28:8, 28:15, 29:25, 53:12, 58:12, 58:21, 59:1, 66:20, 68:20, 69:2, 72:7, 109:9, 113:22, 113:23, 121:22, 143:9
**years** [15] - 22:12, 24:23, 51:23, 51:24, 52:24, 72:19, 73:13, 78:21, 80:8, 87:23, 88:1, 88:4, 109:11, 109:12, 111:3
**yellow** [2] - 125:8, 144:14
**yesterday** [8] - 8:15, 8:17, 9:9, 9:11, 32:5, 38:24, 47:4
**York** [1] - 143:5
**young** [4] - 8:10, 73:19, 93:10, 98:5
**younger** [1] - 28:3
**yourself** [6] - 51:13, 75:10, 78:13, 106:12, 107:18, 115:6
**YouTube** [1] - 50:14